IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 17th day of November, 2020, upon consideration of Plaintiff's Motion to Compel Supplemental Responses to Plaintiff's First Set of Interrogatories to Defendants (Document No. 19), the defendants' response, the plaintiff's reply, and the defendants' sur-reply, it is **ORDERED** that the plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.  No later than **November 30, 2020**, the defendant shall serve upon counsel for the plaintiff full and complete answers to Interrogatory Nos. 3 through 6 of Plaintiff's First Set of Interrogatories to Defendants.

2.  If the defendants answer an interrogatory by referring to or specifying the documents responsive to the interrogatory, the defendants shall specifically identify the documents by reference to Bates numbers.

3.  To the extent the motion seeks reimbursement for fees and costs incurred in connection with the preparation and filing of the motion, it is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.