# FILED UNDER SEAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | : |
| Plaintiff, | : |
| v. | : |
| CHAO CHEN; | : **CIVIL ACTION NO.:** |
| KARL PETTY; | : **2:20-cv-02576-TJS** |
| ENTERGRID LLC; | : |
| ENTERGRID FUND I LLC | : |
| Defendants. | : |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO EXCLUDE DEFENDANTS' REBUTTAL EXPERT DR. MARIA GARIBOTTI**

1