**FILED UNDER SEAL**

# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT D

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT E

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT F

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT H

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT J

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT K

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT L

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT M

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**FILED UNDER SEAL**

# EXHIBIT N

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY