# EXHIBIT B

Contact   Locations

# ANALYSIS GROUP

Practices   Experts & Consultants   Insights   News & Events   About   Careers

**Our consultants are recognized experts in their fields; we also work with a network of distinguished experts from academia, industry, and government**

## Refine Search

### Locations

- Boston
- Chicago
- Dallas
- Denver
- Los Angeles
- Menlo Park
- New York
- San Francisco
- Washington, DC
- Beijing
- Brussels
- London
- Montreal
- Paris

### Practices

- Accounting
- Antitrust & Competition
- Bankruptcy & Insolvency
- Class Certification
- Commercial Disputes
- Damages
- Data Science & Statistical Modeling
- Energy & Environment
- Epidemiology & Biostatistics
- ERISA
- Government & Corporate Investigations
- Health Care
- Insurance
- Intellectual Property
- International Arbitration
- Labor & Employment
- Media, Entertainment & Communications
- Privacy & Data Security
- Securities, Financial Products & Institutions
- Strategy, Policy & Analytics
- Surveys & Experimental Studies
- Tax
- Technology
- Transaction & Governance Litigation
- Valuation

## Experts & Consultants

Sometimes, our work in litigation, strategy, or research settings requires highly focused subject knowledge. Other matters call for generalists with a broad base of knowledge and extensive experience in their fields and as testifiers. Our consultants and affiliated experts have demonstrated their skills and expertise on a wide range of matters.

Refine and filter your search by selecting a practice to search for specific expertise, or search for consultants within any of our offices. You can also search by keyword or by the first letter in the last name.

*Your Criteria*

[Keyword Search]   **Search**   Reset

**ALL** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Display: Consultants Only    Showing: 100 of 267   100 results per page

| Name | Title |
|---|---|
| Megan Accordino  Consultant | Manager  Los Angeles |
| Catherine Alford  Consultant | Vice President  Boston |
| Daniel Andersen  Consultant | Manager  Boston |
| Lucia Antras  Consultant | Consultant |
| Almudena Arcelus  Consultant | Principal  Boston |
| Rajeev Ayyagari  Consultant | Vice President  Boston |
| Michael Beauregard  Consultant | Managing Principal  Los Angeles |
| Rene Befurt  Consultant | Vice President  Boston |
| Luke Benedict  Consultant | Manager  Los Angeles |
| Mark Berberian  Consultant | Vice President  Chicago |
| James Bernard  Consultant | Manager  Boston |
| Keith Betts  Consultant | Vice President  Los Angeles |

| Name | Title | Location |
|---|---|---|
| Rachel Bhak<br>*Consultant* | Manager | Boston |
| Christine Bieri<br>*Consultant* | Manager | Washington, DC |
| Hannah Bliss<br>*Consultant* | Manager | Chicago |
| Priyanka Bobbili<br>*Consultant* | Manager | Boston |
| Hristina Bojadzieva Bartlett<br>*Consultant* | Vice President | Los Angeles |
| Jonathan Borck<br>*Consultant* | Vice President | Boston |
| T. Christopher Borek<br>*Consultant* | Managing Principal | Washington, DC |
| John M. Browning<br>*Consultant* | Vice President | Washington, DC |
| Giuseppe Buglione<br>*Consultant* | Manager | London |
| Rebecca Burne<br>*Consultant* | Manager | Montreal |
| Anne Cai<br>*Consultant* | Manager | Boston |
| Juliette Caminade - Fr<br>*Consultant* | Vice-présidente | |
| Juliette Caminade<br>*Consultant* | Vice President | Boston<br>Brussels<br>Paris |
| Evan Carter<br>*Consultant* | Manager | Denver |
| Joseph Cavicchi<br>*Consultant* | Vice President | Boston |
| Maureen M. Chakraborty<br>*Consultant* | Managing Principal | New York |
| Antoine Chapsal<br>*Consultant* | Managing Principal | Brussels<br>London<br>Paris |
| Anita J. Chawla<br>*Consultant* | Senior Advisor | Menlo Park |
| Wendy Cheng<br>*Consultant* | Vice President | Boston |
| Carlos Chiapa<br>*Consultant* | Manager | Boston |
| Laurits R. Christensen<br>*Consultant* | Managing Principal | Denver |
| Andrew Clarke<br>*Consultant* | Vice President | Washington, DC |
| Michael Cliff<br>*Consultant* | Managing Principal | Washington, DC |
| Martin Cloutier | Vice President | |

| | | |
|---|---|---|
| | **Jeffrey A. Cohen**<br>Consultant | **Senior Advisor**<br>Chicago |
| | **Kristen Comeaux**<br>Consultant | **Vice President**<br>Boston |
| | **Laura Comstock**<br>Consultant | **Vice President**<br>Boston |
| | **Erin Cook**<br>Consultant | **Manager**<br>Boston |
| | **Keziah Cook**<br>Consultant | **Vice President**<br>Menlo Park |
| | **Emily Cotton**<br>Consultant | **Vice President**<br>Boston |
| | **Pierre Y. Cremieux**<br>Consultant | **President**<br>Boston<br>Brussels<br>London<br>Montreal<br>Paris |
| | **Nicholas I. Crew**<br>Consultant | **Managing Principal**<br>San Francisco |
| | **Della Cummings**<br>Consultant | **Manager**<br>Washington, DC |
| | **Benoit d'Udekem**<br>Consultant | **Vice President\***<br>Brussels<br>Paris |
| | **Nick Dadson**<br>Consultant | **Manager**<br>Montreal |
| | **Pavel Darling**<br>Consultant | **Vice President**<br>Boston |
| | **Ted Davis**<br>Consultant | **Managing Principal**<br>Boston |
| | **Na Dawson**<br>Consultant | **Vice President**<br>New York |
| | **Bruce F. Deal**<br>Consultant | **Managing Principal**<br>Menlo Park |
| | **Adam Decter**<br>Consultant | **Managing Principal**<br>Boston |
| | **Maral DerSarkissian**<br>Consultant | **Vice President**<br>Los Angeles |
| | **Urvi Desai**<br>Consultant | **Vice President**<br>Boston |
| | **Minh P. Doan**<br>Consultant | **Vice President**<br>Dallas |
| | **John Drum**<br>Consultant | **Vice President**<br>Denver |
| | **Ella X. Du**<br>Consultant | **Manager**<br>Boston |
| | **Mei Sheng Duh**<br>Consultant | **Managing Principal**<br>Boston |
| | **Alix Duhaime-Ross**<br>Consultant | **Manager**<br>Montreal |

| | | |
|---|---|---|
| Mark H. Egland<br>Consultant | Managing Principal<br>Los Angeles | |
| Brian Ellman<br>Consultant | Vice President<br>Washington, DC | |
| Bruno Émond<br>Consultant | Manager<br>Montreal | |
| Peter Fabbrucci<br>Consultant | Vice President<br>Boston | |
| Matt Farber<br>Consultant | Manager<br>Dallas | |
| Anne Catherine Faye - Fr<br>Consultant | Vice-présidente<br>Montreal | |
| Anne Catherine Faye<br>Consultant | Vice President<br>Montreal | |
| Chris Feige<br>Consultant | Vice President<br>London | |
| Rebeccah W. Filsoof<br>Consultant | Vice President<br>Chicago | |
| Peter Finch<br>Consultant | Vice President<br>Boston | |
| Stephen Fink<br>Consultant | Managing Principal<br>Boston | |
| Alex Fiore<br>Consultant | Manager<br>Dallas | |
| Aaron Fix<br>Consultant | Vice President<br>Washington, DC | |
| Andrée-Anne Fournier<br>Consultant | Vice President<br>Boston | |
| Douglas Frank<br>Consultant | Vice President<br>Washington, DC | |
| Emmanuel Frot<br>Consultant | Vice President<br>Paris | |
| Duncan Fung<br>Consultant | Vice President<br>New York | |
| Patrick Gagnon<br>Consultant | Manager<br>Montreal | |
| Kevin Gallagher<br>Consultant | Vice President<br>Denver | |
| Wei Gao<br>Consultant | Manager<br>Boston | |
| Viviana Garcia-Horton<br>Consultant | Manager<br>New York | |
| Maria Garibotti<br>Consultant | Vice President<br>Chicago | |
| Marjolaine Gauthier-Loiselle<br>Consultant | Manager<br>Montreal | |
| Catherine Gendron-Saulnier<br>Consultant | Manager<br>Montreal<br>Paris | |
| Guillaume Germain<br>Consultant | Manager<br>Montreal | |

| | | |
|---|---|---|
| **Atang Gilika** Consultant | **Manager** Boston | |
| **Marissa Ginn** Consultant | **Vice President** Montreal | |
| **David A. Glick** Consultant | **Manager** Chicago | |
| **Kevin Gold** Consultant | **Vice President** Los Angeles | |
| **Debbie Goldschmidt** Consultant | **Manager** New York | |
| **Brian S. Gorin** Consultant | **Managing Principal** Boston New York | |
| **Lindsay Greenbaum** Consultant | **Vice President** New York | |
| **Paul E. Greenberg** Consultant | **Managing Principal and Director, Health Care Practice** Boston Montreal | |
| **Annie Guérin** Consultant | **Managing Principal** Montreal | |
| **Anna Gumen** Consultant | **Vice President** Washington, DC | |
| **Mark A. Gustafson** Consultant | **Principal** Los Angeles | |
| **Phil Hall-Partyka** Consultant | **Manager** Los Angeles | |
| **Shogo Hamasaki** Consultant | **Vice President** Washington, DC | |
| **Kate Hanford** Consultant | **Manager** | |
| **D. Lee Heavner** Consultant | **Managing Principal** Los Angeles | |
| **Peter Hess** Consultant | **Vice President** Menlo Park | |

1 | 2 | 3 | Next

Some of the experts listed are academic and industry leaders who are not employed by Analysis Group but instead are affiliated with the firm as independent contractors.



**Sign Up for Email Updates**

Enter your email address    Submit

**Social**

**Practices**

| | | |
|---|---|---|
| Accounting | ERISA | Securities, Financial Products & Institutions |
| Antitrust & Competition | Government & Corporate Investigations | Strategy, Policy & Analytics |
| Bankruptcy & Insolvency | Health Care | Surveys & Experimental Studies |
| Class Certification | Insurance | Tax |
| Commercial Disputes | Intellectual Property | Technology |
| Damages | International Arbitration | Transaction & Governance Litigation |
| Data Science & Statistical Modeling | Labor & Employment | Valuation |
| Energy & Environment | Media, Entertainment & Communications | |

Epidemiology & Biostatistics

Privacy & Data Security

**Also of Interest:**   Economic Consulting in the Data Science Era    Gender Identity Discrimination in the Greater…    Preparing the Financial Expert or Economist

© 2021 Analysis Group    Contact    Site Map    Privacy Notices and Terms of Use    Analysis Group, Inc. is an Equal Opportunity Employer Minorities/Women/Veterans/Disabled

Contact    Locations

# ANALYSIS GROUP

Practices    Experts & Consultants    Insights    News & Events    About    Careers

**Our consultants are recognized experts in their fields; we also work with a network of distinguished experts from academia, industry, and government**

## Refine Search

### Locations

- Boston
- Chicago
- Dallas
- Denver
- Los Angeles
- Menlo Park
- New York
- San Francisco
- Washington, DC
- Beijing
- Brussels
- London
- Montreal
- Paris

### Practices

- Accounting
- Antitrust & Competition
- Bankruptcy & Insolvency
- Class Certification
- Commercial Disputes
- Damages
- Data Science & Statistical Modeling
- Energy & Environment
- Epidemiology & Biostatistics
- ERISA
- Government & Corporate Investigations
- Health Care
- Insurance
- Intellectual Property
- International Arbitration
- Labor & Employment
- Media, Entertainment & Communications
- Privacy & Data Security
- Securities, Financial Products & Institutions
- Strategy, Policy & Analytics
- Surveys & Experimental Studies
- Tax
- Technology
- Transaction & Governance Litigation
- Valuation

# Experts & Consultants

Sometimes, our work in litigation, strategy, or research settings requires highly focused subject knowledge. Other matters call for generalists with a broad base of knowledge and extensive experience in their fields and as testifiers. Our consultants and affiliated experts have demonstrated their skills and expertise on a wide range of matters.

Refine and filter your search by selecting a practice to search for specific expertise, or search for consultants within any of our offices. You can also search by keyword or by the first letter in the last name.

**Your Criteria**

[Keyword Search]    Search    Reset

ALL  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Display: Consultants Only    Showing: 200 of 267    100 results per page

| Name | Title |
|---|---|
| Paul J. Hibbard<br>Consultant | Principal<br>Boston |
| Michael Holland<br>Consultant | Managing Principal<br>Boston |
| Kramer Holle<br>Consultant | Manager<br>Chicago |
| Mark Howrey<br>Consultant | Managing Principal<br>Boston |
| Veronica Huan<br>Consultant | Manager<br>Chicago |
| Yuxiao Huang<br>Consultant | Manager<br>New York |
| Andrea Hugill<br>Consultant | Manager<br>Washington, DC |
| Jeffrey Hulbert<br>Consultant | Manager<br>Dallas |
| Lauren Hunt<br>Consultant | Vice President<br>Denver |
| Lynn Huynh<br>Consultant | Manager<br>Boston |
| Raluca Ionescu-Ittu<br>Consultant | Manager<br>Montreal |
| Laszlo Jakab<br>Consultant | Manager<br>Denver |

| Name | Title | |
|---|---|---|
| John C. Jarosz<br>Consultant | Managing Principal<br>Washington, DC | |
| Gaurav Jetley<br>Consultant | Managing Principal<br>New York | |
| Xinyu Ji<br>Consultant | Vice President<br>Boston | |
| Duo Jiang<br>Consultant | Manager<br>Washington, DC | |
| Michaela Johnson<br>Consultant | Manager<br>Boston | |
| Ajay Jyoti<br>Consultant | Vice President<br>Washington, DC | |
| Igor Karagodsky<br>Consultant | Manager<br>Boston | |
| Aaron Kelley<br>Consultant | Manager<br>New York | |
| Rozi Kepes<br>Consultant | Manager<br>London | |
| Stephen Kiebzak<br>Consultant | Manager<br>Denver | |
| Daria Z. Killebrew<br>Consultant | Consultant | |
| Lauren R. Kindler<br>Consultant | Managing Principal<br>Dallas | |
| Jeffrey H. Kinrich<br>Consultant | Managing Principal<br>Los Angeles | |
| Rebecca Kirk Fair<br>Consultant | Managing Principal<br>Boston | |
| Noam Kirson<br>Consultant | Managing Principal<br>Boston | |
| Eric Korman<br>Consultant | Vice President<br>San Francisco | |
| Caroline Korves<br>Consultant | Consultant | |
| Michael Kuehn<br>Consultant | Vice President<br>New York | |
| Marie-Hélène Lafeuille<br>Consultant | Vice President<br>Montreal | |
| Ted Laguerre<br>Consultant | Consultant | |
| François Laliberté<br>Consultant | Vice President<br>Montreal | |
| Ben Landsberg<br>Consultant | Manager<br>Boston | |
| Anne LaRue<br>Consultant | Vice President<br>Los Angeles | |
| Dominick Latrémouille-Viau<br>Consultant | Manager<br>Montreal | |
| Stephanie Lee | Vice President | |

| Name | Title | Location |
|---|---|---|
| Patrick Lefebvre, Consultant | Managing Principal | Montreal |
| Jee-Yeon Lehmann, Consultant | Vice President | Boston |
| Kerri Leonhardt, Consultant | Manager | Boston |
| Joshua Levine, Consultant | Manager | Dallas |
| Mark J. Lewis, Consultant | Principal | Boston |
| Christopher Llop, Consultant | Manager | Boston |
| Genia Long, Consultant | Senior Advisor | Boston |
| Eileen Lu, Consultant | Vice President | Los Angeles |
| Jessica Lu, Consultant | Manager | Boston |
| Yao Lu, Consultant | Vice President | Washington, DC |
| Niall MacMenamin, Consultant | Vice President | Los Angeles |
| R. Jeffrey Malinak, Consultant | Managing Principal | Washington, DC |
| Joseph Maloney, Consultant | Manager | Washington, DC |
| Federico Mantovanelli, Consultant | Manager | Boston |
| Jess Marden, Consultant | Manager | Boston |
| Ryan Marsh, Consultant | Manager | Dallas |
| Ivan Maryanchyk, Consultant | Vice President | Washington, DC |
| Divya Mathur, Consultant | Vice President | Chicago |
| Sumon Mazumdar, Consultant | Vice President | San Francisco |
| Coreen McCool, Consultant | Managing Principal, Chief Administrative Officer | Boston |
| Justin N. McLean, Consultant | Managing Principal | Washington, DC |
| Nori Mehta, Consultant | Manager | Boston |
| Katrina Messina, Consultant | Manager | Boston |
| Elizabeth Milsark, Consultant | Vice President | Boston |

| | | |
|---|---|---|
| Saeyoung Min<br>Consultant | General Counsel<br>Boston | |
| David N. Mishol<br>Consultant | Principal<br>Boston<br>London | |
| Marnie A. Moore<br>Consultant | Principal<br>Los Angeles | |
| Richard A. Mortimer<br>Consultant | Principal<br>Boston | |
| Fan Mu<br>Consultant | Manager<br>Boston | |
| Carla S. Mulhern<br>Consultant | Managing Principal<br>Washington, DC | |
| Ann Murray<br>Consultant | Manager<br>Chicago | |
| Ahmer Nabi<br>Consultant | Vice President<br>Los Angeles | |
| Dave Nellesen<br>Consultant | Principal<br>Menlo Park | |
| Eric B. Nguyen<br>Consultant | Vice President<br>Los Angeles | |
| Mike Nguyen<br>Consultant | Vice President<br>Los Angeles | |
| F. Michael Nolan<br>Consultant | Vice President<br>Washington, DC | |
| Laura O'Laughlin<br>Consultant | Vice President<br>Montreal | |
| Christopher Ody<br>Consultant | Manager<br>Chicago | |
| Tracy (Danner) Offner<br>Consultant | Vice President<br>Boston | |
| Andrea Okie<br>Consultant | Managing Principal<br>Boston | |
| Oscar Patterson-Lomba<br>Consultant | Manager<br>Boston | |
| Ngoc Pham<br>Consultant | Manager<br>Boston | |
| Crystal Pike<br>Consultant | Managing Principal<br>Boston | |
| Dominic Pilon - Fr<br>Consultant | Vice-président<br>Montreal | |
| Dominic Pilon<br>Consultant | Vice President<br>Montreal | |
| Lisa B. Pinheiro<br>Consultant | Managing Principal<br>Brussels<br>Montreal<br>Paris | |
| Irina Pivneva<br>Consultant | Manager<br>Montreal | |
| Michal K. Popiel<br>Consultant | Manager<br>Montreal | |

| | | |
|---|---|---|
| Cynthia (Zhengyan) Qi<br>Consultant | Manager<br>Boston | |
| Ishita Rajani<br>Consultant | Manager<br>Boston | |
| Devin Reilly<br>Consultant | Manager<br>Chicago | |
| Brad Rice<br>Consultant | Managing Principal<br>Boston | |
| Alex Robinson<br>Consultant | Manager<br>Boston | |
| James Rosberg<br>Consultant | Vice President<br>San Francisco | |
| Dov Rothman<br>Consultant | Managing Principal<br>Boston | |
| Ludmila Rovba<br>Consultant | Manager<br>Montreal | |
| Jimmy Royer<br>Consultant | Principal<br>Boston<br>Brussels<br>Montreal<br>Paris | |
| Melissa Rutzen<br>Consultant | Manager<br>Chicago | |
| Peter Rybolt<br>Consultant | Vice President<br>Los Angeles | |
| Steven S. Saeger<br>Consultant | Vice President<br>Denver | |
| Gautam Sajeev<br>Consultant | Manager<br>Boston | |
| Ben Samuels<br>Consultant | Manager<br>New York | |
| Martha S. Samuelson<br>Consultant | CEO and Chairman<br>Boston | |

Previous   1   |   2   |   3   Next

Some of the experts listed are academic and industry leaders who are not employed by Analysis Group but instead are affiliated with the firm as independent contractors.

## Sign Up for Email Updates

Submit

## Social

## Practices

| | | |
|---|---|---|
| Accounting | ERISA | Securities, Financial Products & Institutions |
| Antitrust & Competition | Government & Corporate Investigations | Strategy, Policy & Analytics |
| Bankruptcy & Insolvency | Health Care | Surveys & Experimental Studies |
| Class Certification | Insurance | Tax |
| Commercial Disputes | Intellectual Property | Technology |
| Damages | International Arbitration | Transaction & Governance Litigation |
| Data Science & Statistical Modeling | Labor & Employment | Valuation |
| Energy & Environment | Media, Entertainment & Communications | |
| Epidemiology & Biostatistics | Privacy & Data Security | |

**Also of Interest:**   Economic Consulting in the Data Science Era   Gender Identity Discrimination in the Greater…   Preparing the Financial Expert or Economist

© 2021 Analysis Group   Contact   Site Map   Privacy Notices and Terms of Use   Analysis Group, Inc. is an Equal Opportunity Employer Minorities/Women/Veterans/Disabled

https://www.analysisgroup.com/experts-and-consultants/#et=Consultants&rpp=100&p=3    05/04/2021

# ANALYSIS GROUP

Contact    Locations

Practices    **Experts & Consultants**    Insights    News & Events    About    Careers

## Our consultants are recognized experts in their fields; we also work with a network of distinguished experts from academia, industry, and government

### Refine Search

**Locations**

- Boston
- Chicago
- Dallas
- Denver
- Los Angeles
- Menlo Park
- New York
- San Francisco
- Washington, DC
- Beijing
- Brussels
- London
- Montreal
- Paris

**Practices**

- Accounting
- Antitrust & Competition
- Bankruptcy & Insolvency
- Class Certification
- Commercial Disputes
- Damages
- Data Science & Statistical Modeling
- Energy & Environment
- Epidemiology & Biostatistics
- ERISA
- Government & Corporate Investigations
- Health Care
- Insurance
- Intellectual Property
- International Arbitration
- Labor & Employment
- Media, Entertainment & Communications
- Privacy & Data Security
- Securities, Financial Products & Institutions
- Strategy, Policy & Analytics
- Surveys & Experimental Studies
- Tax
- Technology
- Transaction & Governance Litigation
- Valuation

## Experts & Consultants

Sometimes, our work in litigation, strategy, or research settings requires highly focused subject knowledge. Other matters call for generalists with a broad base of knowledge and extensive experience in their fields and as testifiers. Our consultants and affiliated experts have demonstrated their skills and expertise on a wide range of matters.

Refine and filter your search by selecting a practice to search for specific expertise, or search for consultants within any of our offices. You can also search by keyword or by the first letter in the last name.

*Your Criteria*

[ Keyword Search ]    **Search**    Reset

**ALL**  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Display: Consultants Only    Showing: 267 of 267    100 results per page

| Name | Title |
|---|---|
| Todd Schatzki — Consultant | Principal — Boston |
| Kate Schofield — Consultant | Manager — Washington, DC |
| Michael Schreck — Consultant | Manager — Boston |
| Rebecca Scott — Consultant | Manager — Boston |
| Shannon N. Seitz — Consultant | Vice President — Boston |
| Kristina Shampanier — Consultant | Consultant |
| Smit Shrestha — Consultant | Manager — Boston |
| James Signorovitch — Consultant | Managing Principal — Boston |
| Peter P. Simon — Consultant | Vice President — Los Angeles |
| Nishi Sinha — Consultant | Manager — Washington, DC |
| Tamar Sisitsky — Consultant | Senior Advisor — Boston |
| David Smith — Consultant | Vice President — Denver |

| Name | Title / Role | Location |
|---|---|---|
| Jeremy Smith — Consultant | Vice President | Boston |
| Jinlin Song — Consultant | Manager | Los Angeles |
| Yan Song — Consultant | Vice President | Boston |
| David W. Sosa — Consultant | Principal | San Francisco |
| Bruce E. Stangle — Consultant | Co-founder | Boston |
| Richard M. Starfield — Consultant | Managing Principal | Boston / Brussels / London / Paris |
| Andrew Stichman — Consultant | Vice President | Los Angeles |
| Todor Stoyanov — Consultant | Manager | Boston |
| Bruce A. Strombom — Consultant | Managing Principal | Los Angeles |
| Elyse Swallow — Consultant | Vice President | Boston |
| Federico Temerlin — Consultant | Vice President | Washington, DC |
| Emi Terasawa — Consultant | Manager | New York |
| Brian Thomas — Consultant | Manager | Los Angeles |
| Philippe Thompson-Leduc — Consultant | Manager | Montreal |
| Yuan Tian — Consultant | Manager | Washington, DC |
| Lucia Tiererova — Consultant | Manager | Boston |
| Susan F. Tierney — Consultant | Senior Advisor | Denver |
| Philipp Tillmann — Consultant | Manager | Boston |
| David Toniatti — Consultant | Vice President | Boston |
| Nathan Trujillo — Consultant | Vice President | Los Angeles |
| Edward Tuttle — Consultant | Managing Principal | Menlo Park |
| Keith R. Ugone — Consultant | Senior Advisor | Dallas |
| Andrew J. Ungerer — Consultant | Manager | Denver |
| Marc Van Audenrode — Consultant | Managing Principal* | Brussels |

| | | |
|---|---|---|
| Nicholas Van Niel<br>Consultant | Manager<br>Boston | |
| Hadrien Vasdeboncoeur<br>Consultant | Manager<br>London | |
| Channing Verbeck, Jr.<br>Consultant | Manager<br>New York | |
| Robert L. Vigil<br>Consultant | Principal<br>Washington, DC | |
| Markus von Wartburg<br>Consultant | Vice President<br>Montreal | |
| Yan Wang<br>Consultant | Manager<br>Los Angeles | |
| Samir Warty<br>Consultant | Vice President<br>Chicago | |
| Ching Tai Watson<br>Consultant | Vice President<br>New York | |
| Samuel Weglein<br>Consultant | Managing Principal<br>Boston | |
| Kenneth Weinstein<br>Consultant | Managing Principal<br>Boston | |
| Alan G. White<br>Consultant | Managing Principal<br>Boston | |
| Joshua White<br>Consultant | Vice President<br>London | |
| Joel Wiles<br>Consultant | Manager<br>Los Angeles | |
| Andrew Wong<br>Consultant | Managing Principal<br>Chicago | |
| Carletta Wong<br>Consultant | Vice President<br>Denver | |
| Charles Wu<br>Consultant | Manager<br>Boston | |
| Eric Q. Wu<br>Consultant | Managing Principal<br>Beijing<br>Boston<br>Brussels<br>London<br>Paris | |
| Jipan Xie<br>Consultant | Vice President<br>Los Angeles | |
| Weiguang Xue<br>Consultant | Manager<br>London | |
| Hongbo Yang<br>Consultant | Vice President<br>Boston | |
| Min Yang<br>Consultant | Vice President<br>Boston | |
| Aaron Yeater<br>Consultant | Managing Principal<br>Boston | |
| Mihran Yenikomshian<br>Consultant | Managing Principal<br>Boston | |

| | | |
|---|---|---|
| **Marco Zanardo** | **Manager** | |
| Consultant | Denver | |
| **Kristof Zetenyi** | **Vice President** | |
| Consultant | Boston | |
| **Jing Zhao** | **Manager** | |
| Consultant | Denver | |
| **Masha Zhdanava** | **Manager** | |
| Consultant | Montreal | |
| **Jia Zhong** | **Manager** | |
| Consultant | Beijing | |
| **Ashley Zhou** | **Manager** | |
| Consultant | Washington, DC | |
| **Jenny Zhou** | **Vice President** | |
| Consultant | London | |
| **Thomas Zimmerfaust** | **Manager** | |
| Consultant | Los Angeles | |

Previous   1   2   3

*Some of the experts listed are academic and industry leaders who are not employed by Analysis Group but instead are affiliated with the firm as independent contractors.*

## Sign Up for Email Updates

Submit

## Social

## Practices

| | | |
|---|---|---|
| Accounting | ERISA | Securities, Financial Products & Institutions |
| Antitrust & Competition | Government & Corporate Investigations | Strategy, Policy & Analytics |
| Bankruptcy & Insolvency | Health Care | Surveys & Experimental Studies |
| Class Certification | Insurance | Tax |
| Commercial Disputes | Intellectual Property | Technology |
| Damages | International Arbitration | Transaction & Governance Litigation |
| Data Science & Statistical Modeling | Labor & Employment | Valuation |
| Energy & Environment | Media, Entertainment & Communications | |
| Epidemiology & Biostatistics | Privacy & Data Security | |

**Also of Interest:**   Economic Consulting in the Data Science Era   Gender Identity Discrimination in the Greater...   Preparing the Financial Expert or Economist

© 2021 Analysis Group        Contact        Site Map        Privacy Notices and Terms of Use        Analysis Group, Inc. is an Equal Opportunity Employer Minorities/Women/Veterans/Disabled