# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 26th day of July, 2021, upon consideration of Plaintiff Elmagin Capital LLC's Motion In Limine to Strike Expert Report and Exclude Testimony of Defendants' Proffered Expert, Cristian Zarcu (Doc. No. 64) and the defendants' response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.