IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 26th day of July, 2021, upon consideration of Defendants' Motion to Exclude Plaintiff From Offering Expert Testimony on Certain Topics (Doc. No. 65), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Dr. S. Craig Pirrong may not testify or opine:

1. That the plaintiff's trading strategies outperformed the Standard & Poor's 500 Stock Index;

2. That the plaintiff's trading strategies "have demonstrable value"; and

3. That the trading strategies are trade secrets.

/s/ TIMOTHY J. SAVAGE J.