**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 17th day of August, 2021, upon consideration of the parties' cross-motions for summary judgment (Document Nos. 57 and 58), the parties' responses and the parties' replies, it is **ORDERED** that the motions are **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.