AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| ELMAGIN CAPITAL, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) Case No. | 2:20-cv-02576-TJS |
| CHEN et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELMAGIN CAPITAL, LLC    .

Date:   10/04/2021

s/ Allison White
*Attorney's signature*

Allison White PA# 329108
*Printed name and bar number*

CAESAR RIVISE, PC
Seven Penn Center- 12th Floor
1635 Market Street
Philadelphia, PA 19103-2212
*Address*

awhite@crbcp.com
*E-mail address*

(215) 567-2010
*Telephone number*

(215) 751-1142
*FAX number*