**FILED UNDER SEAL**

**Exhibit A**
in support of

**PLAINTIFF ELMAGIN CAPITAL, LLC'S
MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE
PORTIONS OF THE OPINION AND TESTIMONY OF DEFENDANTS' EXPERT
DR. MARIA GARIBOTTI**