IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:20-cv-02576-TJS |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| CHAO CHEN, KARL PETTY, | ) |
| ENTERGRID LLC, and | ) |
| ENTERGRID FUND I LLC | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF COUNTER DESIGNATIONS & NON-OBJECTION**

Defendants' counter-designations are set forth on the table attached hereto. On the marked transcripts, Elmagin's designations are in blue and Defendants counter designations in yellow.

Defendants make no objection to any of Plaintiff's proposed testimonial deposition designations. By motion, Defendants request the striking of all attorney objection and colloquy from the transcript; and, by anther motion, request that the Court not admit designations from the depositions of Cristian Zarcu and W. Tony Mason as inadmissible under Fed. R. Civ. P. 32(a).

Dated: October 15, 2021

Respectfully Submitted,

*/s/ Nicole D. Galli*
Nicole D. Galli (PA Id. No. 78420)
Charles P. Goodwin (PA Id No. 66500)
ND GALLI LAW LLC
One Liberty Place
1650 Market Street, Suite 3600, #00250
Philadelphia, PA 19103
Telephone: (215) 525-9580
ndgalli@ndgallilaw.com

*Attorneys for Defendants Chao Chen, Karl Petty, Entergrid LLC, and Entergrid Fund I LLC*

TABLE

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.15 Chen 30 b 6 | 19 | 11 | 19 | 23 |
| 2021.02.15 Chen 30 b 6 | 20 | 5 | 20 | 12 |
| 2021.02.15 Chen 30 b 6 | 22 | 11 | 22 | 14 |
| 2021.02.15 Chen 30 b 6 | 22 | 21 | 22 | 24 |
| 2021.02.15 Chen 30 b 6 | 23 | 1 | 23 | 19 |
| 2021.02.15 Chen 30 b 6 | 23 | 24 | 24 | 16 |
| 2021.02.15 Chen 30 b 6 | 26 | 2 | 26 | 8 |
| 2021.02.15 Chen 30 b 6 | 27 | 13 | 27 | 24 |
| 2021.02.15 Chen 30 b 6 | 28 | 16 | 29 | 12 |
| 2021.02.15 Chen 30 b 6 | 30 | 16 | 31 | 5 |
| 2021.02.15 Chen 30 b 6 | 31 | 15 | 32 | 2 |
| 2021.02.15 Chen 30 b 6 | 36 | 9 | 36 | 14 |
| 2021.02.15 Chen 30 b 6 | 36 | 23 | 37 | 2 |
| 2021.02.15 Chen 30 b 6 | 37 | 21 | 38 | 7 |
| 2021.02.15 Chen 30 b 6 | 41 | 24 | 42 | 6 |
| 2021.02.15 Chen 30 b 6 | 42 | 12 | 42 | 13 |
| 2021.02.15 Chen 30 b 6 | 42 | 22 | 43 | 3 |
| 2021.02.15 Chen 30 b 6 | 43 | 19 | 43 | 20 |
| 2021.02.15 Chen 30 b 6 | 45 | 10 | 45 | 14 |
| 2021.02.15 Chen 30 b 6 | 46 | 2 | 46 | 11 |
| 2021.02.15 Chen 30 b 6 | 46 | 19 | 47 | 6 |
| 2021.02.15 Chen 30 b 6 | 47 | 15 | 47 | 17 |
| 2021.02.15 Chen 30 b 6 | 48 | 5 | 48 | 9 |
| 2021.02.15 Chen 30 b 6 | 48 | 11 | 48 | 12 |
| 2021.02.15 Chen 30 b 6 | 48 | 20 | 49 | 4 |
| 2021.02.15 Chen 30 b 6 | 49 | 24 | 50 | 9 |
| 2021.02.15 Chen 30 b 6 | 50 | 16 | 50 | 22 |
| 2021.02.15 Chen 30 b 6 | 50 | 24 | 51 | 19 |
| 2021.02.15 Chen 30 b 6 | 52 | 8 | 52 | 17 |
| 2021.02.15 Chen 30 b 6 | 60 | 4 | 60 | 5 |
| 2021.02.15 Chen 30 b 6 | 60 | 7 | 60 | 20 |
| 2021.02.15 Chen 30 b 6 | 66 | 17 | 68 | 5 |
| 2021.02.15 Chen 30 b 6 | 68 | 17 | 70 | 3 |
| 2021.02.15 Chen 30 b 6 | 71 | 22 | 71 | 23 |
| 2021.02.15 Chen 30 b 6 | 72 | 5 | 74 | 2 |
| 2021.02.15 Chen 30 b 6 | 76 | 8 | 76 | 11 |
| 2021.02.15 Chen 30 b 6 | 76 | 19 | 76 | 21 |
| 2021.02.15 Chen 30 b 6 | 76 | 23 | 76 | 23 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.15 Chen 30 b 6 | 77 | 1 | 77 | 20 |
| 2021.02.15 Chen 30 b 6 | 79 | 3 | 79 | 17 |
| 2021.02.15 Chen 30 b 6 | 80 | 15 | 80 | 20 |
| 2021.02.15 Chen 30 b 6 | 81 | 3 | 81 | 20 |
| 2021.02.15 Chen 30 b 6 | 82 | 10 | 82 | 21 |
| 2021.02.15 Chen 30 b 6 | 83 | 18 | 83 | 22 |
| 2021.02.15 Chen 30 b 6 | 84 | 5 | 84 | 13 |
| 2021.02.15 Chen 30 b 6 | 86 | 20 | 87 | 15 |
| 2021.02.15 Chen 30 b 6 | 87 | 17 | 89 | 3 |
| 2021.02.15 Chen 30 b 6 | 89 | 15 | 90 | 2 |
| 2021.02.15 Chen 30 b 6 | 93 | 1 | 93 | 14 |
| 2021.02.15 Chen 30 b 6 | 93 | 20 | 94 | 13 |
| 2021.02.15 Chen 30 b 6 | 95 | 22 | 97 | 16 |
| 2021.02.15 Chen 30 b 6 | 100 | 11 | 102 | 2 |
| 2021.02.15 Chen 30 b 6 | 105 | 3 | 107 | 12 |
| 2021.02.15 Chen 30 b 6 | 107 | 18 | 108 | 9 |
| 2021.02.15 Chen 30 b 6 | 108 | 19 | 109 | 10 |
| 2021.02.15 Chen 30 b 6 | 113 | 17 | 113 | 21 |
| 2021.02.15 Chen 30 b 6 | 115 | 5 | 115 | 8 |
| 2021.02.15 Chen 30 b 6 | 120 | 15 | 122 | 8 |
| 2021.02.15 Chen 30 b 6 | 122 | 16 | 123 | 2 |
| 2021.02.15 Chen 30 b 6 | 123 | 13 | 124 | 2 |
| 2021.02.15 Chen 30 b 6 | 124 | 6 | 125 | 10 |
| 2021.02.15 Chen 30 b 6 | 125 | 16 | 125 | 22 |
| 2021.02.15 Chen 30 b 6 | 126 | 7 | 126 | 11 |
| 2021.02.15 Chen 30 b 6 | 126 | 21 | 126 | 21 |
| 2021.02.15 Chen 30 b 6 | 127 | 24 | 128 | 2 |
| 2021.02.15 Chen 30 b 6 | 132 | 6 | 132 | 7 |
| 2021.02.15 Chen 30 b 6 | 132 | 12 | 132 | 19 |
| 2021.02.15 Chen 30 b 6 | 133 | 1 | 134 | 19 |
| 2021.02.15 Chen 30 b 6 | 135 | 13 | 135 | 22 |
| 2021.02.15 Chen 30 b 6 | 136 | 1 | 136 | 2 |
| 2021.02.15 Chen 30 b 6 | 136 | 10 | 137 | 22 |
| 2021.02.15 Chen 30 b 6 | 138 | 1 | 138 | 8 |
| 2021.02.15 Chen 30 b 6 | 140 | 12 | 140 | 17 |
| 2021.02.15 Chen 30 b 6 | 141 | 22 | 142 | 21 |
| 2021.02.15 Chen 30 b 6 | 142 | 24 | 143 | 12 |
| 2021.02.15 Chen 30 b 6 | 151 | 17 | 152 | 6 |
| 2021.02.15 Chen 30 b 6 | 154 | 4 | 154 | 21 |
| 2021.02.15 Chen 30 b 6 | 155 | 15 | 155 | 24 |
| 2021.02.15 Chen 30 b 6 | 159 | 21 | 160 | 3 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.15 Chen 30 b 6 | 169 | 19 | 171 | 3 |
| 2021.02.15 Chen 30 b 6 | 171 | 11 | 171 | 18 |
| 2021.02.15 Chen 30 b 6 | 172 | 14 | 172 | 17 |
| 2021.02.15 Chen 30 b 6 | 172 | 21 | 173 | 7 |
| 2021.02.15 Chen 30 b 6 | 173 | 23 | 174 | 19 |
| 2021.02.15 Chen 30 b 6 | 177 | 21 | 177 | 24 |
| 2021.02.15 Chen 30 b 6 | 183 | 18 | 183 | 21 |
| 2021.02.15 Chen 30 b 6 | 186 | 19 | 187 | 7 |
| 2021.02.15 Chen 30 b 6 | 187 | 22 | 188 | 3 |
| 2021.02.15 Chen 30 b 6 | 188 | 11 | 189 | 5 |
| 2021.02.15 Chen 30 b 6 | 194 | 22 | 196 | 20 |
| 2021.02.15 Chen 30 b 6 | 197 | 22 | 197 | 23 |
| 2021.02.15 Chen 30 b 6 | 198 | 8 | 199 | 11 |
| 2021.02.15 Chen 30 b 6 | 203 | 2 | 203 | 6 |
| 2021.02.15 Chen 30 b 6 | 204 | 4 | 205 | 21 |
| 2021.02.15 Chen 30 b 6 | 206 | 1 | 207 | 18 |
| 2021.02.15 Chen 30 b 6 | 209 | 17 | 209 | 23 |
| 2021.02.25 Chen Individual | 13 | 7 | 13 | 23 |
| 2021.02.25 Chen Individual | 14 | 2 | 14 | 6 |
| 2021.02.25 Chen Individual | 14 | 10 | 14 | 20 |
| 2021.02.25 Chen Individual | 15 | 9 | 15 | 10 |
| 2021.02.25 Chen Individual | 15 | 13 | 15 | 20 |
| 2021.02.25 Chen Individual | 16 | 1 | 16 | 8 |
| 2021.02.25 Chen Individual | 17 | 2 | 17 | 6 |
| 2021.02.25 Chen Individual | 17 | 17 | 19 | 5 |
| 2021.02.25 Chen Individual | 19 | 11 | 19 | 23 |
| 2021.02.25 Chen Individual | 20 | 12 | 21 | 19 |
| 2021.02.25 Chen Individual | 23 | 4 | 23 | 6 |
| 2021.02.25 Chen Individual | 23 | 8 | 24 | 8 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.25 Chen Individual | 24 | 10 | 24 | 19 |
| 2021.02.25 Chen Individual | 25 | 20 | 26 | 3 |
| 2021.02.25 Chen Individual | 28 | 17 | 29 | 11 |
| 2021.02.25 Chen Individual | 30 | 22 | 31 | 5 |
| 2021.02.25 Chen Individual | 31 | 16 | 33 | 9 |
| 2021.02.25 Chen Individual | 33 | 21 | 34 | 17 |
| 2021.02.25 Chen Individual | 36 | 11 | 36 | 12 |
| 2021.02.25 Chen Individual | 43 | 22 | 43 | 24 |
| 2021.02.25 Chen Individual | 60 | 18 | 62 | 1 |
| 2021.02.25 Chen Individual | 63 | 5 | 63 | 6 |
| 2021.02.25 Chen Individual | 63 | 12 | 63 | 24 |
| 2021.02.25 Chen Individual | 76 | 1 | 76 | 4 |
| 2021.02.25 Chen Individual | 76 | 8 | 76 | 10 |
| 2021.02.25 Chen Individual | 76 | 12 | 76 | 24 |
| 2021.02.25 Chen Individual | 77 | 20 | 77 | 21 |
| 2021.02.25 Chen Individual | 77 | 24 | 78 | 1 |
| 2021.02.25 Chen Individual | 81 | 9 | 81 | 10 |
| 2021.02.25 Chen Individual | 81 | 12 | 82 | 4 |
| 2021.02.25 Chen Individual | 91 | 3 | 91 | 24 |
| 2021.02.25 Chen Individual | 92 | 1 | 92 | 6 |
| 2021.02.25 Chen Individual | 101 | 20 | 101 | 22 |
| 2021.02.25 Chen Individual | 102 | 2 | 102 | 2 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.25 Chen Individual | 103 | 6 | 103 | 13 |
| 2021.02.25 Chen Individual | 103 | 17 | 103 | 22 |
| 2021.02.25 Chen Individual | 106 | 9 | 111 | 1 |
| 2021.02.25 Chen Individual | 111 | 6 | 112 | 17 |
| 2021.02.25 Chen Individual | 112 | 23 | 120 | 4 |
| 2021.02.25 Chen Individual | 122 | 10 | 125 | 7 |
| 2021.02.25 Chen Individual | 128 | 24 | 130 | 8 |
| 2021.02.25 Chen Individual | 130 | 10 | 130 | 12 |
| 2021.02.25 Chen Individual | 142 | 8 | 142 | 22 |
| 2021.02.25 Chen Individual | 143 | 23 | 144 | 2 |
| 2021.02.25 Chen Individual | 144 | 8 | 144 | 14 |
| 2021.02.25 Chen Individual | 145 | 6 | 149 | 8 |
| 2021.02.25 Chen Individual | 152 | 21 | 153 | 5 |
| 2021.02.25 Chen Individual | 163 | 7 | 165 | 5 |
| 2021.02.25 Chen Individual | 167 | 8 | 167 | 15 |
| 2021.02.25 Chen Individual | 168 | 23 | 170 | 8 |
| 2021.02.25 Chen Individual | 187 | 1 | 188 | 7 |
| 2021.02.25 Chen Individual | 189 | 22 | 189 | 24 |
| 2021.02.25 Chen Individual | 190 | 4 | 190 | 5 |
| 2021.02.25 Chen Individual | 190 | 7 | 190 | 8 |
| 2021.02.25 Chen Individual | 190 | 10 | 190 | 10 |
| 2021.02.25 Chen Individual | 196 | 11 | 197 | 1 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| 2021.02.25 Chen Individual | 197 | 13 | 198 | 4 |
| 2021.02.25 Chen Individual | 198 | 21 | 199 | 11 |
| 2021.02.25 Chen Individual | 200 | 4 | 200 | 21 |
| 2021.02.25 Chen Individual | 208 | 19 | 209 | 5 |
| 2021.02.25 Chen Individual | 217 | 5 | 218 | 15 |
| Mason 2021.04.26 | 8 | 18 | 8 | 20 |
| Mason 2021.04.26 | 9 | 2 | 9 | 8 |
| Mason 2021.04.26 | 25 | 5 | 25 | 11 |
| Mason 2021.04.26 | 25 | 18 | 25 | 23 |
| Mason 2021.04.26 | 30 | 8 | 31 | 22 |
| Mason 2021.04.26 | 32 | 22 | 34 | 5 |
| Mason 2021.04.26 | 34 | 10 | 35 | 11 |
| Mason 2021.04.26 | 40 | 20 | 41 | 13 |
| Mason 2021.04.26 | 42 | 3 | 42 | 21 |
| Mason 2021.04.26 | 43 | 16 | 46 | 19 |
| Mason 2021.04.26 | 46 | 24 | 47 | 13 |
| Mason 2021.04.26 | 47 | 20 | 48 | 16 |
| Mason 2021.04.26 | 49 | 3 | 52 | 2 |
| Mason 2021.04.26 | 54 | 10 | 57 | 12 |
| Mason 2021.04.26 | 57 | 16 | 57 | 21 |
| Mason 2021.04.26 | 57 | 24 | 58 | 5 |
| Mason 2021.04.26 | 58 | 7 | 58 | 22 |
| Mason 2021.04.26 | 59 | 5 | 61 | 4 |
| Mason 2021.04.26 | 62 | 6 | 62 | 23 |
| Mason 2021.04.26 | 64 | 2 | 64 | 16 |
| Mason 2021.04.26 | 64 | 19 | 65 | 3 |
| Mason 2021.04.26 | 65 | 9 | 71 | 10 |
| Mason 2021.04.26 | 71 | 13 | 71 | 24 |
| Mason 2021.04.26 | 74 | 6 | 74 | 17 |
| Mason 2021.04.26 | 74 | 20 | 75 | 2 |
| Mason 2021.04.26 | 75 | 4 | 75 | 7 |
| Mason 2021.04.26 | 75 | 24 | 77 | 2 |
| Mason 2021.04.26 | 77 | 10 | 77 | 12 |
| Mason 2021.04.26 | 77 | 15 | 78 | 7 |
| Mason 2021.04.26 | 78 | 9 | 82 | 9 |
| Mason 2021.04.26 | 83 | 9 | 84 | 2 |
| Mason 2021.04.26 | 86 | 1 | 86 | 2 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Mason 2021.04.26 | 86 | 5 | 87 | 15 |
| Mason 2021.04.26 | 89 | 15 | 94 | 9 |
| Mason 2021.04.26 | 94 | 12 | 95 | 19 |
| Mason 2021.04.26 | 96 | 4 | 101 | 5 |
| Mason 2021.04.26 | 101 | 11 | 102 | 2 |
| Mason 2021.04.26 | 102 | 4 | 104 | 10 |
| Mason 2021.04.26 | 106 | 5 | 106 | 6 |
| Mason 2021.04.26 | 106 | 14 | 107 | 3 |
| Mason 2021.04.26 | 108 | 16 | 109 | 12 |
| Mason 2021.04.26 | 110 | 17 | 110 | 24 |
| Mason 2021.04.26 | 114 | 20 | 114 | 24 |
| Mason 2021.04.26 | 115 | 2 | 115 | 10 |
| Mason 2021.04.26 | 122 | 7 | 122 | 9 |
| Mason 2021.04.26 | 122 | 14 | 122 | 18 |
| Mason 2021.04.26 | 123 | 2 | 123 | 5 |
| Mason 2021.04.26 | 124 | 13 | 129 | 22 |
| Mason 2021.04.26 | 132 | 3 | 132 | 6 |
| Mason 2021.04.26 | 133 | 13 | 133 | 15 |
| Mason 2021.04.26 | 135 | 6 | 135 | 8 |
| Mason 2021.04.26 | 135 | 12 | 135 | 17 |
| Mason 2021.04.26 | 135 | 19 | 135 | 19 |
| Mason 2021.04.26 | 136 | 5 | 137 | 20 |
| Mason 2021.04.26 | 138 | 9 | 139 | 7 |
| Mason 2021.04.26 | 140 | 14 | 143 | 19 |
| Mason 2021.04.26 | 144 | 8 | 145 | 21 |
| Mason 2021.04.26 | 154 | 3 | 154 | 21 |
| Mason 2021.04.26 | 155 | 9 | 155 | 10 |
| Mason 2021.04.26 | 155 | 14 | 155 | 23 |
| Mason 2021.04.26 | 156 | 10 | 159 | 9 |
| Mason 2021.04.26 | 159 | 12 | 160 | 11 |
| Mason 2021.04.26 | 211 | 16 | 219 | 15 |
| Mason 2021.04.26 | 231 | 16 | 233 | 16 |
| Mason 2021.04.26 | 237 | 19 | 238 | 1 |
| Mason 2021.04.26 | 238 | 4 | 238 | 20 |
| Mason 2021.04.26 | 238 | 22 | 239 | 1 |
| Mason 2021.04.26 | 239 | 4 | 239 | 12 |
| Mason 2021.04.26 | 239 | 14 | 241 | 7 |
| Mason 2021.04.26 | 241 | 11 | 241 | 13 |
| Mason 2021.04.26 | 242 | 6 | 242 | 17 |
| Mason 2021.04.26 | 243 | 21 | 244 | 22 |
| Mason 2021.04.26 | 245 | 8 | 246 | 9 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Mason 2021.04.26 | 247 | 16 | 248 | 6 |
| Mason 2021.04.26 | 248 | 24 | 249 | 2 |
| Mason 2021.04.26 | 249 | 5 | 250 | 17 |
| Mason 2021.04.26 | 250 | 19 | 251 | 1 |
| Mason 2021.04.26 | 271 | 2 | 272 | 4 |
| Mason 2021.04.26 | 272 | 4 | 272 | 24 |
| Mason 2021.04.26 | 273 | 3 | 273 | 9 |
| Mason 2021.04.26 | 273 | 11 | 273 | 13 |
| Mason 2021.04.26 | 273 | 15 | 273 | 22 |
| Mason 2021.04.26 | 273 | 24 | 274 | 11 |
| Mason 2021.04.26 | 274 | 22 | 275 | 13 |
| Mason 2021.04.26 | 277 | 1 | 277 | 18 |
| Mason 2021.04.26 | 277 | 20 | 285 | 10 |
| Mason 2021.04.26 | 285 | 12 | 287 | 19 |
| Mason 2021.04.26 | 287 | 21 | 288 | 1 |
| Mason 2021.04.26 | 288 | 3 | 288 | 7 |
| Mason 2021.04.26 | 288 | 9 | 288 | 9 |
| Mason 2021.04.26 | 288 | 11 | 288 | 13 |
| Mason 2021.04.26 | 288 | 15 | 289 | 1 |
| Mason 2021.04.26 | 292 | 18 | 293 | 18 |
| Mason 2021.04.26 | 296 | 19 | 298 | 10 |
| Petty 30 b 6 | 41 | 7 | 41 | 17 |
| Petty 30 b 6 | 87 | 11 | 87 | 19 |
| Petty 30 b 6 | 157 | 18 | 157 | 19 |
| Petty 30 b 6 | 169 | 16 | 169 | 21 |
| Tian | 26 | 4 | 26 | 12 |
| Tian | 35 | 2 | 35 | 11 |
| Zarcu | 8 | 12 | 8 | 15 |
| Zarcu | 14 | 7 | 14 | 8 |
| Zarcu | 15 | 14 | 15 | 16 |
| Zarcu | 15 | 23 | 16 | 12 |
| Zarcu | 29 | 2 | 29 | 13 |
| Zarcu | 37 | 17 | 37 | 18 |
| Zarcu | 38 | 4 | 38 | 6 |
| Zarcu | 39 | 20 | 39 | 24 |
| Zarcu | 46 | 9 | 46 | 17 |
| Zarcu | 47 | 10 | 47 | 17 |
| Zarcu | 48 | 5 | 49 | 6 |
| Zarcu | 50 | 2 | 50 | 19 |
| Zarcu | 51 | 2 | 52 | 10 |
| Zarcu | 54 | 10 | 54 | 15 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Zarcu | 58 | 21 | 58 | 24 |
| Zarcu | 59 | 13 | 60 | 12 |
| Zarcu | 61 | 11 | 61 | 24 |
| Zarcu | 62 | 3 | 62 | 23 |
| Zarcu | 63 | 16 | 63 | 23 |
| Zarcu | 64 | 6 | 64 | 8 |
| Zarcu | 64 | 13 | 65 | 6 |
| Zarcu | 65 | 12 | 65 | 23 |
| Zarcu | 66 | 7 | 66 | 8 |
| Zarcu | 66 | 11 | 66 | 15 |
| Zarcu | 66 | 23 | 66 | 24 |
| Zarcu | 67 | 2 | 67 | 8 |
| Zarcu | 67 | 10 | 67 | 12 |
| Zarcu | 67 | 16 | 68 | 6 |
| Zarcu | 86 | 1 | 89 | 1 |
| Zarcu | 90 | 14 | 92 | 1 |
| Zarcu | 97 | 22 | 98 | 23 |
| Zarcu | 99 | 8 | 100 | 5 |
| Zarcu | 100 | 7 | 100 | 10 |
| Zarcu | 100 | 12 | 101 | 6 |
| Zarcu | 102 | 2 | 102 | 13 |
| Zarcu | 103 | 6 | 104 | 3 |
| Zarcu | 108 | 11 | 109 | 8 |
| Zarcu | 114 | 19 | 119 | 4 |
| Zarcu | 119 | 13 | 121 | 9 |
| Zarcu | 126 | 4 | 126 | 21 |
| Zarcu | 128 | 13 | 129 | 11 |
| Zarcu | 129 | 13 | 129 | 20 |
| Zarcu | 129 | 22 | 130 | 20 |
| Zarcu | 135 | 7 | 136 | 23 |
| Zarcu | 137 | 13 | 138 | 8 |
| Zarcu | 138 | 17 | 139 | 13 |
| Zarcu | 172 | 18 | 173 | 4 |
| Zarcu | 173 | 7 | 173 | 11 |
| Zarcu | 173 | 13 | 173 | 20 |
| Zarcu | 173 | 22 | 174 | 16 |
| Zarcu | 181 | 13 | 184 | 1 |
| Zarcu | 186 | 1 | 186 | 5 |
| Zarcu | 186 | 7 | 186 | 9 |
| Zarcu | 186 | 11 | 187 | 9 |
| Zarcu | 187 | 20 | 188 | 4 |

| Deponent | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Zarcu | 209 | 13 | 209 | 24 |
| Zarcu | 210 | 3 | 210 | 15 |
| Zarcu | 212 | 1 | 212 | 16 |
| Zarcu | 238 | 13 | 238 | 23 |
| Zarcu | 260 | 15 | 261 | 14 |
| Zarcu | 265 | 9 | 265 | 23 |
| Zarcu | 270 | 1 | 270 | 5 |
| Zarcu | 270 | 8 | 270 | 12 |
| Zarcu | 275 | 20 | 275 | 23 |
| Zarcu | 276 | 1 | 276 | 8 |
| Zarcu | 276 | 10 | 276 | 14 |
| Zarcu | 276 | 18 | 277 | 12 |
| Zarcu | 285 | 9 | 285 | 11 |
| Zarcu | 285 | 14 | 286 | 5 |
| Zarcu | 290 | 9 | 290 | 14 |
| Zarcu | 290 | 21 | 290 | 24 |
| Zarcu | 291 | 4 | 295 | 17 |
| Zarcu | 291 | 23 | 292 | 22 |
| Zarcu | 293 | 9 | 293 | 11 |
| Zarcu | 295 | 5 | 295 | 11 |
| Zarcu | 295 | 16 | 295 | 17 |
| Zarcu | 295 | 24 | 296 | 5 |
| Zarcu | 296 | 7 | 296 | 13 |
| Zarcu | 296 | 16 | 296 | 19 |
| Zarcu | 296 | 22 | 297 | 3 |
| Zarcu | 297 | 12 | 297 | 22 |
| Zarcu | 298 | 2 | 299 | 10 |
| Zarcu | 299 | 13 | 299 | 15 |
| Zarcu | 299 | 19 | 301 | 1 |
| Zarcu | 301 | 3 | 301 | 15 |
| Zarcu | 301 | 17 | 302 | 16 |
| Zarcu | 304 | 13 | 304 | 23 |
| Zarcu | 305 | 1 | 305 | 19 |

-12-

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of Defendants' Notice of Counter Designations & Non-Objection were caused to be served on all parties via ECF filing on the date set forth below.

Dated: October 15, 2021                              /s/ *Nicole D. Galli*
                                                                       Nicole D. Galli