# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 19th day of October, 2021, upon consideration of Defendants' Motion *In Limine* to Exclude the Testimony of Matthew Yuros and Related Exhibits (Document No. 112) and it appearing that the motion and exhibits contain trade secrets subject to protection, it is **ORDERED** that the Clerk shall place this motion and exhibits **UNDER SEAL** until further Order of the Court.

/s/ TIMOTHY J. SAVAGE J.