IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | ) )  ) |
| Plaintiff, | ) ) |
| v. | Civil Action No. 2:20-cv-02576-TJS ) ) |
| CHAO CHEN, KARL PETTY, ENTERGRID LLC, and ENTERGRID FUND I LLC | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

**NOW**, this _____ day of _____, 2021, upon consideration of Defendants Motion for Extension of Time to Respond to Motions *in Limine* ("Defendants' Motion"), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Defendants shall have to and including October 29, 2021 to respond to Plaintiff's Motions *in Limine.*

_____
Hon. Timothy J. Savage