**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 26th day of October, 2021, upon consideration of the Motion for Extension of Time to Respond to Plaintiff's Motions *In Limine* (Doc. No. 133), and the parties having been advised that all responses to outstanding motions *in limine* were to be filed no later than October 29, 2021, it is **ORDERED** that the motion is **DISMISSED AS MOOT.**

/s/ TIMOTHY J. SAVAGE J.