<u>FILED UNDER SEAL</u>

# EXHIBIT B