# EXHIBIT F

| | |
|---|---|
| **From:** | Nicole Galli <ndgalli@ndgallilaw.com> |
| **Sent:** | Monday, April 12, 2021 10:52 PM |
| **To:** | Douglas Panzer |
| **Cc:** | Charles P. Goodwin, Esq.; Manny D. Pokotilow |
| **Subject:** | RE: EvE - Rebuttal Expert Dr. Maria Garibotti |
| **Attachments:** | E v E - expert disclosure |

Doug,

Elmagin's position is frivolous.  **On November 27, 2020 we expressly disclosed that we had hired Mr. Zarcu through Analysis Group and that Analysis Group would be providing him with staffing support in this matter.**  See attached email.

Neither our firm nor our client has retained Mr. Zarcu's business, TradeDynamiX LLC, to provide any services in this case.  As disclosed in the November 27 email, Elmagin the retention is with Analysis Group, who has contracted with Mr. Zarcu to provide testimony in this matter, with employees of Analysis Group providing the necessary support that he requires.  See attached email.  Further, Mr. Zarcu's engagement though Analysis Group is recited in ¶ 15 of his report.

Mr. Zarcu's separate business was listed on his CV as provided to Elmagin as an attachment to our November 27, 2020 disclosure email.

Elmagin raised no objection to Mr. Zarcu or Analysis Group working on this matter, including seeing confidential and AEO information.  At the time, Elmagin did not even inquire about the relationship between Zarcu, Analysis Group and TradeDynamiX LLC, as would be expected if Elmagin had any actual concerns.

Entergrid reasonably and justifiably relied upon Elmagin's lack of objection to Mr. Zarcu and Analysis Group in proceeding with them.  Dr. Garibotti is employed  at Analysis Group and has been working to support Mr. Zarcu since the time for Elmagin's objection passed on December 2, 2020.

Elmagin's present objection is untimely.  Elmagin's suggestion that it will file a motion for a protective order and/or sanctions is entirely inappropriate.  Should Elmagin so move, Entergrid will seek sanctions for our time in responding to it under Rules 11 and 37.

Nicole

---

**From:** Douglas Panzer <dpanzer@crbcp.com>
**Sent:** Monday, April 12, 2021 9:55 PM
**To:** Nicole Galli <ndgalli@ndgallilaw.com>
**Cc:** Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>; Manny D. Pokotilow <mpokotilow@crbcp.com>
**Subject:** RE: EvE - Rebuttal Expert Dr. Maria Garibotti

Nicole,
Dr. Garibotti is <u>not</u> authorized to see any of the CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE materials of Elmagin (collectively "Protected Material").  Confirm by 8 am, Tuesday, April 13, 2021, that Dr. Garibotti has not been given access to any such Protected Material information.  In the absence of such confirmation, we will immediately file a motion to enforce the protective order and for sanctions.

The protective order clearly states that access to Protected Material is limited to "[a]ny outside experts or consultants retained by the Receiving Party to assist in this action, including their employees", 8(b)(iv), 9(b)(ii), except with respect to SOURCE CODE materials, which are limited to the outside expert alone.  Mr. Zarcu is President/COO, TradeDynamiX LLC.  This is confirmed by his undertaking, a copy of which is attached.  Dr. Garibotti is identified as Vice President, Analysis Group, Inc.  Dr. Garibatti clearly is not an employee of Mr. Zarcu.

**On the basis of your representations/claims in your email, Elmagin formally objects to the disclosure of any Protected Material to Dr. Garibotti**.  Any disclosure made is/will be in violation of the requirements of the protective order that call for "[a]t least five (5) days prior to disclosing any Protected Material", which notice requirement is further incorporated by the above-cited sections regarding disclosure of Protected Material.

Doug

---

**From:** Nicole Galli [mailto:ndgalli@ndgallilaw.com]
**Sent:** Monday, April 12, 2021 6:03 PM
**To:** Douglas Panzer
**Cc:** Charles P. Goodwin, Esq.
**Subject:** EvE - Rebuttal Expert Dr. Maria Garibotti

Doug,

As you have previously been informed, Entergrid's expert Cristian Zarcu, has been hired through Analysis Group and thus has been assisted in his work by members of the AG team.  The AG team members have been bound to the protective order via, inter alia, Mr. Zarcu (in an abundance of caution we also had a principal of AG sign for the company at the time Zarcu/AG was retained).

Based on Dr. Pirrong's expert report and testimony, we have decided to have one of the AG team members, Dr. Maria Garibotti, testify in this matter as a rebuttal expert (in addition to Mr. Zarcu).  Dr. Garibotti's CV is attached along with an undertaking signed by her individually.  She will be submitting a rebuttal report on Friday.

Note that given that AG as a whole already has been cleared to see confidential and AEO material under the PO, we believe we technically can proceed without making this disclosure; however due to the shift in Dr. Garibotti's role, we believed it appropriate to notify you of this.

thanks,

Nicole

Nicole D. Galli
Managing Member
*ND Galli Law LLC*
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Tel: (215) 525-9583
Fax:  (215) 525-9585

5 Penn Plaza, 19th Floor
New York, NY 10001
Tel: (646) 680-9663

ndgalli@ndgallilaw.com
www.ndgallilaw.com

CONFIDENTIALITY NOTICE: This message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive email communications through this medium, please advise the sender.