# EXHIBIT H

| | |
|---|---|
| **From:** | Nicole Galli <ndgalli@ndgallilaw.com> |
| **Sent:** | Friday, September 18, 2020 9:05 PM |
| **To:** | Douglas Panzer |
| **Cc:** | Charles P. Goodwin, Esq.; Manny D. Pokotilow; Robert S. Silver |
| **Subject:** | RE: Finalized ESI and Protective Orders |

Doug,

You are authorized to file the PO and ESI Orders that you shared with your 8:46 pm email and include my e-signature. Thank you for sharing the word files and handling the filing.

Glad we were able to work this out.  A good weekend to all.

Thanks,

Nicole

**From:** Douglas Panzer <dpanzer@crbcp.com>
**Sent:** Friday, September 18, 2020 8:46 PM
**To:** Nicole Galli <ndgalli@ndgallilaw.com>
**Cc:** Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>; Manny D. Pokotilow <mpokotilow@crbcp.com>; Robert S. Silver <rsilver@crbcp.com>
**Subject:** Finalized ESI and Protective Orders

Nicole,
Please confirm you authorization for us to file the attached, which include your electronic signature.  The Protective Order is in the form of your 8:04PM email and the ESI Order is the last version we exchanged, which we agreed upon.

Doug

**Douglas Panzer**
Partner
Registered Patent Attorney
CAESAR RIVISE, PC
7 Penn Center | 12th Floor | 1635 Market Street | Philadelphia, PA 19103-2212
215.567.2010 (P) | 215.751.1142 (F)
dpanzer@caesar.law | Bio at http://www.caesar.law | Download vCard