**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ELMAGIN CAPITAL, LLC** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** : | |
| **LLC and ENTERGRID FUND I LLC** : | **NO. 20-2576** |

## ORDER

**NOW**, this 29th day of November, 2021, it is **ORDERED** that oral argument on all outstanding motions *in limine* is scheduled for **Tuesday, December 7, 2021, at 1:00 p.m.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

/s/ TIMOTHY J. SAVAGE J.