IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 6th day of December, 2021, upon consideration of the Defendants' Motion *In Limine* to Exclude Plaintiff's Email Exhibits (Doc. No. 106), it is **ORDERED** as follows:

1. No later than noon, **December 9, 2021**, the defendants shall file a statement or chart listing each exhibit to which the defendants object in their motion, identifying the exhibit by exhibit number, date, the author, the addressee, and the subject matter of each exhibit.

2. No later than noon, **December 13, 2021**, the plaintiff shall file a response to the defendants' statement or chart, stating for each exhibit the plaintiff's proffer for moving to admit it and citing each exception to the hearsay rule that it contends applies to each.

/s/ TIMOTHY J. SAVAGE J.