IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | ) |
| | ) |
| | ) Civil Action No. 2:20-cv-02576-TJS |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| CHAO CHEN, KARL PETTY, | ) |
| ENTERGRID LLC, and | ) |
| ENTERGRID FUND I LLC | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF SCHEDULING CONFLICTS

In view of the Court's Order postponing the pretrial conference and trial of these proceedings [Dkt. 156] and pending the rescheduling of these events once the Court rules on the various now-pending motions *in limine*, Defendants respectfully inform the Court of those intervals between the January 4, 2022 and June 30, 2022 during which Defendants, their counsel, clients, witnesses and/or other team members have conflicting scheduling commitments. This Notice supplements Defendants' prior Notice of Scheduling Conflicts filed on June 20, 2021 [Dkt. 89], which noted, *inter alia*, Counsels' scheduling conflict for the end of this month, as follows: December 17, 2021 through January 3, 2022 (pre-planned commitments of counsel). For the Court's convenience, Defendants also set forth the weeks in which there are no scheduling conflicts on its side.

| Week of 2022 | Availability | Comments |
|---|---|---|
| 1/03 | Unavailable | Counsel unavailable |
| **1/10** | **Available** | |
| **1/17** | **Available** | |
| 1/24 | Unavailable | Trial team members unavailable |
| **1/31** | **Available** | |
| **2/07** | **Available** | |
| **2/14** | **Available** | |
| 2/21 | Unavailable | Client and experts unavailable |
| 2/28 | Unavailable | Client and experts unavailable |
| **3/07** | **Available** | |
| 3/14 | Unavailable | Counsel, client and experts unavailable |
| 3/21 | Unavailable | Client and expert unavailable |
| 3/28 | Unavailable | Counsel, client, experts and trial team members unavailable |
| 4/04 | Unavailable | Client and experts unavailable |
| 4/11 | Unavailable | Counsel client, experts and trial team members unavailable |
| **4/18** | **Available** | |
| **4/25** | **Available** | |
| **5/02** | **Available** | |
| **5/09** | **Available** | |
| **5/16** | **Available** | |
| **5/23** | **Available** | |
| 5/30 | Unavailable | Experts and trial team members unavailable |
| 6/06 | Unavailable | Counsel, experts and trial team members unavailable |
| 6/13 | Unavailable | Experts and trial team members unavailable |
| 6/20 | Unavailable | Experts and trial team members unavailable |
| **6/27** | **Available** | |

Defendants will of course abide whatever schedule the Court may set in the future, if the pending motions do not resolve this action. Nonetheless, Defendants respectfully request that in setting

the remaining case schedule, the Court consider the current unavailability of Defendants, counsel, other trial team members, and/or witnesses on the indicated dates.

Dated: December 6, 2021

Respectfully Submitted,

 /s/ Nicole D. Galli
Nicole D. Galli (PA Id. No. 78420)
Charles P. Goodwin (PA Id No. 66500)
ND GALLI LAW, LLC
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Telephone: (215) 525-9580
Facsimile: (215) 525-9585
ndgalli@ndgallilaw.com
cgoodwin@ndgallilaw.com
*Attorneys for Defendants Chao Chen, Karl Petty, Entergrid LLC, and Entergrid Fund I LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via filing on ECF/PACER on December 6, 2021.

*/s/ Nicole D. Galli*

Nicole D. Galli