IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAO CHEN, KARL PETTY, )<br>ENTERGRID LLC, and )<br>ENTERGRID FUND I LLC )<br>)<br>Defendants. )<br>) | Civil Action No. 2:20-cv-02576-TJS<br><br>JURY TRIAL DEMANDED |

**FILED UNDER SEAL**

**ENUMERATION OF DEFENDANTS'**
**HEARSAY OBJECTIONS TO PLAINTIFF'S EMAIL TRIAL EXHIBITS**