# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 11th day of January, 2022, upon consideration of Defendants' Motion *In Limine* to Exclude Plaintiff's Email Exhibits (Doc. No. 106) and the parties' memoranda, it is **ORDERED** that no later than **January 16, 2022**, the plaintiff shall:

1. Make a proffer with respect to each email it intends to introduce into evidence to which the defendants have objected;

2. Identify specifically and state in detail the relevance of and what it intends to prove by each email exhibit; and

3. Follow the format of Appendix A attached to its response.

/s/ TIMOTHY J. SAVAGE J.