IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| | : CIVIL ACTION NO.: |
| CHAO CHEN; | : 2:20-cv-02576-TJS |
| KARL PETTY; | : |
| ENTERGRID LLC; | : |
| ENTERGRID FUND I LLC | : |
| | : |
| Defendants. | : |
| | : |

**PLAINTIFF ELMAGIN CAPITAL LLC'S PROFFER OF ADMISSIBILITY IN RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EMAIL EXHIBITS**

Pursuant to the Court's Order (ECF 184) dated January 11, 2022 and in further support of its Response to Defendants' Objections to Plaintiff's Email Exhibits (ECF 176), Plaintiff Elmagin Capital, LLC submits, attached as Appendix A hereto, its proffer as to the admissibility of the email exhibits Defendants seek to exclude. Defendants' Motion in Limine to Exclude Plaintiff's Email Exhibits (ECF 106) should be denied for the reasons set forth in Plaintiff's Opposition (ECF 126), Plaintiff's Response to Defendants' Objections to Plaintiff's Email Exhibits (ECF 176), and herein.

<***** SIGNATURE PAGE FOLLOWS *****>

                                                  Respectfully Submitted,

Dated: January 14, 2022        By: ___/s/ Douglas Panzer_____
                                              Douglas Panzer (PA Bar ID 203354)
                                              Manny Pokotilow (PA Bar ID 13310)
                                              Allison White (PA Bar ID 329108)
                                              Caesar Rivise, P.C.
                                              1635 Market Street, 12th Floor
                                              Philadelphia, PA 19103
                                              Tel: (215) 567-2010
                                              dpanzer@crbcp.com
                                              mpokotilow@crbcp.com
                                              awhite@crbcp.com
                                              *Attorneys for Plaintiff,*
                                              *Elmagin Capital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2022, a copy of the foregoing PLAINTIFF ELMAGIN CAPITAL LLC'S PROFFER OF ADMISSIBILITY IN RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EMAIL EXHIBITS, its Appendix A, and its Exhibit 1 were served on the below listed Attorneys for Defendants via the Court's ECF system:

>Nicole D. Galli
>Charles P. Goodwin
>
>ND Galli Law LLC
>One Liberty Place
>1650 Market Street
>Suite 3600, #00250
>Philadelphia, PA19103
>ndgalli@ndgallilaw.com
>cgoodwin@ndgallilaw.com
>
>*Attorneys for Defendants*

  /s/ Douglas Panzer

Douglas Panzer