FILED UNDER SEAL

**PLAINTIFF ELMAGIN CAPITAL LLC'S PROFFER OF ADMISSIBILITY IN RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EMAIL EXHIBITS**

# Appendix A