**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 20th day of January, 2022, upon consideration of Plaintiff Elmagin Capital, LLC's Motion *In Limine* to Exclude Irrelevant Internet Posts of Plaintiff's Expert Witness (Doc. No. 102), the defendants' response, the plaintiff's reply, and after a hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that with the exception of the two emails relating to the energy markets, the defendants are precluded from introducing, either directly or indirectly, expert witness Craig Perrong's social media or internet blog posts identified in Defendants' Trial Exhibits X-023 through X-032 and X-312 through X-335.

                                                                /s/ TIMOTHY J. SAVAGE J.