# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 20th day of January, 2022, upon consideration of Plaintiff Elmagin Capital, LLC's Motion *in Limine* to Exclude Portions of the Opinion and Testimony of Defendants' Expert W. Anthony Mason (Doc. No. 103), the defendants' response, the plaintiff's reply, and after a hearing, it is **ORDERED** that the motion is **DENIED**.[1]

                                                                /s/ TIMOTHY J. SAVAGE J.

---

[1] Notwithstanding the denial of the motion, the expert may not offer legal conclusions.