IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 20th day of January, 2022, upon consideration of the Defendants' Motion *In Limine* to Exclude Plaintiff's Email Exhibits (Doc. No. 106), the plaintiff's response, the defendants' reply, the Enumeration of Defendants' Hearsay Objections to Plaintiff's Email Trial Exhibits (Doc. No. 170), the plaintiff's response, the defendants' reply, and the Plaintiff Elmagin Capital LLC's Proffer of Admissibility in Response to Defendants' Objections to Plaintiff's Email Exhibits (Doc. No. 185), the defendants' response, and after a review of each email exhibit, it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Defendants' objections to plaintiff's email exhibits identified as plaintiff's trial exhibits PTX053; PTX054; PTX058; PTX060; PTX061; PTX078; PTX079; PTX080; PTX100; PTX101; PTX102; PTX112; PTX126; PTX127; PTX136; PTX137; PTX139; PTX140; PTX141; PTX142; PTX154; PTX166; PTX198; PTX200; PTX202; PTX204; PTX207; PTX208; PTX210; PTX211; PTX212; PTX213; PTX221; PTX262; PTX263; PTX264; PTX265; PTX295; PTX297; PTX304; PTX305; PTX308; PTX309; PTX310; PTX311; and PTX312 are **OVERRULED**; and

2. Defendants' objections to plaintiff's email exhibits identified as plaintiff's trial exhibits PTX018, PTX068, PTX069, PTX070, PTX072, PTX111 are **SUSTAINED**.

/s/ TIMOTHY J. SAVAGE J.