# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | NO. 20-2576 |

## ORDER

**NOW**, this 26th day of January, 2022, upon consideration of Plaintiff Elmagin Capital, LLC's Motion for Civil Contempt, Enforcement Of, and Sanctions For, Defendants' Pattern of Violations of Protective Order (Doc. No. 164), the defendants' response, and the plaintiff's reply, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.