IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | ) |
| | ) Civil Action No. 2:20-cv-02576-TJS |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| CHAO CHEN, KARL PETTY, ENTERGRID LLC, and ENTERGRID FUND I LLC | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF SCHEDULING CONFLICTS

In light of the scheduling of two trials to which counsel is attached,[1] , Defendants respectfully wish to inform the Court of those intervals between the January the present and December 31, 2022 during which Defendants, their counsel, clients, witnesses and/or other team members have conflicting scheduling commitments.  This Notice supersedes Defendants' prior Notices filed on June 20, 2021 [Dkt. 89] and December 6, 2021 [Dkt. 168], which noted conflicts through the end of June 2022.  For the Court's convenience, Defendants also set forth the weeks in which there are no scheduling conflicts on its side.

| Week of 2022 | Availability | Comments |
|---|---|---|
| 2/21 | Unavailable | Client and experts unavailable |
| 2/28 | Unavailable | Client and experts unavailable |
| 3/07 | Unavailable | Expert Unavailable |
| 3/14 | Unavailable | Counsel, client and experts unavailable |
| 3/21 | Unavailable | Client and expert unavailable |

---

[1] *Trustees of the University of Pennsylvania v Eli Lilly & Co. et al.*, No. 15-cv-06133 (E.D. Pa.) (Diamond, J), which is set for trial on July 12, 2022 with a final pretrial conference scheduled on July 6, 2022; and *Shift4Payments, LLC v. Shift Processing LLC*, No. 5:21-cv-02684-JMG (E.D. Pa.) (Gallagher, J.), which is set for trial on December 5, 2022 with a final pretrial conference scheduled for November 23, 2022 and jury selection on December 2, 2022.

| Week of 2022 | Availability | Comments |
|---|---|---|
| 3/28 | Unavailable | Counsel, client, experts and trial team members unavailable |
| 4/04 | Unavailable | Client and experts unavailable |
| 4/11 | Unavailable | Counsel, client, experts and trial team members unavailable |
| 4/18 | **Available** | |
| 4/25 | **Available** | |
| 5/02 | **Available** | |
| 5/09 | **Available** | |
| 5/16 | **Available** | |
| 5/23 | Unavailable (previously Available) | Clients unavailable |
| 5/30 | Unavailable | Clients, experts and trial team members unavailable |
| 6/06 | Unavailable | Counsel, experts and trial team members unavailable |
| 6/13 | Unavailable | Experts and trial team members unavailable |
| 6/20 | Unavailable | Experts and trial team members unavailable |
| 6/27 | Unavailable (previously Available) | Expert unavailable |
| 7/4 | Unavailable | Counsel unavailable (Counsel at trial) |
| 7/11 | Unavailable | Counsel, experts unavailable (Counsel at trial) |
| 7/ 18 | Unavailable | Counsel, clients and experts unavailable (Counsel at trial) |
| 7/25 | Unavailable | Counsel, client and experts unavailable |
| 8/1 | Unavailable | Client unavailable |
| 8/8 | **Available** | One client is unavailable on Monday, 8/8/2022 but is available the rest of the week. |
| 8/15 | **Available** | |
| 8/22 | Unavailable | Expert unavailable |
| 8/29 | Unavailable | Expert unavailable |
| 9/5 | Unavailable | Expert unavailable |
| 9/12 | **Available** | |
| 9/19 | **Available** | |
| 9/26 | **Available** | |
| 10/3 | **Available** | |
| 10/10 | **Available** | |

- 3 -

| Week of 2022 | Availability | Comments |
|---|---|---|
| 10/17 | **Available** | |
| 10/24 | Unavailable | Expert unavailable |
| 10/31 | Unavailable | Expert unavailable |
| 11/7 | **Available** | |
| 11/14 | **Available** | Clients have a Friday commitment, but as we understand the Court's practice is not to hold trial on Fridays, this week is available. |
| 11/21 | Unavailable | Clients, counsel unavailable |
| 11/28 | **Available** | Counsel unavailable on Thursday and Friday (Counsel at trial). |
| 12/5 | Unavailable | Counsel unavailable (Counsel at trial). |
| 12/12 | **Available** | |
| 12/19 | Unavailable | Counsel and client unavailable |
| 12/26 | Unavailable | Counsel, client and expert are unavailable |

Defendants will of course abide whatever schedule the Court may set in the future, if the pending motions do not resolve this action. Nonetheless, Defendants respectfully request that in setting the remaining case schedule, the Court consider the current unavailability of Defendants, counsel, other trial team members, and/or witnesses on the indicated dates.

Dated:  February 22, 2022

Respectfully Submitted,
 /s/ Nicole D. Galli
Nicole D. Galli (PA Id. No. 78420)
Charles P. Goodwin (PA Id No. 66500)
ND GALLI LAW, LLC
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Telephone: (215) 525-9580
Facsimile: (215) 525-9585
ndgalli@ndgallilaw.com
cgoodwin@ndgallilaw.com
*Attorneys for Defendants Chao Chen, Karl Petty, Entergrid LLC, and Entergrid Fund I LLC*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via filing on ECF/PACER on February 22, 2022.

                                          */s/ Nicole D. Galli*

                                          Nicole D. Galli