# EXHIBIT B



**DOUGLAS PANZER**
Attorney-at-Law
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103-2212
215-567-2010 (p)
215-751-1142 (f)
dpanzer@caesar.law
www.caesar.law

March 31, 2021

**VIA ELECTRONIC MAIL ONLY**
Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
ND Galli Law LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA19103

> Re: **Elmagin Capital, LLC v. Chen et al**
> **United States District Court for the Eastern District of Pennsylvania**
> **Case No.: 2:20-cv-02576-TJS (Our Ref. E1168/40001)**
> **Notice of 30(b)(6) Deposition to Elmagin and Deposition Scheduling**

Dear Chuck:

This letter addresses the three notices that you sent, dated Sunday, March 28, 2021, seeking the individual depositions of Roger Chiang and Guidong Zhu, and Rule 30(b)(6) deposition of Elmagin Capital, LLC. This letter does not set forth or address any of Elmagin's potential formal objections to any of those notices or any portion thereof, each of which objections is hereby expressly reserved.

30(b)(6) Deposition of Elmagin

By their March 28 notice of 30(b)(6) deposition, Defendants seek to conduct that deposition on April 9, 2021. As I stated in my email to you on Monday, March 29, with respect to the 30(b)(6) deposition of Elmagin, 12 days' notice thereof is insufficient. This is particularly so in view of the thirty-seven (37) topics identified in the notice which further include, for example in topic #35, thirteen (13) subparts. It is impossible for Elmagin to properly consider those numerous topics, potentially object to any of them, identify the most appropriate corporate designee(s), and to ensure that such designee/s is/are prepared, in accordance with the obligations under the Federal Rules, to fully and knowledgably testify to those topics. Compounding the inappropriately short notice from the Defendants, are the facts that a) each of the principals of Elmagin is out of the office during the

March 31, 2021
Charles P. Goodwin, Esq.
Page -2-

week of March 29, on previously scheduled family vacations arranged around the "spring break" schedules of their children and b) the week of April 5-9, 2021, brings the annual FTR auctions of the major RTO's, requiring the concerted, "all hands on deck" efforts of those who may be designated pursuant to Rule 30(b)(6) to testify on behalf of Elmagin.  **There is no doubt that the Defendants were or should have been aware of this latter fact given their participation in such markets**.

In response to my March 29 email to you on this subject, you wrote "[t]he concern here is that [Defendants] need these three depositions taken sufficiently before rebuttal reports are due.  The 30b6 (*sic*) is to occur before the Zhu and Chiang depositions, for efficiency reasons."  First, we are aware of no "efficiency reasons" that require these depositions to occur in a particular order.  Second, your unilateral deadline for depositions of fact witnesses to conclude prior to April 16 is inconsistent with the Scheduling Order (docket #46), which provides that April 27 is the close of fact discovery.

Third – and relatedly – discovery in this matter has been ongoing since September 2020; more than six (6) months.  Despite this fact, Defendants did not seek a single deposition in this proceeding until March 23, 2021, just over one month prior to the close of the seven-plus month fact discovery period.  In response to my recent request to expedite certain matters in this litigation, Nicole, within hours of your above-referenced email, responded to me quite matter-of-factly with respect to timing-related discovery decisions that "any time crunch is thus of your own making."[1]  Given this view, I trust that you fully recognize that Elmagin need not be placed in an untenable position by the Defendants' choice to wait until the last minute to conduct, at minimum, seven (7) depositions including the three taken last week.  Indeed, Elmagin *will* not be placed in such position, and thus cannot agree to produce a 30(b)(6) designee on April 9, 2021.

Elmagin expects that it will have no objection to providing one or more 30(b)(6) designees on April 19, 20, and/or 22, 2021.  Elmagin shall identify its designee or designees as soon as practicable.

<u>Depositions of Guidong Zhu and Roger Chiang</u>

Defendants' notices of deposition request the attendance of Roger Chiang on April 12, 2021, and Guidong Zhu on April 13, 2021.  Further to the above – in particular the requirement that these employees be fully engaged in the annual auctions during the week of April 5-9 – we request that

---

[1] Email, N. Galli to D. Panzer, Sunday March 8, 2021 11:33 AM.

March 31, 2021
Charles P. Goodwin, Esq.
Page -3-

these depositions take place on April 13, 14, or 15, as you may select. Please confirm which of those days Defendants' counsel would like to proceed.

                            Sincerely,
                            CAESAR RIVISE, PC

                            By _____

cc:    Nicole D. Galli <via e-mail>
        Manny D. Pokotilow <via e-mail>