# EXHIBIT C

| | |
|---|---|
| **From:** | Nicole Galli |
| **Sent:** | Thursday, March 17, 2022 11:44 AM |
| **To:** | Charles P. Goodwin, Esq.; Doug Panzer |
| **Cc:** | Manny Pokotilow |
| **Subject:** | RE: Deposition of Maria Garibotti |

**CAUTION:** This email is from an external source. Use caution opening links and attachments.

Doug,

Thank you for your patience as we considered your request and discussed it with our clients.

Under FRCP 6(b)(a)(1)(B), to obtain leave of Court to take Dr. Garibotti's deposition, Elmagin must show both good cause for the request and that Elmagin's failure to act prior to the deadline was due to excusable neglect.

We do not believe that Elmagin will be able to satisfy either element, given that, among other things, the Court denied Elmagin's request to exclude Dr. Garibotti as a witness on May 10, 2021, nearly 10 months ago.  Moreover, at no point before or after that ruling did Elmagin request Dr. Garbotti's deposition before or after the April 27, 2021 deadline and, in fact, did not to take her deposition on April 27, 2021 when it was offered.

In light of these facts, among others, our clients do not see any reason to consent to your request.

Thanks,

Nicole

---

**From:** Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Sent:** Wednesday, March 16, 2022 12:57 PM
**To:** Douglas Panzer <dpanzer@crbcp.com>
**Cc:** Nicole Galli <ndgalli@ndgallilaw.com>; Manny Pokotilow <mpokotilow@crbcp.com>
**Subject:** Re: Deposition of Maria Garibotti

Doug, I don't have the authority to respond.  My understanding is that Nicole will be available tomorrow, but I don't know her schedule for Thursday.

Sent from my iPhone

> On Mar 16, 2022, at 12:49 PM, Doug Panzer <dpanzer@crbcp.com> wrote:
>
> **EXTERNAL EMAIL**
>
> Chuck,

In view of Nicole being out all day today and the fact that it has now been a week since my request, please confirm whether your clients agree to this proposed deposition so that we can finalize our motion accordingly.

Doug

**Douglas Panzer**
Partner
Registered Patent Attorney
**Caesar Rivise, PC**
7 Penn Center│12th Floor│1635 Market Street│Philadelphia, PA 19103-2212
215.567.2010 (P)│215.751.1142 (F)
dpanzer@caesar.law│Bio at http://www.caesar.law│Download vCard

---

**From:** Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Sent:** Wednesday, March 16, 2022 12:47 PM
**To:** Doug Panzer <dpanzer@crbcp.com>
**Cc:** Nicole Galli <ndgalli@ndgallilaw.com>; Manny Pokotilow <mpokotilow@crbcp.com>
**Subject:** Re: Deposition of Maria Garibotti

> **CAUTION:** This email is from an external source. Use caution opening links and attachments.

Nicole is out all today.

Sent from my iPhone

> On Mar 16, 2022, at 12:28 PM, Doug Panzer <dpanzer@crbcp.com> wrote:
>
> **EXTERNAL EMAIL**
>
> Nicole,
> It has now been a week since my email. Please confirm whether your clients agree to this proposed deposition so that we can finalize our motion accordingly.
>
> Doug
>
> **Douglas Panzer**
> Partner
> Registered Patent Attorney
> **Caesar Rivise, PC**
> 7 Penn Center│12th Floor│1635 Market Street│Philadelphia, PA 19103-2212
> 215.567.2010 (P)│215.751.1142 (F)
> dpanzer@caesar.law│Bio at http://www.caesar.law│Download vCard

**From:** Nicole Galli <ndgalli@ndgallilaw.com>
**Sent:** Thursday, March 10, 2022 4:29 PM
**To:** Doug Panzer <dpanzer@crbcp.com>
**Cc:** Manny Pokotilow <mpokotilow@crbcp.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** RE: Deposition of Maria Garibotti

> **CAUTION:** This email is from an external source. Use caution opening links and attachments.

Doug,

I am acknowledging receipt of your email. We will discuss with our clients and get back to you.

thanks,

Nicole

**From:** Doug Panzer <dpanzer@crbcp.com>
**Sent:** Wednesday, March 9, 2022 10:42 AM
**To:** Nicole Galli <ndgalli@ndgallilaw.com>
**Cc:** Manny Pokotilow <mpokotilow@crbcp.com>; Charles P. Goodwin, Esq. <cgoodwin@ndgallilaw.com>
**Subject:** Deposition of Maria Garibotti

**EXTERNAL EMAIL**

Nicole,
In view of the court's recent decision on the motion in limine relating to Maria Garibotti, please let us know if Defendants will agree to make Dr. Garibotti available for a deposition. We have reviewed your notice of scheduling conflicts filed with the court and it appears that no conflicts exist on April 20, 21, or 22. Therefore, please confirm that one of these dates will work. Once we have your response we will seek leave of the court – hopefully by consent motion – for permission to take the deposition at that time.

Thanks,
Doug

**Douglas Panzer**
Partner
Registered Patent Attorney
**Caesar Rivise, PC**

7 Penn Center│12th Floor│1635 Market Street│Philadelphia, PA 19103-2212
215.567.2010 (P)│215.751.1142 (F)
[dpanzer@caesar.law](mailto:dpanzer@caesar.law)│[Bio at http://www.caesar.law](http://www.caesar.law)│[Download vCard]()