IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC,  :<br>  :<br>    Plaintiff,  :<br>  :<br>    v.  :<br>  :<br>CHAO CHEN;  :<br>KARL PETTY;  :<br>ENTERGRID LLC;  :<br>ENTERGRID FUND I LLC  :<br>  :<br>    Defendants.  :<br>  : | CIVIL ACTION NO.:<br>2:20-cv-02576-TJS |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff's Motion For Leave To Depose Defendants' Expert Dr. Maria Garibotti, it is hereby ORDERED as follows:

(a) Plaintiff's motion is GRANTED;

(b) Plaintiff may take the oral deposition of Dr. Maria Garibotti upon at least seven (7) days' notice; and

(c) Defendant shall cause Dr. Garibotti to appear for such deposition without unreasonable delay.

**BY THE COURT**:

_____

Timothy J. Savage, U.S.D.J.