# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | NO. 20-2576 |

## ORDER

**NOW**, this 28th day of March, 2022, upon consideration of the Plaintiff's Motion for Leave to Depose Defendants' Expert Dr. Maria Garibotti (Doc. No. 204), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant shall present Dr. Maria Garibotti for the purpose of taking her deposition at a mutually agreeable date and time no later than **April 8, 2022**.

/s/ TIMOTHY J. SAVAGE J.