IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC,                              :<br>                                                                :<br>          Plaintiff,                                       :<br>                                                                :<br>          v.                                                 :<br>                                                                :<br>CHAO CHEN;                                          :<br>KARL PETTY;                                         :<br>ENTERGRID LLC;                                    :<br>ENTERGRID FUND I LLC                       :<br>                                                                :<br>          Defendants.                                  :<br>                                                                : | CIVIL ACTION NO.:<br>2:20-cv-02576-TJS |

**PLAINTIFF, ELMAGIN CAPITAL LLC'S MOTION TO EXCLUDE
THE PUBLIC AND PRESS FROM TRIAL**

There being good cause as set forth in the accompanying memorandum, Plaintiff Elmagin Capital, LLC moves to exclude the public and press from the trial of this case..

Respectfully Submitted,

Dated:  January 6, 2022

 /s/ Douglas Panzer

Douglas Panzer (#203354)
Manny D. Pokotilow (#13310)
Allison White (#329108)
Caesar Rivise, PC
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
dpanzer@crbcp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2022, I served a true and correct copy of the forgoing Motion to Exclude the Public and Press from Trial, the accompanying Memorandum of Law in Support thereof, all exhibits thereto, and a Proposed Order via email upon the counsel of record for Defendants.

    Nicole D. Galli
Charles P. Goodwin

ND Galli Law LLC

One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA19103
ndgalli@ndgallilaw.com
cgoodwin@ndgallilaw.com

*Attorneys for Defendants*

     */s/ Douglas Panzer*
     Douglas Panzer