IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELMAGIN CAPITAL LLC,** | : |
| **Plaintiff,** | : |
| v. | : |
| **CHAO CHEN;** | : **CIVIL ACTION NO.:** |
| **KARL PETTY;** | : **2:20-cv-02576-TJS** |
| **ENTERGRID LLC;** | : |
| **ENTERGRID FUND I LLC** | : |
| **Defendants.** | : |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff's MOTION TO EXCLUDE THE PUBLIC AND PRESS FROM TRIAL, it is hereby ORDERED as follows:

(a) Plaintiff's Motion is GRANTED;

(b) The Court Room shall remain closed during the trial of this case to the public and the press.

(c) Only those authorized by the Court shall be permitted to enter the Court Room during the trial of this case.

**BY THE COURT**:

_____
Timothy J. Savage, U.S.D.J.