**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 7th day of April, 2022, it is **ORDERED** that the final pretrial conference scheduled for Tuesday, April 12, 2022 is **RESCHEDULED** to **10:00 a.m.**

<u>/s/ TIMOTHY J. SAVAGE J.</u>