**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELMAGIN CAPITAL, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHAO CHEN, KARL PETTY, ENTERGRID** | : | |
| **LLC and ENTERGRID FUND I LLC** | : | **NO. 20-2576** |

## ORDER

**NOW**, this 7th day of April, 2022, upon consideration of Defendants' Motion for Leave to File Opposition to Motion to Exclude the Public and Press from Trial (Doc. No. 209), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants shall respond to plaintiff's Motion to Exclude the Public and Press from Trial no later than **April 14, 2022**.

/s/ TIMOTHY J. SAVAGE J.