# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELMAGIN CAPITAL LLC, ) | |
| ) | Civil Action No. 2:20-cv-02576-TJS |
| v.  ) | |
| ) | JURY TRIAL DEMANDED |
| CHAO CHEN, KARL PETTY, ) | |
| ENTERGRID LLC, and ) | |
| ENTERGRID FUND I LLC ) | |
| ) | |
| Defendants. ) | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for all defendants.

Dated: April 18, 2022

Respectfully Submitted,

 */s/ Charles P. Goodwin*
Charles P. Goodwin (PA Id No. 66500)
ND GALLI LAW, LLC
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Telephone:(215) 850-3345
Facsimile: (215) 525-9585
cgoodwin@ndgallilaw.com
*Attorneys for Defendants Chao Chen,*
*Karl Petty, Entergrid LLC, and Entergrid*
   *Fund I LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via filing on ECF/PACER on April 18, 2022.

*/s/ Charles P. Goodwin*

Charles Goodwin