IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

## **ORDER**

I **ORDER** that:

    1.  Plaintiff shall submit a letter by noon on Thursday, April 21, stating whether it objects to Defendants' proposed courtroom-closure procedures. D.I. 241. If Plaintiff objects, it shall propose alternative procedures.

Dated: April 20, 2022

_____
UNITED STATES CIRCUIT JUDGE