IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

**<u>ORDER</u>**

I **ORDER** that:

    1.  Plaintiff shall submit a letter responding to Defendants' argument that it has failed to describe its Chloe strategy or identify any misappropriation. D.I. 239, at 18.

    2.  Unless Plaintiff concedes this issue, its letter should point to specific portions of its exhibits or its summary-judgment briefing that (1) describe its Chloe strategy or (2) provide evidence that Defendants misappropriated Chloe.

    3.  Plaintiff shall submit its letter by Friday, April 22, at 2 p.m.

Dated: April 20, 2022

                                                                                              UNITED STATES CIRCUIT JUDGE