IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

**ORDER**

I **ORDER** that:

1. Plaintiff shall disregard paragraph two of the Order at D.I. 242.

2. Plaintiff shall submit specific proposed redactions to Exhibits A and B by Monday, April 25, at noon.

Dated: April 21, 2022

_____
UNITED STATES CIRCUIT JUDGE