IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

## ORDER

I **ORDER** that:

1. Plaintiff's Motion to Exclude the Public and Press from Trial is denied in part.

2. The courtroom shall be closed to members of the press and public for only those portions of the trial identified at D.I. 225, except for Matthew Yuros's testimony about the Breck strategy. During that portion of Mr. Yuros's testimony, the courtroom shall remain open.

Dated: April 21, 2022

_____
UNITED STATES CIRCUIT JUDGE