IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

## ORDER

I **ORDER** that:

1. Plaintiff may not argue that its Chloe strategy was infringed at trial per Federal Rule of Civil Procedure 37(c). It failed to supplement its interrogatory response to Defendants' Interrogatory No. 8.

Dated: April 25, 2022

_____
UNITED STATES CIRCUIT JUDGE