# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELMAGIN CAPITAL LLC,         :
:
      Plaintiff,         :
:
      v.         :
:        **CIVIL ACTION NO.:**
CHAO CHEN;         :        **2:20-cv-02576-TJS**
KARL PETTY;         :
ENTERGRID LLC;         :
ENTERGRID FUND I LLC         :
:
      Defendants.         :
:

## JOINT PRETRIAL ORDER PURSUANT TO LOCAL RULE 16.1

## I.    JURISDICTION

This is a suit by Plaintiff for (i) misappropriation of trade secrets pursuant to and in violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836, et seq. ("DTSA"); (ii) misappropriation of trade secrets pursuant to and in violation of the Pennsylvania Uniform Trade Secrets Act, 12 Pa.C.S.A. §§ 5301 et seq. ("PUTSA"); and (iii) breach of contract.  This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367 because Plaintiff asserts a claim for statutory misappropriation of trade secrets under the Defend Trade Case Secrets Act of 2016, 18 U.S.C. § 1836 et seq., and all other claims are related to the federal trade secret claims such that they form part of the same case or controversy.

## II.    FACTS

### A.  **JOINT STATEMENT OF STIPULATED FACTS**

1

1. Aside from the adequacy of consideration, the Parties do not contend that anything else in the Chen Membership Interest Purchase Agreement, the Chen Non-Disclosure and Non-Competition Agreement, or the Petty Consulting Agreement renders them unenforceable as a matter of law.

2. Chao Chen was represented by independent legal counsel in the negotiation and execution of the Membership Interest Purchase Agreement and the Non-Disclosure and Non-Compete Agreements that are the subject of the breach of contract claims against him in this case. Dep. of Chao Chen, Feb. 25, 2021 at 65:12-66:3

3. The parties agree that Elmagin's General Counsel and Chief Operating Officer, Steven Soles, on May 14, 2020, sent cease and desist letters to Entergrid, Chao Chen, and Karl Petty by FedEx and e-mail stating Elmagin's belief that Entergrid was using trade secrets of Elmagin without authorization. The parties also agree that each of the Defendants denies those allegations. PTX170; PTX171; Transcript of Pretrial Conference, April 12, 2022 (ECF 235) at 106:1-13. Such stipulation permits that Plaintiff need not present to the jury exhibit PTX170 or PTX171.

4. Defendants do not contest that Plaintiff exercised reasonable measures to maintain the confidentiality of the information Plaintiff asserts constitute its trade secrets in this case.

5. At the time of his deposition, Cristian Zarcu was unaware of a single publication discussing all of the steps in Elmagin's Breck strategy.

6. Plaintiff does not allege as a basis for its claims that Dr. Chen solicited any Elmagin employees to work for him in energy trading during the three (3) year non-solicitation period set forth in the agreements.

7. The Parties agree that:

    a. the content of the PDF document PTX195 is identical to the content of the PowerPoint document PTX194; and

    b. the content of the PDF document PTX215 is identical to the content of both the PowerPoint document PTX193 and the PDF document PTX196.

    c. Such stipulation permits that Plaintiff shall strike from its list exhibit PTX196.

8. Defendant Chao Chen, the founder of Entergrid, was among the founders of Elmagin in October 2014.  Chen sold his interest in Elmagin to its remaining members, effective January 1, 2018, executing a Membership Interest Purchase and Release Agreement and a related Non-Disclosure And Non-Competition Agreement.

9. Chen founded defendants Entergrid, LLC and Entergrid Fund I, LLC, effective January 10, 2019.

10. By June 2019, Entergrid Fund I had begun trading FTRs in the MISO market. PTX023; 30(b)(6) Dep. of Entergrid (Petty), Feb. 11, 2021 at 202-205.

11. By August 2019, Entergrid Fund I had begun trading FTRs in the PJM market. PTX023; 30(b)(6) Dep. of Entergrid (Petty), Feb. 11, 2021 at 202-205.

12. Elmagin does not assert as a basis for its claims that Dr. Chen took any computer source code of Elmagin's trading strategies Breck, Faber or Chloe when he left Elmagin.

13. There is no dispute that Chen disclosed Entergrid's strategies to Petty. Memorandum Op. (ECF 94) at 17.

14. There is no dispute that Chen and Petty disclosed Entergrid's strategies to Entergrid's other employees. Memorandum Op. (ECF 94) at 17.

### B. PLAINTIFF'S STATEMENTS OF FACT (WHICH DEFENDANTS DISPUTE)

1. The Chen Membership Interest Purchase and Release Agreement and related Non-Disclosure And Non-Competition Agreement, each effective January 1, 2018, together set out a one-year non-compete period and a perpetual prohibition on Chen's use or exploitation of the confidential information of Elmagin.

2. During his tenure at Elmagin, Chen, on behalf of Elmagin, engaged Defendant Karl Petty pursuant to a written Consulting Agreement, dated January 8, 2016, which included, *inter alia*, restrictions on the disclosure, use, or exploitation of confidential information of Elmagin. PTX014; Order (ECF 234).

3. By April 2019, Chen had begun to disclose to Petty detailed information relating to the trading strategies Chen was then developing for use by Entergrid. PTX015; 30(b)(6) Dep. of Entergrid (Petty), Feb. 11, 2021 at 127:7-128:15.

4. By December 2019, Entergrid Fund I had begun trading FTRs in the ERCOT market. PTX023; 30(b)(6) Dep. of Entergrid (Petty), Feb. 11, 2021 at 202-205.

5. By the close of 2020, Defendants had generated, since inception of their trading, more than $1 Million in revenue from trading FTRs.  PTX088; Dep. of Karl Petty, April 21, 2021 at 233:1-6.

6. Defendants do not contest that Elmagin's Breck, Faber, and Chloe trading strategies are confidential information of Plaintiff Elmagin.  Dep. of Chao Chen, Feb. 25, 2021 at 82:10-83:2.

7. It is undisputed that Chen had access to Breck. Memorandum Op. (ECF 94) at 16.

8. No one in this case – either on behalf of Plaintiff or any Defendant – has found one document that discloses the entirety of any one of Elmagin's trading strategies, which Plaintiff contends comprise its trade secrets at issue in this case.  Transcript of Motions Hearing (ECF 173) at 86:16-21; Transcript of Motions Hearing (ECF 173) at 87:9-13; Transcript of Pretrial Conference, April 12, 2022 (ECF 235) at 52:18-20.

9. At the time of his deposition, Cristian Zarcu was unaware of a single reference discussing all of the steps in Elmagin's Faber strategy. Dep. of Cristian Zarcu, April 19, 2021 at 52:17-20.

10. At the time of his deposition, Cristian Zarcu was unaware of a single reference discussing all of the steps in Elmagin's Chloe strategy.  Dep. of Cristian Zarcu, April 19, 2021 at 52:21-24.

11. There is no dispute that Chen and Petty disclosed Entergrid's strategies to Entergrid's other employees and contractors. Memorandum Op. (ECF 94) at 17.


C.  **DEFENDANTS' STATEMENTS OF FACT (WHICH PLAINTIFF DISPUTES)**

1. All parties agree that the individual components of the strategy are found in numerous publications and websites and are well known tools of the trade of algorithmic and power traders.

2. Elmagin's fully specified in detail trading strategies, including all input and output parameters, and intervening computational and other steps, are trade secrets.  Elmagin has not yet provided a fully specified in detail trading strategies, including all input and output parameters and intervening computational and other steps.  At trial, it is Elmagin's burden to enter into evidence fully specified in detail trading strategies, including all input and output parameters and intervening computational and other steps of the trading strategies that it claims to have been taken.

3. The parties agree that Dr. Chen did not solicit Elmagin investors to invest with him in energy trading during his three (3) year non-solicitation period.

4. The parties agree that Dr. Chen was permitted to power trade in any market after his non-compete agreement ended January 1, 2019.

5. The parties agree that Dr. Chen told Elmagin in early 2019 that he would be getting back into power trading starting in 2019.

6. The parties agree that the source code is the most complete and accurate description of their respective trading strategies.  [. R. Gates Dep. at 60:16-61:4]

7. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████

8.   ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

## III.     DAMAGES AND OTHER RELIEF

### A.  <u>Plaintiff's Statement of Damages</u>

Plaintiff seeks all damages and attorneys' fees available under the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq* (the "DTSA"), the Pennsylvania Uniform Trade Secrets Act, 12 Pa.C.S.A. §§ 5301 et seq. ("PA UTSA"), and for breach of contract under Pennsylvania law.  Until April 12, 2022, Plaintiff had not received updated financial statements from Defendants since March 16, 2021.  Defendants have produced supplemental financial and bid information between April 12, 2022, and April 16, 2022.  Therefore, Plaintiff's valuation of damages below is based on the financials it had received disclosing information through January 31, 2021.  Neither the 2021, nor year-to-date 2022 financial disclosures of Defendants provides inception-to-date figures, nor do these figures attribute revenue to individual trading strategies.  Plaintiff is unable to provide a full damages calculation at this time and has therefore requested an accounting. Based on

Defendants' financial information as provided, Plaintiff seeks the following itemized *estimated*

damages and attorneys' fees on its claims asserted in its Complaint (ECF 1):

Monetary Damages ………………………… The unjust enrichment of Defendants through the date of judgment, **to be determined by an accounting of the trading revenues of Defendants**. On information and belief, based upon the stated "Total Trading and Other Income" in Defendants' recently-received financials, such monetary damages, as of February 2022, exceeded $6,362,933. Defendants have provided supplementation to their financial disclosures only within the last week (beginning late night April 12, 2022). Such supplementation does not permit a full determination of the revenues of Defendants attributable individual trading strategies. Plaintiff therefore continues its request for supplementation and an accounting.

Exemplary Damages ………………………… An amount equal to two times the Monetary Damages set forth above, **to be determined by an accounting of the trading revenues of Defendants**. On information and belief such exemplary damages amount, as of February 2022, exceeded $12,750,866. In view of Defendants' recent, but commingled supplementation, Plaintiff continues its request for supplementation and an accounting.

Attorneys' Fees ……………………………… Plaintiff's attorneys' fees, which will be itemized to the Court within 20 days of entry of Final Judgment in the case

Costs………………………………………… Plaintiff's costs and expenses which will be itemized to the Court within 20 days of entry of Final Judgment in the case

A.   In order to determine the actual unjust enrichment of Defendants to which Plaintiff is entitled, Plaintiff is entitled to an accounting of Defendant's revenue attributable to trading using the trade secrets of Elmagin and strategies derived therefrom.

B.   In addition to the damages and attorneys' fees set forth above, Plaintiff seeks the following additional relief:

    i.   An order enjoining each Defendant from disclosing or using any trade secrets or other confidential information of Elmagin, including but not limited to using or disclosing methods, information, or strategies derived therefrom;

    ii.   An order requiring each Defendant to identify to Elmagin each third party to which any Defendant disclosed Elmagin's trade secrets or other confidential information or any methods, information, or strategies derived therefrom, and the nature of such disclosure;

    iii.   An order enjoining Dr. Chao Chen from directly or indirectly using, exploiting, publishing, disclosing, revealing, providing, making known, or otherwise making available in any manner whatsoever to any person or entity the Confidential Information of Elmagin as defined by Paragraph 2(a) of the Nondisclosure and Noncompetition Agreement, dated January 1, 2018, by and between Richard J. Gates, Kevin J. Gates, Chao Chen, and Elmagin Capital, LLC;

    iv.   An order enjoining Dr. Karl Petty from directly or indirectly using, exploiting, publishing, disclosing, revealing, providing, making known, or otherwise making available in any manner whatsoever to any person or entity the Confidential Information of Elmagin as defined by Paragraph 5(a) of the Petty

Consulting Agreement, dated January 8, 2016, by and between Karl Petty and Elmagin Capital, LLC;

v. An order requiring Defendants to account for all revenue from trading in wholesale energy markets within 20 days of entry of final judgment in the case;

vi. An order requiring Defendants to pay to Plaintiff monetary damages and exemplary damages as set forth above; and

vii. An order requiring Defendants to pay to Plaintiff the reasonable attorneys' fees and costs of Plaintiff as set forth above.

**B. Defendants' Statement of Damages**

Defendants request reasonable attorney's fees pursuant to 18 U.S.C. § 1836(b)(3)(D) and 12 Pa. C.S. § 5305(1). Plaintiff's assertion of trade secrets was made in bad faith. Plaintiff has been unwilling and/or unable to define its alleged trade secrets with the requisite specificity at any point during this litigation, and has likewise been unwilling and/or unable to delineate its alleged trade secrets from what is generally known to or readily ascertainable by algorithmic traders in the wholesale energy markets.

**IV. LEGAL ISSUES**

**A. LEGAL ISSUES UPON WHICH THE COURT HAS INDICATED IT WILL RULE**

1. The admissibility, in connection with the testimony of Matthew Yuros, of Plaintiff's trial exhibits PTX193 and PTX215, offered as analyses of the bids of Defendants in FTR markets. The Court has stated that it will rule on this issue the evening before or the

morning of the testimony of Mr. Yuros.  Transcript of Pretrial Conference, April 12, 2022 (ECF 235) at 119:2-13.

2.  The Court has received letter submissions from the parties on the issue of the availability of, and proposed procedures for, an accounting of Defendants' profits in connection with Plaintiff's prayer for relief in the form of unjust enrichment.   (Plaintiff at ECF 226; Defendants at ECF 229).

3.  The Court has received Plaintiff's Motion to Exclude the Public and Press from Trial (ECF 208) and letter dated April 15, 2022 (ECF 225), stating Plaintiff's "Proposed Scope of Limited Closure."  The Court has provided Defendants until Tuesday, April 19, 2022, to respond.


**B.  LEGAL ISSUES UPON WHICH THE COURT HAS RULED**

1.  The Non-Disclosure and Non-Competition Agreement, Membership Interest Purchase Agreement, and Consulting Agreement are valid and enforceable, except for any potential lack of consideration. Whether the agreements lack consideration is a question of fact for the jury. Order (ECF 234)

2.  Plaintiff's exhibits 216-218 and 269-289 may be admitted if Plaintiff redacts any mention of the S&P 500 (including any lines or charts on graphs). witnesses may not compare the trading strategies' performance to the S&P 500's. Order (ECF 233)

3.  The Court has ruled that Elmagin has sufficiently identified its trading strategies. Although Elmagin provides only written summaries of Breck and Faber in its summary

judgment motion, its descriptions, together with voluminous exhibits, including emails, notes, and PowerPoint presentations discussing the strategies and how they are constructed, sufficiently identify its strategies. It is not necessary to provide the actual lines of computer code implementing the algorithms. Algorithms can be expressed in a variety of ways, such as in prose, code, or a combination of both.  The code is simply the translation of the written instructions into a language the computer can understand. Memorandum Op. (ECF 94) at 8.

4.  Elmagin's descriptions of its trading strategies provide a reasonable degree of precision and specificity permitting the jury to consider whether Elmagin's trading strategies qualify as trade secrets under DTSA and PUTSA. Memorandum Op. (ECF 94) at 8.

5.  The accuracy of Elmagin's descriptions is a jury question.  Memorandum Op. (ECF 94) at 8, n. 33.

6.  A combination of different elements may constitute a trade secret, even if each element is otherwise generally known or readily ascertainable, as long as the combination is unique and offers a competitive advantage.  Memorandum Op. (ECF 94) at 10.

7.  [W]hether Elmagin's strategies are unique combinations of elements is for the jury to determine.  Memorandum Op. (ECF 94) at 10.

8.  Confidential business information is not a trade secret if it can be easily or readily obtained, without great difficulty, through some independent source other than the trade secret holder.  Memorandum Op. (ECF 94) at 11.

9. The Court has ruled that The Third Circuit has interpreted "use" to mean any exploitation of the trade secret that is likely to result in injury to the trade secret owner or enrichment to the defendant. The defendant may misappropriate the plaintiff's trade secrets without replicating the plaintiff's product. Replication is one, but not the only, way to use a trade secret. Employing the trade secret. . .or relying on the trade secret to assist or accelerate research or development. . .constitute use. Therefore, using the elements or building blocks of a plaintiff's trade secret to develop a competing product constitutes use in the misappropriation context. Memorandum Op. (ECF 94) at 13.

10. To demonstrate misappropriation of a trade secret a plaintiff may rely on circumstantial evidence, such as proof that the defendants had access to its trade secret material and that there are similarities between its products and the defendant's products.  Memorandum Op. (ECF 94) at 13-14.

11. To determine if there has been a misappropriation here, a jury must consider the competing evidence, examine the strategies side-by-side, and determine if they are similar enough to infer the defendants used Elmagin's strategies in researching and developing their strategies. Memorandum Op. (ECF 94) at 15.

12. A jury must determine whether Elmagin's strategies are generally known or readily ascertainable, whether they derive independent economic value from being kept secret, whether the parties' strategies are substantially similar, and whether the defendants had access to Elmagin's strategies. Memorandum Op. (ECF 94) at 17.

13. The Pennsylvania Supreme Court has frequently held that enforcement of restrictive covenants may be limited to the portions reasonably necessary to protect the employer. Thus, these covenants [in the three agreements in this case] are enforceable to the extent they protect an employer.  Thus, these covenants are enforceable to the extent they protect Elmagin's trading strategies and any other confidential information related to the strategies.  Memorandum Op. (ECF 94) at 20.

14. Plaintiff's Expert S. Craig Pirrong may not testify or opine 1) that Plaintiff's trading strategies outperformed the S&P 500, 2) that Plaintiff's trading strategies "have demonstrable value"), and 3) whether the trading strategies constitute trade secrets. Order (ECF 93) at 1.

15. Defendants are precluded from introducing, either directly or indirectly, expert witness Dr. Craig Pirrong's social media or internet blog posts identified in Defendants' Trial Exhibits X-023 through X-032 and X-312 through X-335, with the exception of the two emails relating to energy markets.  Order (ECF 190) at 1.

16. The Court has ruled that Roger Chiang may not testify how the plaintiff's Breck and Faber trading strategies were developed or the elements of plaintiff's trading strategies used prior to January 1, 2018. Order (ECF 193) at 1.

17. Defendants' objections to Plaintiff's email exhibits, as set forth in Defendants' Motion In Limine To Exclude Plaintiffs Email Exhibits, (ECF 106), were sustained as to PTX018, PTX068, PTX069, PTX070, PTX072, and PTX111 for the portions not authored by Dr. Chen.  Defendants' objections to Plaintiff's email exhibits were

overruled as to PTX053; PTX054; PTX058; PTX060; PTX061; PTX078; PTX079; PTX080; PTX100; PTX101; PTX102; PTX112; PTX126; PTX127; PTX136; PTX137; PTX139; PTX140; PTX141; PTX142; PTX154; PTX166; PTX198; PTX200; PTX202; PTX204; PTX207; PTX208; PTX210; PTX211; PTX212; PTX213; PTX221; PTX262; PTX263; PTX264; PTX265; PTX295; PTX297; PTX304; PTX305; PTX308; PTX309; PTX310; PTX311; and PTX312.  Order (ECF194) at 2.

18. Fact witnesses will be sequestered, sequestration does not apply to experts, and Elmagin may designate any officer or employee as its representative at trial whether that representative is or is not a witness at trial. Order (ECF 195) at 1. The parties agree that sequestration also does not apply to Dr. Chen or Dr. Petty since they have been named individually in this matter.

19. Defendants' motion to exclude Plaintiff's demonstratives was denied. Order (ECF 196) at 1.

20. Plaintiff may not call Defendants' experts Cristian Zarcu and W. Anthony Mason as expert witnesses in Plaintiff's case-in-chief.  Order (ECF 197) at 1.

21. Plaintiff may call defense fact witnesses in plaintiff's case-in-chief; and, if plaintiff calls any defense fact witness, the defendants may examine the witness as if called by the defense. Order (ECF 198) at 1.

22. While the rest of attorney colloquy from depositions is not admissible, the following designations are admissible: Chao Chen, Rule 30(b)(6) Deposition, 53:6–14, Feb. 15,

2021; and Chao Chen, Rule 30(b)(6) Deposition, 119:2–4, Feb. 15, 2021. Order (ECF 199) at 1.

23. Matthew Yuros may testify regarding his assembling trading data and the results [for the Yuros study]; and Mr. Yuros may not opine that the results show that the defendants were using the plaintiff's trading strategies. Order (ECF 200) at 1.

24. Roger Chiang may not testify how the plaintiff's Breck and Faber trading strategies were developed or the elements of Plaintiff's trading strategies used prior to January 1, 2018. (ECF 193 re Motion in Limine at ECF 105).

25. Dr. Garibotti may opine that Dr. Pirrong's methodology was unreliable and why, but she may not offer her own methodology.  Dr. Garibotti may testify regarding the test used by Dr. Pirrong for comparison and analysis of the parties' FTR trading strategies and his interpretation and reliance upon bid analysis information of the parties. Dr. Garibotti may not opine on the economic value of either party's trading strategies. Dr. Garibotti may not testify as to the structure, operation, and mechanisms of financial transmission rights and the FTR markets. Order (ECF 203) at 1.

26. The Court has agreed to seal certain verbiage in footnote 33 on page 8 of its Memorandum Opinion dated August 17, 2021 (ECF 94). Order (ECF 224).

C.  **NEW LEGAL ISSUES REQUIRING ATTENTION OF THE COURT**

1.     Plaintiff contends that the Court's use of the phrase "substantially similar" in its Memorandum Opinion on Summary Judgment (ECF 094 at 14, 20) is error as not consistent with the precedent on circumstantial evidence of misappropriation under the DTSA or the

PUTSA.  Plaintiff asserts that inclusion of the word "substantially" misstates the standard as discussed in *Oakwood Labs. LLC v. Thanoo*, 999 F.3d 892 (3d Cir. 2021), which states "[O]nce evidence of access and similarity is proffered, it is 'entirely reasonable for [the jury] to infer that [defendant] used [plaintiff's] trade secret."  Id. at 915 (quoting *Stratienko v. Cordis Corp.*, 429 F.3d 592, 600 (6th Cir. 2005))(alterations in original).

2.      Defendants contend that it is improper for Plaintiff to raise issues of error in the Court's summary judgment opinion at this time.  Any motion for reconsideration should have already been brought, this Court has indicated it will not revisit prior rulings and, thus, this ruling is the law of the case.  Should the Court wish to consider this Issue No. C1, Defendants respectfully request (1) an opportunity to be heard on this issue, as the language "substantial similarity" is entirely consistent with precedent; and (2) an opportunity to raise other issues that it believes was wrongly decided in the Court's summary judgment opinion, Daubert order and motions *in limine*.

3.      The Court has received Defendants' letter submission of April 14, 2022, regarding "Defendants' Use of Deposition Designations at Trial."  (ECF 223).  Therein, "Defendants contend [Matthew Yuros] is a managing agent of Elmagin."   Plaintiff disagrees that Mr. Yuros is a "managing agent" within the definition of Fed. R. Civ. P. 32.  The parties have conferred on the matter but have not resolved their disagreement on the issue.

4.      Defendants raise the following new issue occasioned by Counsel for Plaintiff's representations at the Final Pretrial Conference. Plaintiff disputes Defendants' characterization of the facts and discovery recited herein.

In the Court's opinion on the motions for summary judgment, the Court held that Elmagin's "written summaries of Breck and Faber in its summary judgment motion, its descriptions, together with voluminous exhibits, including emails, notes, and PowerPoint presentations discussing the strategies and how they are constructed, sufficiently identify its strategies."  (ECF 94 at 8.).  To date, Elmagin has not provided any descriptions of Chloe in any pleading nor in Dr. Pirrong's expert report, nor has there been any testimony, pleading or expert report suggesting that any of Entergrid's strategies evidence misappropriation of Chloe.

In the Final Pretrial Conference on April 12, 2022, Elmagin indicated that, inter alia, they would provide testimony as to its strategy Chloe (Tr. at 17) and, further, that they would provide "very detailed" testimony about all the strategies.  For example, Counsel for Plaintiff stated:   "Dr. Xu's testimony is going to be very detailed. He will be doing a significant amount of explaining the trading strategies, the research of the trading strategies, and the inner workings of all of them." (Tr. at 12.)

Defendants submit that Elmagin should be confined to (1) pursuing only the alleged misappropriation of Breck and Faber; and (2) the descriptions of Breck and Faber provided in its summary judgment motion and the referenced documents and testimony therein.  Anything else would be to subvert the discovery process, lead to "trial by ambush," and is forbidden under, *inter alia*, Fed. R. Civ. P. 37(c).

## V.           WITNESSES

### A.  PLAINTIFF'S FACT WITNESSES

### A.  Kevin Gates

Kevin Gates, is a member of Elmagin Capital, LLC and its President. Mr. Gates is expected to testify as to the formation of Elmagin, the creation and development of Elmagin's "Breck,"

"Faber," and "Chloe" strategies, Elmagin's financial statements and other financial information, business relations with Defendant Chen, the Chao Chen Membership Interest Purchase Agreement and Nondisclosure and Noncompetition Agreement and negotiations leading to the execution thereof, the purchase of Chao Chen's membership interests in Elmagin, formation of the Karl Petty Consulting Agreement, and Elmagin's measures to keep its trading strategies confidential.

### B.  Guidong Zhu

Guidong Zhu, Ph.D., is an employee of Elmagin Capital, LLC.  Dr. Zhu is expected to testify as to the creation, development, and details of Elmagin's "Breck," "Faber," and "Chloe" strategies, Dr. Chen's participation in the development of Elmagin's trading strategies, and Elmagin's use in wholesale electricity market auctions of its trading strategies.

### C.  Matthew Yuros

Matthew Yuros, is an employee of Elmagin Capital, LLC.  Mr. Yuros is expected to testify as to the trading activities of Defendants in wholesale electricity market auctions, and bids made and awarded using Defendants' trading strategies.

### D.  Chao Chen

Chao Chen, Ph.D., is the founding member of Entergrid LLC, and an investor in Entergrid Fund I, LLC.  Dr. Chen is a former member of Elmagin Capital, LLC, and the former President of Elmagin Capital, LLC.  Dr. Chen is expected to testify as to the formation of Elmagin, the creation and development of Elmagin's "Breck," "Faber," and "Chloe" strategies, Elmagin's financial statements and other financial information, negotiations leading up to Dr. Chen's Membership Interest Purchase Agreement and Nondisclosure and Noncompetition Agreement, the sale of Dr. Chen's membership interests in Elmagin, the formation of Entergrid LLC and

Entergrid Fund I LLC, communications with Karl Petty, access to Elmagin's confidential information, creation, development, and details of Entergrid's trading strategies, employees of Entergrid LLC and their access to and use of information relating to trading strategies and participation in development of those strategies, bids made and awarded with Entergrid's trading strategies, operation of Entergrid LLC and Entergrid Fund I LLC, and Entergrid's financials.

**** Plaintiff notes its intent to call its expert witness, Dr. S. Craig Pirrong, at this time. ****

### E.  Steven Soles [If necessary]

Steve Soles, is an employee of Elmagin Capital, LLC and its Chief Operating Officer and General Counsel.  Mr. Soles is expected to testify as to the operations and dealings of Elmagin with respect to its employees and contractors, Elmagin's measures to keep its trading strategies confidential, the Chao Chen Membership Interest Purchase Agreement and Nondisclosure and Noncompetition Agreement and negotiations leading to the execution thereof, the purchase of Chao Chen's membership interests in Elmagin, and formation of the Karl Petty Consulting Agreement.

### F.  Karl Petty

Karl Petty, Ph.D., current member of Entergrid LLC, investor in Entergrid Fund I LLC, and former contractor of Elmagin Capital, LLC.  Dr. Petty is expected to testify as to his work for Elmagin, access to Elmagin's confidential information, communications with Chao Chen, the structure and operation of, and Dr. Petty's ownership of/investment in, Entergrid LLC and Entergrid Fund I LLC, Entergrid's financials, creation, development, and details of Entergrid's

trading strategies, employees of Entergrid LLC and their access to and use of information relating to trading strategies and participation in development of those strategies, and bids made and awarded with Entergrid's trading strategies.

### G.  Richard Gates

Richard Gates, is a member of Elmagin Capital, LLC and its Vice President.  Mr. Gates is expected to testify as to the formation of Elmagin, the creation and development of Elmagin's "Breck," "Faber," and "Chloe" strategies, Elmagin's financial statements and other financial information, business relations with Defendant Chen, the Chao Chen Membership Interest Purchase Agreement and Nondisclosure and Noncompetition Agreement and negotiations leading to the execution thereof, the purchase of Chao Chen's membership interests in Elmagin, formation of the Karl Petty Consulting Agreement, and Elmagin's measures to keep its trading strategies confidential.

### H.  Roger Chiang [If necessary]

Roger Chiang, is a member of Elmagin Capital, LLC and its Vice President.  Mr. Chiang is expected to testify as to the investors of the funds of Elmagin, trading strategies of Elmagin and the development of those strategies, bidding activity of Elmagin in wholesale electricity market auctions using Elmagin's trading strategies, operation of Elmagin, and Elmagin's financials.

### B.      PLAINTIFF'S EXPERT WITNESS

### A.  Dr. S. Craig Pirrong, Ph.D.

Plaintiff expects to call its expert witness as Plaintiff's fifth witness, following the testimony of Defendant Chao Chen.  **Plaintiff respectfully requests, based upon the availability of Dr. Pirrong, that such examination occur on Monday, May 2, 2022**.

Dr. Stephen Craig Pirrong, Ph.D. is a professor of commodity trading and finance as well as an energy market analyst. He has studied electricity markets for almost twenty-five years. Dr. Pirrong created the Pirrong-Jermakyan electricity derivatives pricing model and currently teaches at the Gutierrez Energy Management Institute at The Bauer College of Business of the University of Houston, the University of Geneva, and the Lucerne University of Applied Sciences and Arts of Switzerland.   He has written extensively and lectured throughout the world about the roles of markets and central control in electricity, and about the economics of electricity market manipulation. He has also consulted on pricing and trading issues with utilities and electricity traders.

He is expected to testify to and explain wholesale energy markets, financial transmission rights, and the trading strategies of Elmagin and Defendants.  Dr. Pirrong is expected to testify to the significant research and experimentation required to develop energy trading strategies such as Elmagin's as well as the relatedness and functional identity of the Elmagin trading strategies and the trading strategies of Entergrid LLC (hereinafter "Entergrid" or "Defendant").  He will also compare the trading strategies of Defendants with those of Plaintiff.  He will also testify that he is unaware of any publicly known trading strategies having a combination of the steps and functionality of the trading strategies of Elmagin's strategies.   He will also testify to the impossibility of reverse engineering such trading strategies based on publicly available information.

## C.  DEFENDANTS' FACT WITNESSES

If Plaintiff calls any of the following individuals, Defendants will conduct direct examination together with cross-examination.  Plaintiff indicates that it will call most, if not all,

of these witnesses.  If Plaintiff calls none of these individuals, Defendants will present them in this

order

**B.  Chao Chen**

Dr. Chen is expected to provide testimony regarding

- His education, background, and career,

- Entergrid's independent creation of Entergrid's trading strategies,

- His compliance at all times with his contractual obligations to Elmagin,

- His recollections of how Elmagin's trading strategies operated at the time he left
Elmagin,

- How Entergrid's trading strategies differ from Elmagin's,

- Defendants' non-use of any trade secrets or confidential information that Dr.
Chen knew or should have known to have been proprietary to Elmagin,

- Whether the elements of algorithmic trading strategies are elementary and widely
used,

- His separation from Elmagin,

- Elmagin's value,

- The project he asked Dr. Petty to work on for Elmagin

- The extent of Elmagin confidential information to which Dr. Petty was ever
exposed,

- his background knowledge as an experienced algorithmic trader in wholesale
energy markets at the time he began independently developing Entergrid's trading
strategies.

**C.  Karl Petty**

Dr. Petty is expected to provide testimony regarding

- His education, background, and career,

- Entergrid's independent creation of Entergrid's trading strategies,

- The project that he was asked to work on for Elmagin and what tasks, if any, he did

- The limited amount of largely unrelated Elmagin confidential information to which he briefly had access,

- That he spent only approximately five hours of time reviewing Elmagin's information in 2016, did not invoice Elmagin for that time and received no payment for that time,

- His compliance at all times with his contractual obligations to Elmagin, and

- Defendants' non-use of any trade secrets or confidential information that Dr. Petty knew or should have known to have been proprietary to Elmagin.

**D.  Jay Tian**

Mr. Tian is expected to provide testimony, by designation, regarding

- His background and career, and

- Entergrid's trading strategies and their development.

**E.  Richard Gates**

If Plaintiff does not call Richard Gates or if Plaintiff does call him but the following areas are not within the scope of cross-examination, Defendants may call Mr. Gates to testify as a hostile witness regarding:

- Elmagin's trading strategies and their elements,

- Elmagin's trading results,

24

- What Elmagin considers to be its trade secrets,

- His education, background, and career,

- TFS's formation, business and history,

- Elmagin's formation, business and history,

- Elmagin's management organization and philosophy,

- The relationship between Elmagin and TFS,

- Dr. Chen's career at Elmagin and TFS,

- The knowledge, skills and experience that Dr. Chen brought with him to Elmagin/TFS,

- TFS's technical sophistication prior to Dr. Chen's joining TFS,

- Dr. Chen's impact on Elmagin/TFS's technical sophistication and capabilities,

- The status of Elmagin's trading strategies at the time of Dr. Chen's departure,

- His and Elmagin's lack of familiarity with algorithmic trading outside the confines of Elmagin/TFS,

- His lack of knowledge concerning Elmagin's trading strategies,

- Elmagin's emphasis on confidentiality as to all business matters,

- Dr. Chen's departure from Elmagin, including negotiations with Dr. Chen and requiring Dr. Chen to remain with Elmagin for an additional year in exchange for a one year non-compete,

- Elmagin's enforcement of the non-compete clause during its one-year term,

- The value of Elmagin and its funds,

- Elmagin's funds under management and their origins,

- His understanding of the Elmagin's (and his) agreements with Dr. Chen and Dr.
  Petty, and

- Elmagin's non-use of Dr. Petty's services.

### F.  Matt Yuros

If Plaintiff does not call Matt Yuros or if Plaintiff does call him but the following areas are not within the scope of cross-examination, Defendants may call Mr. Yuros to testify as a hostile witness regarding:

- Elmagin's trading strategies and their elements,

- Elmagin's trading results,

- What Elmagin considers to be its trade secrets,

- His education, background, and career,

- His experience with algorithmic trading prior to joining Elmagin/TFS,

- Whether the elements of trading strategies are elementary and widely used,

- His evaluations of Elmagin's trading strategies before, at and after the time of Dr.
  Chen's departure,

- His investigation of Entergrid's trading strategies, including its originations and
  his motivations,

- His analysis purportedly comparing the results of Entergrid's trading strategies to
  Elmagin's trading strategies

### G.  Roger Chiang

If Plaintiff does not call Roger Chiang or if Plaintiff does call him but the following areas are not within the scope of cross-examination, Defendants may call Mr. Chiang to testify as a hostile witness regarding:

- Elmagin's trading strategies and their elements,

- Elmagin's trading results,

- What Elmagin considers to be its trade secrets,

- His education, background, and career,

- His experience with algorithmic trading prior to joining Elmagin,

- Whether the elements of trading strategies are elementary and widely used,

- The level of knowledge required to replicate Elmagin's trading strategies and his inability to recreate Elmagin's trading strategies based on Elmagin's evidentiary presentation, and

- The status of Elmagin's trading strategies at the time of Dr. Chen's departure from Elmagin.

## H. Guidong Zhu

If Plaintiff does not call Guidong Zhu or if Plaintiff does call him but the following areas are not within the scope of cross-examination, Defendants may call Mr. Zhu to testify as a hostile witness regarding:

- Elmagin's trading strategies and their elements,

- Elmagin's trading results,

- What Elmagin considers to be its trade secrets,

- His education, background, and career,

- The development of Faber and his and Dr. Chen's participation therein,

- The evolution of Faber before and after Dr. Chen's departure

- Availability of data concerning electric transmission to market participants,

- Availability of models and modelling software to market participants,

- Whether techniques used in Elmagin's trading strategies are elementary and widely used.

## I. Kevin Gates

If Plaintiff does not call Kevin Gates or if Plaintiff does call him but the following areas are not within the scope of cross-examination, Defendants may call Mr. Gates to testify as a hostile witness regarding

- Elmagin's trading strategies and their elements,
- Elmagin's trading results,
- What Elmagin considers to be its trade secrets,
- His education, background, and career,
- TFS's formation, business and history,
- Elmagin's formation, business and history,
- Elmagin's management organization and philosophy,
- The relationship between Elmagin and TFS,
- Dr. Chen's career at Elmagin and TFS,
- Dr. Chen's departure from Elmagin,
- The knowledge, skills and experience that Dr. Chen brought with him to Elmagin/TFS,
- TFS's technical sophistication prior to Dr. Chen's joining TFS,
- Dr. Chen's impact on Elmagin/TFS's technical sophistication and capabilities,
- The status of Elmagin's trading strategies at the time of Dr. Chen's departure,
- His and Elmagin's lack of familiarity with algorithmic trading outside the confines of Elmagin/TFS,

- His lack of knowledge concerning Elmagin's trading strategies,

- Elmagin's emphasis on confidentiality as to all business matters,

- Dr. Chen's departure from Elmagin, including negotiations with Dr. Chen and requiring Dr. Chen to remain with Elmagin for an additional year in exchange for a one year non-compete,

- Elmagin's enforcement of the non-compete clause during its one-year term,

- The value of Elmagin and its funds,

- Elmagin's funds under management and their origins,

- Elmagin's non-use of Dr. Petty's services,

- His understanding of the Elmagin's (and his) agreements with Dr. Chen and Dr. Petty,

- His understanding that Dr. Chen was allowed to use all the elements identified in Plaintiff's interrogatory answers.

### D.  DEFENDANTS' EXPERT WITNESSES

### A.  Cristian Zarcu

Cristian Zarcu more than twenty years' experience in algorithmic trading.  In 1995, he began his career as a trader at Salomon Brothers, where he was responsible for creating quantitative portfolio as well as management tools to build client portfolios.    In 2000, he created Commerzbank's first program trading offering, and integrated it within existing trading and compliance/reporting infrastructure.  In 2001, Mr. Zarcu moved to Bank of America Securities as a managing director, where he headed algorithmic trading. In 2004, he moved to a managing director position at Wachovia (now Wells Fargo), heading up automated trading.  In 2009, he again moved to a similar position, this time at Lazard Capital Markets, where he was hired to help them

revamp their trading technology and also build an electronic trading business for them with execution algorithms, real time analytics, explore some proprietary trading techniques and algorithms.

Since 2013, he has worked with a partner in a consulting firm named TradeDynamiX LLC, which provides both algorithmic trading software and algorithmic trading design services to clients, including securities brokers, dealers, regulators, and exchanges.  While Mr. Zarcu himself has never traded in wholesale electricity, at his current firm he has supported clients in the development of strategies for trading financial transmission rights in some three to five engagements, worked with clients in exploring FTR trading, and assisted clients in developing algorithmic trading strategies for FTRs.  Moreover, Mr. Zarcu works with algorithmic FTR trading related to backtesting pricing structures for those algorithms, working with precisely the same types of data that he analyzed in his report when assessing whether there was overlap in Elmagin's and Entergrid's FTR trading.

Mr. Zarcu is expected to provide expert testimony concerning his opinions that:

- Entergrid and Elmagin each trade in various wholesale electricity markets, including those run by the PJM Interconnection and the Midcontinent Independent System Operator.

- Algorithmic trading is "the trading of securities based strictly on the buy/sell decisions of computer algorithms."  Trading algorithms are defined sets of instructions that allow traders to place trades into the marketplace, typically designed based on evaluating the performance of a proposed algorithm on historical data.  Most trading algorithms draw their inputs from a broad range of historical information, including historical trade volume, average trade size, standard deviation of trade size, and volatility of prices or returns.

- Details matter in algorithm implementation.  Algorithmic trading strategies can and do exist that are all based on the same principle but differ in their implementation. Mr. Zarcu has designed and implemented three different algorithmic trading platforms, with very similar offerings, built on the same fundamentals of trading. Yet the actual algorithms were different between the three platforms.

- Some proprietary algorithms are so-called "market-making" strategies and operate by quoting a buy and sell price for an asset, increasing liquidity in the market. Market-making strategies do not make a directional bet on where prices will move. Other proprietary algorithms are based on directional bets on how prices will move, such as trend-following strategies or mean reversion strategies. Techniques for portfolio construction based on asset volatility are widely used across all asset types.

- Algorithmic trading in FTRs can be understood by applying general principles of algorithmic trading. Applying these principles, any financial trader that wants to participate in an FTR auction must decide which FTRs to bid for, how much to demand, and what price to submit. After deciding what auction to participate in and what overall set of FTRs to bid for, an algorithmic trader will base its choice of which specific FTRs (in the overall set) to bid for, what price to submit, and what quantity to demand based partly or completely on algorithms.

- General overviews of the at-issue strategies, based on interrogatories and testimony, including that Elmagin and Entergrid trade using two kinds of strategies: market-making strategies and directional strategies. Comparing the market-making strategies and the directional strategies across companies, while they seem to have similar components, the descriptions on the record and the data work that he conducted show that there are differences as well. Based on his experience as an algorithmic trader, the similarities between these strategies arise from the application of elementary finance techniques, such as moving averages, or techniques widely used by participants in electricity markets, such as shift factors.

  a. To the extent there are any high-level similarities between Elmagin's market-making strategy of Breck and Entergrid's Gryphon, Hydra, and Ziggi, they are based on the application of widely used, elementary financial principles. The differences, even based on a high-level description, are substantial: Only Elmagin holds FTRs for multiple months and uses 'minimum spanning trees.'

  b. To the extent there are any high-level similarities between Elmagin's directional strategies of Faber and Chloe and Entergrid's Yogi, Uma, and Tuva, they are based on the application of widely used, elementary financial principles. The differences, even based on a high-level description, are substantial: Only Elmagin holds FTRs for multiple months and uses minimum spanning trees.

- The similarities between Entergrid and Elmagin's trading strategies come from widely used, elementary principles that would be known to reasonably sophisticated algorithmic trading practitioners.

31

a. While review of evidence indicates that Entergrid does not use minimum spanning trees, that technique and others for FTR path identification are well-known methods to achieve the goal of connecting all nodes in a grid with minimal cost.  It is inconsistent with my experience as an algorithmic trader to consider the idea of using minimum spanning trees, separated from any implementation details, as proprietary.

b. Congestion (and thus FTR value) is created by power flowing through binding constraints. Selecting FTRs based on target constraints is also a natural outcome of applying algorithmic, rules-based thinking to FTR trading.

c. Identifying the FTRs with highest correlation to the source of the return (the "target constraint") and lowest possible correlation to other constraints is an application of basic principles of diversification in portfolio construction.

d. Analyzing the clustering or overlap of FTRs and their exposure to binding constraints is a natural final step in portfolio construction, based on elementary principles of portfolio construction.

e. The use of a simple equally-weighted average of recent prices is a convenient technique that is simple to implement and is a natural extension of more complex models that allows for quick and efficient testing and optimization. This is one among a wide variety of possible time-horizons used in forecasting electricity prices. It is also fundamental and widely used among algorithmic traders in other assets, including in examples that described in his report.

f. In his experience as an algorithmic trader, the insight of taking two possible price forecasts and testing whether the difference can generate a profit opportunity is a very basic one. This principle underlies a number of widely used, elementary algorithmic trading strategies, including in examples that describe in his report.

## B.  W. Anthony ("Tony") Mason

Mr. Mason holds a Bachelor of Science in mathematics from the University of Chicago (1987), a Master of Science in Computer Science from the Georgia Institute of Technology (2017) and is currently completing a Doctorate in computer science at the University of British Columbia.  He

has been on the research staff both at Stanford University (1987-89) and at Microsoft (2020).  He worked in software development for 30 years in between his research postings, for three different companies.  For the last 10 years he has served as a technical adviser to a company specializing in streaming game delivery.

Mr. Mason is expected to provide expert testimony concerning his opinions that:

- The code bases provided by Elmagin and Entergrid (through their respective counsel) for review are substantially different in terms of the manner in which they are implemented and the way in which they model the problems they address.

- The code bases provided by Elmagin and Entergrid do contain some similarities. However, after examining the similarities, those similarities generally appear to be mechanistic. For example, both code bases ingest information from multiple publicly or commercially available sources that are the same or similar to one another. Thus both code bases contain code that can read and process those similar elements.

- The algorithms implemented in the code bases provided by Elmagin and Entergrid are similar in some ways for two reasons.  First, both are attempting to solve a similar problem: the development of a successful (i.e., profitable) strategy for Financial Transmission Right (FTR) trading. Second, both utilize standard statistical techniques for analyzing a "space" (or universe) of potential solutions that is too large for exhaustive testing.

- The two systems (as embodied in the code provided) do not appear to share code lineage aside from the use of some widely available and used code libraries. The techniques these code bases are widely and frequently used across many domains, including financial trading. Unique aspects of the Elmagin code base do not map to any corresponding portion of the Entergrid code.

As part of his evaluation of the Entergrid code, he attempted to identify particular techniques in the Entergrid code that are not based upon techniques that he had seen discussed in readily available materials about FTR trading. He was unable to identify any such code. Entergrid's code merely uses standard Python libraries to implement FTR trading techniques.  Despite his efforts in keeping with the professional standards of computer science to do so, he was unable to find any

Entergrid code that embodied anything that, in his opinion, is not widely used and fundamental in computer programming.

### C.  Maria Garibotti

Maria Garibotti holds a doctorate in economics from New York University and a Bachelor of Science, magna cum laude, from Universidad de San Andrés, Buenos Aires, Argentina.  She has taught at Barnard College.  For the last 10 years, she has worked as a practicing economist at Analysis Group, Inc., a consulting firm, where she has been promoted to Vice President.  She has extensive practical economic experience over a wide range of diverse markets, ranging from radioactive waste disposal, to insurance, to health care contracting and beyond.  On at least two occasions she has worked with the United States Department of Justice.  She has worked on behalf of the U.S. International Trade Commission.  Id.  She has worked on behalf of Mexican governmental agencies.  She has spoken before the American Bar Association and the New York Bar Association on economic issues.

Dr. Garibotti is expected to provide expert testimony concerning her opinions that:

- Dr. Pirrong has not conducted any proper economic or other scientific analysis to show that Entergrid's strategies are "functionally identical" or "highly similar" to Elmagin's strategies.  In deposition he offered the economic test for substitutability. Should he offer this test again at trial, two goods being close substitutes reflects first and foremost how consumers see them and make economic decisions. Based on his report and deposition, Dr. Pirrong has not conducted any analysis of demand for Entergrid's and Elmagin's strategies, and thus he has no basis to assert that these strategies are close substitutes in the way this term is used in economics and in antitrust analysis.

- Dr. Pirrong blindly adopts Elmagin's Bid Data Analysis performed by Mr. Yuros. Dr. Pirrong acknowledges that he has neither seen the underlying code nor any other support for Elmagin's Bid Data Analysis, nor reviewed Mr. Yuros' deposition. Dr. Pirrong misinterprets Elmagin's Bid Data Analysis, and ignores numerous flaws that render its conclusions, as well as the opinions that Dr. Pirrong draws from it, unscientific and unreliable.

## VI.        EXHIBITS

The parties' respective lists of exhibits, remaining after resolution of objections and discussion amongst the parties, are attached as **Exhibit A** (Plaintiff's Exhibits) and **Exhibit B** (Defendants' Exhibits).  Pursuant to the Court's Order at the Pretrial Conference on April 12, 2022, the physical exhibits will be delivered to court on or before the morning of April 26, 2022.

## VII.   TRIAL TIME
### Plaintiff

Plaintiff expects that the time it needs for presenting its witnesses and cross of Defendants should take approximately 3.5 to 4 days.  Plaintiff notes that this time may be affected by the extent of Defendants' counsel's examination of Dr. Chen and Dr. Petty, which the Court has order may proceed beyond the scope of cross, during Elmagin's case-in-chief.

### Defendants

Defendants expect that the time they need for presenting their witnesses and cross of Plaintiff should take approximately 4.5-5.5 days.  This estimate includes testimony presented by deposition.

## VIII.  DISCOVERY EVIDENCE AND TRIAL DEPOSITIONS

### A.  Plaintiff's Statement

Plaintiff expects to present, by designation, the testimony of Jay Tian, who is unavailable.

Plaintiff continues its objection to the stated intent of Defendants to present, by deposition, any testimony of Matthew Yuros, who is not a managing agent of Elmagin and whose deposition testimony is not otherwise admissible under Fed. R. Civ. P. 32.

## B.  Defendants' Statement

Defendant may present, by designation, the testimony of Jay Tian, who is unavailable.

Defendants reserve the right to use already designated deposition testimony of the following witnesses as part of their case (i.e. not for impeachment) and regardless of whether or not the witness is called by Plaintiff:  Kevin Gates, Roger Gates, Roger Chiang and Matthew Yuros. As set forth in Defendants' Letter to the Court on April 14, 2022 (ECF 223), Mr. Yuros is a managing agent of Elmagin.

Respectfully submitted,


**CAESAR RIVISE, PC**

By:    /Douglas Panzer/
     Douglas Panzer (PA Bar ID 203354)
     Manny Pokotilow (PA Bar ID 13310)
     Allison White (PA Bar ID 329108)
     Caesar Rivise, P.C.
     1635 Market Street, 12th Floor
     Philadelphia, PA 19103
     Tel: (215) 567-2010
     dpanzer@crbcp.com
     mpokotilow@crbcp.com
     awhite@crbcp.com
     *Attorneys for Plaintiff,*
     *Elmagin Capital, LLC*


**ND GALLI LAW LLC**

By:   /Nicole D. Galli/
     Nicole D. Galli (PA Id. No. 78420)
     Charles P. Goodwin (PA Id. No. 66500)
     One Liberty Place
     1650 Market Street, Suite 3600, #00250
     Philadelphia, PA  19103
     Telephone: (215) 525-9580
     ngalli@ndgallilaw.com
     cgoodwin@ndgallilaw.com
     *Attorneys for Defendants Chao Chen, Karl*
     *Petty, Entergrid LLC, and Entergrid Fund I*
     *LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 19, 2022, I served a true and correct copy of the foregoing JOINT PRETRIAL ORDER PURSUANT TO LOCAL RULE 16.1 via email upon the counsel of record for Defendants.

*/s/ Douglas Panzer*

**Douglas Panzer**

Caesar Rivise, PC
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
dpanzer@crbcp.com

*Attorneys for Plaintiff*

So ordered this 26th day of April, 2022.


_____
UNITED STATES CIRCUIT JUDGE

EXHIBIT A

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| *PTX001* | | *N/A* | *06/01/2020* | *Complaint EDPA 20-02576-TJS Misappropriation of Trade Secrets and Breach of Contract* | ***Withdrawn by PLAINTIFF*** |
| PTX002 | | N/A | 11/02/2020 | *Excerpts from* Defendants' Answers and Objections to Plaintiff's First Set of Interrogatories to Defendants | |
| PTX003 | P0001 | N/A | 10/18/2020 | Notice of 30(b)(6) Deposition (10/18/2020) | |
| *PTX004* | *P0002* | *N/A* | *06/01/2020* | *Complaint* | ***Withdrawn by PLAINTIFF*** |
| PTX005 | P0003 | EC-CONF-00000312 | 01/18/2018 | Chao NDNC Agreement (01-01-18) | |
| PTX006 | P0004 | EN-AEO-1-012975 | 01/10/2019 | Entergrid LLC OPERATING Agreement | |
| PTX007 | P0005 | EN-AEO-1-013057 | 01/10/2019 | Entergrid Fund I, LLC OPERATING Agreement | |
| PTX008 | P0006 | EN-AEO-1-004057 | 06/01/2019 | Entergrid Amended and Restated LLC Agreement | |
| PTX009 | P0007 | EN-AEO-1-006381 | 01/21/2020 | Jay Tian Employment Offer Letter - January 2020 | |
| PTX010 | P0008 | EN-AEO-1-006383 | 01/22/2020 | Jay Tian Employee Proprietary Information Agreement | |
| PTX011 | P0009 | EN-AEO-1-008132 | 06/01/2019 | Employment Agreement of Karl Petty | |
| PTX012 | P0010 | EN-CNF-1-010212 | 08/23/2019 | Employment Agreement Docusign Confirmation - KARL PETTY | |
| PTX013 | P0011 | EN-AEO-1-000138 | 02/17/2020 | Dov Quint offer letter | |
| PTX014 | P0012 | EC-AEO-003594839 | 01/08/2016 | KARL PETTY Elmagin Consulting Agreement | |
| PTX015 | P0013 | EN-AEO-1-006667 | 04/09/2019-07/03/2020 | Karl Petty Notes | |
| PTX016 | P0014 | EN-CNF-1-006323 | 01/2020 | Entergrid Employee Handbook (January 2020) | |
| PTX017 | P0015 | EN-AEO-1-000210 | 10/15/???? | Mat Affourtit Consulting Agreement | |
| *PTX018* | *P0016* | *EN-AEO-1-011210* | *12/09/2019* | *Email 12/9/2019 Re: Outage Predictions* | ***Redacted per ECF 194*** |
| PTX019 | P0017 | EN-AEO-1-002888 | 2019 | 2019 Tax return | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX020 | P0018 | EN-AEO-1-003420 | 02/06/2019 | Amazand Contract Terms notes - February 6, 2019 | |
| *PTX021* | *P0019* | *EN-AEO-1-010399* | *07/26/2019* | *Maplewell Engineering Co Proposal July 26 2019* | ***Withdrawn by PLAINTIFF*** |
| PTX022 | P0020 | EN-AEO-1-003011 | 2019 | 2019 Audited Financials | |
| PTX023 | P0021 | EN-AEO-1-000747 | 12/13/2019 | Entergrid Fund I 2019 Accounting (Balance Sheet, P&L, etc.) 2019 Entergrid Fund I LLC Accounting v2 (1).xlsx | |
| PTX024 | P0022 | EN-AEO-1-000755 | 05/31/2021 | Entergrid Fund I Accounting through 5/30/2020 2020.05.31- Entergrid Fund I LLC Accounting.xlsx | |
| PTX025 | P0023 | AT-AEO-T-006822 | 08-12/2020 | CAISO bids and PnL - 8/28/2020 - 11/28/2020 - caiso_bids_pnl.csv | |
| PTX026 | P0024 | EN-AEO-1-000299 | 02/17/2019 | Gryphon Strategy - February 17, 2019 | |
| PTX027 | P0025 | EN-AEO-SC-000707 | 05/09/2019 | Spot Check on Gryphon Backtest - August 9, 2019 | |
| PTX028 | P0026 | EN-AEO-1-000532 | 02/13/2019 | ███████ - February 13, 2019 | |
| PTX029 | P0027 | EN-AEO-1-000553 | 07/04/2019 | Universe Construction Methods - July 4, 2019 | |
| PTX030 | P0028 | EN-AEO-1-000290 | 06/09/2019 | General Historical Strategy - June 9, 2019 | |
| PTX031 | P0029 | EN-AEO-SC-000612 | 7/2019-6/17/2019 | Bids for July 2019 - June 17, 2019 | |
| PTX032 | P0030 | EN-AEO-SC-000584 | 07/15/2019 | Aug 2019 Bids - July 15, 2019 | |
| PTX033 | P0031 | EN-AEO-1-000492 | 08/12/2019 | PnL vs Clear Price in Gryphon MISO - August 12, 2019 | |
| PTX034 | P0032 | EN-AEO-1-000572 | 05/03/2020 | Vail Strategy vs. ███████ | |
| PTX035 | P0033 | AT-AEO-T-006824 | 09/01/2019-11/01/2020 | MISO FTR awards and PnL - 9/1/2019 - 11/1/2020 - miso_ftr_award_pnl.csv | |
| PTX036 | P0034 | EN-AEO-1-004310 | 01/30/2019 | Manage Production and Development Environments - 1/30/2019 | |
| PTX037 | P0035 | EN-AEO-1-000080 | 05/05/2020 | Change Vail to Add in Production | |
| PTX038 | P0036 | EN-1-032945 | 12/24/2019 | Slack message 12/14/2019 - ███████ | |

2

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | ████████████████ | |
| PTX039 | P0037 | EN-1-022686 | 05/07/2020 | Slack message 5/7/2020 - ██████████████ ██████ | |
| PTX040 | P0038 | EN-1-023114 | 05/18/2020 | Slack message12 05/18/2020 ████████████ | |
| PTX041 | P0039 | EN-1-049168 | 05/18/2020 | Slack message5/18/2020 - ████████████ ██████ | |
| PTX042 | P0040 | EN-1-023117 | 05/18/2020 | Slack message 5/18/2020 – ████████████ ██████ | |
| PTX043 | P0041 | EN-AEO-SC-000598 | 03/04/2020 | Backtest Uma on ██████████████ - March 4, 2020 | |
| PTX044 | P0042 | EN-1-019206 | 03/04/2020 | Slack message3/4/2020 - All gains have come from Hydra | |
| PTX045 | P0043 | EN-AEO-1-004206 | 05/047/2020 | FTR Bidding Process - May 7, 2020 | |
| PTX046 | P0044 | EN-1-032948 | 12/15/2019 | Slack message 12/15/2019 from chao, ████████████ | |
| PTX047 | P0045 | EN-AEO-SC-000664 | 02/09/2020 | Model LMP with Dayzer Outputs - 2/9/2020 | |
| PTX048 | P0046 | EN-1-023121 | 05/18/2020 | Slack message 5/18/2020 - ██████████ | |
| PTX049 | P0047 | EN-1-017656 | 12/11/2019 | Slack message 12/11/2019 from Chao re Xena | |
| PTX050 | P0048 | EN-AEO-1-004573 | 05/19/2020 | MISO Jun 20 Bids - May 19, 2020 | |
| PTX051 | P0049 | EN-AEO-1-000535 | 05/13/2020 | ████████████████████ | |
| PTX052 | P0050 | EN- AEO -1- 006381 | 01/01/2018 | Membership Interest Purchase and Release Agreement | |
| PTX053 | P0051 | EC -AEO- 003842115 | 12/05/2017 | Chao email 12/5/2017 - not going to run strategies run at Elmagin | |
| PTX054 | P0052 | EC-AEO-003766109 | 08/24/2017 | Chao email 8/24/2017 - Faber | |
| PTX055 | P0053 | EN-SOURCE-005066 | 12/15/2016 | ████████████ - 12 Month Test | |

3

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX056 | P0054 | EC-AEO-003889202 | 10/24/2016 | FTR Universe from ▮▮▮▮▮ | |
| PTX057 | P0055 | EC-AEO-003889344 | 06/24/2016 | Breck Backtest | |
| PTX058 | P0056 | EC-AEO-003889063 | 03/26/2015 | Chao email 3/26/2015 - simple backtest | |
| PTX059 | P0057 | EC-AEO-003736285 | 02/11/2015 | Chao email 2/11/2015 - Optimal FTR Bidding | |
| PTX060 | P0058 | EC -AEO- 003819560 | 03/13/2015 | Chao email 3/13/2015 - to Herb Yan re: ▮▮▮▮ ▮▮▮▮▮ | |
| PTX061 | P0059 | EC -AEO- 003846900 | 06/06/2016 | Chao email 6/6/2016 - ▮▮ Question | |
| PTX062 | P0060 | EC-AEO-003889072 | 03/27/2015 | Chao email 3/27/2015 - two backtests | |
| PTX063 | P0061 | EC-AEO-003578170 | 06/24/2016 | Explain Breck Profit | |
| PTX064 | P0062 | EC-AEO-003579755 | 03/27/2015 | Chao email 3/27/2015 - secret stuff | |
| PTX065 | P0063 | EC-CONF-00002318 | 01/06/2016 | Petty email 1/6/2016 FTR Portfolio Value Calculator | |
| PTX066 | P0064 | EN- SOURCE -004668 | 01/04/2016 | Calculate FTR Bid Performance | |
| PTX067 | P0065 | EN- AEO -1- 067754 | 03/06/2019 | Petty email 3/6/2019 - discussing Chao's next steps, Petty joining | |
| *PTX068* | *P0066* | *EN -AEO -1- 068002* | *03/16/2020* | *Ye Zhang email to Chao 3/16/2020 re: FTR and UTC Markets Volume Comparison* | ***Excluded per ECF 194*** |
| *PTX069* | *P0067* | *EN -AEO -1- 068003* | *N/A* | *Notes re: PJM FTR and UTC* | ***Excluded per ECF 194*** |
| *PTX070* | *P0068* | *EN -AEO -1- 067985* | *07/10/2020* | *Wei Luo email to Chao 7/10/2020 - PJM FTR Available Nodes* | ***Excluded per ECF 194*** |
| PTX071 | P0069 | EN- AEO -1- 067662 | 04/06/2019 | Chao email 4/6/2019 re: operating agreements and employment agreement | |
| *PTX072* | *P0070* | *EN- AEO -1- 070295* | *09/27/2018* | *Ted Graham email to Chao 9/27/2018 - Mexico* | ***Redacted per ECF 194*** |
| PTX073 | | | | INTENTIONALLY OMITTED | |
| PTX074 | P0074 | N/A | 04/15/2021 | TradeDynamiX - Compliance, Trading | |
| PTX075 | | | | INTENTIONALLY OMITTED | |
| PTX076 | P0076 | N/A | 04/13/2021 | WATS Equities Electronic Trading – Wells Fargo | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | Corporate & Investment Banking | |
| PTX077 | | | | INTENTIONALLY OMITTED | |
| PTX078 | P0078 | EC-AEO-003783062 | 12/02/2015 | Tang email 12/2/2015 to Chao re: Breck | |
| PTX079 | P0079 | EC-AEO-003579587 | 01/01/2016 | Tang email 1/1/2016 Breck strategy recommendations for Feb 2016 | |
| PTX080 | P0080 | EC-AEO-003783040 | 12/02/2015 | Yuros email to Tang 12/2/2015 - Breck ████████ ████ | |
| PTX081 | P0081 | EC-AEO-003889368 | 04/05/2016 | Breck on Annual Auction | |
| PTX082 | P0082 | EC-AEO-003889344 | 06/24/2016 | Breck Backtest | |
| PTX083 | P0083 | EN-AEO-1-067648 | 04/11/2019 | Email from Chao Chen re waneka project | |
| PTX084 | P0084 | EN-CNF-073461 | 01/2016 | Petty notes from 1/2016 | |
| *PTX085* | *P0085* | *N/A* | *03/23/2021* | *PJM Principal - Annual Recertification FAQs* | ***Withdrawn by PLAINTIFF*** |
| PTX086 | P0086 | EN-AEO-1-006727 | 5/2019-11/2020 | Petty to-do notes and notes on 5/2019 - 11/2020 | |
| PTX087 | P0087 | EN-AEO-073433 | 12/31/2020 | 2020.12.31 Entergrid LLC- Accounting Reports | |
| PTX088 | P0088 | EN-AEO-073438 | 12/31/2020 | 2020.12.31 Entergrid Fund I Accounting | |
| PTX089 | | | | INTENTIONALLY OMITTED | |
| PTX090 | P0092 | N/A | N/A | Source code screenshots | |
| PTX091 | | | | INTENTIONALLY OMITTED | |
| PTX092 | | | | INTENTIONALLY OMITTED | |
| PTX093 | P0095 | EN-SOURCE-003075 | 10/05/2016 | Chao Email 10/5/2016 Re: where a specific path was dropped | |
| PTX094 | P0096 | N/A | N/A | Jay Tian LinkedIn Screen capture | |
| PTX095 | P0097 | EN-1-024275 | 06/15/2020 | Slack message from Chao, "not running hydra. Running Tuva instead" | |
| PTX096 | P0098 | EN-AEO-1-004334 | 07/15/2020 | MISO Aug20 Bids 7/15/2020 | |
| PTX097 | P0099 | EN-1-021256 | 04/09/2020 | 4/9/2020 Slack message "████████████" | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX098 | EX A | N/A | 05/10/2021 | Financial Transmission Rights | |
| PTX099 | EX C | EC-CONF-00000258-280 | 03/16/2016 | Elmagin Capital Handbook | |
| PTX100 | EX I | EC-AEO-003786257-6260 | 01/11/2016 | Email from Yuanmin Tang re Breck strategy recommendations for Feb 2016 | |
| PTX101 | EX J | EC-AEO-003862536 | 01/31/2017 | Email from Matthew Yuros re FTR Profit thru 2/1 | |
| PTX102 | EX K | EC-AEO-003863063-3064 | 02/06/2017 | Email from Chao Chen re FTR Profit thru 2/7 | |
| PTX103 | EX L | EC-AEO-003889020-9031 | 04/11/2017 | PJM Binding Constraint Analysis | |
| PTX104 | EX M | EN-AEO-1-003449 | 09/13/2019 | Backtest Gryphon in PJM using ███████████ ████████ | |
| PTX105 | EX N | EC-AEO-003889140-9158 | 12/07/2017 | Faber update | |
| PTX106 | EX O | EN-AEO-1-003789-3792 | 10/31/2019 | Decompose FTR Portfolios to Constraints | |
| PTX107 | EX P | EN-AEO-1-003465-3473 | 08/24/2019 | Bayou Duboin Constraint, MISO Apr 9 2019 | |
| PTX108 | EX Q | EN-AEO-1-004327 | 02/26/2019 | █████████████ Portfolio | |
| PTX109 | EX R | EC-AEO-003807946 | 02/16/2017 | Email from Chao Chen re Faber Fed 2017 portfolio analysis | |
| PTX110 | EX S | EN-AEO-1-004716-717 | 08/12/2019 | Pnl vs Clear Price in Gryphon MISO | |
| *PTX111* | *EX T* | *EN-AEO - 070730-733* | *07/23/2018* | *Email from Patrick de Man re investment* | ***Excluded per ECF 194*** |
| PTX112 | EX U | EN-AEO-1-071995 | 08/16/2018 | Email from Chao Chen re Hi (non-compete ending) | |
| PTX113 | EX W | EN-AEO-1-011264 | 11/25/2019 | Email from Chao Chen re generate trades that ██████ ███████████ | |
| *PTX114* | *EX X* | *EC-AEO-003578206* | *N/A* | *Marginal Unit Panorama* | ***Withdrawn by PLAINTIFF*** |
| PTX115 | EX Z | EC-AEO-003889209-9215 | 06/29/2017 | MISO binding constraints contingency test | |
| PTX116 | EX AA | EC-AEO-003889140 | 12/07/2017 | Faber update | |
| *PTX117* | *EX CC* | *N/A* | *05/23/2021* | *Pirrong: The price of power: The valuation of power – Google Scholar* | ***Withdrawn by PLAINTIFF*** |
| *PTX118* | *EX DD* | *N/A* | *04/16/2013* | *Prof. Pirrong is Energy Expert for Wall Street* | ***Withdrawn by*** |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | *Journal* | ***PLAINTIFF*** |
| PTX119 | EX FF | N/A | 6/2011 | Chakraborty, T. & Kearns, M., Market Making and Mean Reversion, 12th ACM Conference on Electronic Commerce, June 2011, Univ. of Penn Archive | |
| *PTX120* | *EX GG* | *N/A* | *03/01/2021* | *Market Maker: What Is a Market Maker (MM) investopedia.com* | ***Withdrawn by PLAINTIFF*** |
| *PTX121* | *EX HH* | *N/A* | *05/21/2021* | *Market Maker Explained for Beginners, Warrior Trading Blog* | ***Withdrawn by PLAINTIFF*** |
| *PTX122* | *EX II* | *N/A* | *03/18/2021* | *Bid-ask Spread, investopedia.com* | ***Withdrawn by PLAINTIFF*** |
| PTX123 | EX JJ | N/A | 05/21/2021 | Financial Transmission Right (FTR) | |
| PTX124 | EX KK | N/A | 05/25/2021 | FAQs: Financial Transmission Rights (FTRs) | |
| PTX125 | EX LL | EN-AEO-1-003930-3937 | 03/2019 | Chao Chen re: Electricity Market Clearing Mechanisms | |
| PTX126 | EX MM | EN-AEO-1-010758-0760 | 04/01/2019 | Email from Xin Chen re Power Trading Basics – Invitation to edit | |
| PTX127 | EX NN | EC-AEO-003818564-8565 | 02/06/2015 | Email from Herbert Yan re Find FTR ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | |
| PTX128 | EX OO | EC-AEO-003785774-5776 | 12/31/2015 | Email from Chao Chen re decompose FTR portfolios | |
| PTX129 | EX QQ | | | | ***Separated into PTX129-A through PTX129-D*** |
| PTX129-A | | EC-SOURCE-000583-584 | | Universe Changes Summary | |
| PTX129-B | | EC-AEO-003578981-8994 | 6/2016 | Update: June 24-30 | |
| PTX129-C | | EC-AEO-003766999-7002 | 9/18/2017 | elmabatch@elmagincapital email re: Bid Generation | |
| PTX129-D | | EC-SOURCE-004685-4690 | 1/3/2017 | Breck profit filter test | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| *PTX130* | *EX RR* | *N/A* | *04/30/2021* | *Email from Charles P Goodwin re Designation of Documents and Expert Reports* | *Withdrawn by PLAINTIFF* |
| PTX131 | EX SS | EN-AEO-1-003799-3800 | 06/06/2019 | Chao Chen: Diagnose PJM FTR Universe | |
| PTX132 | EX TT | N/A | 1997 | Main, Michael et al., Data Structures and Other Objects Using C++, pgs. 3-4, 1997 | |
| *PTX133* | *EX UU* | *N/A* | *05/21/2021* | *College of San Mateo, Professor Contact Information, Stacey Grasso, Associate Professor* | *Withdrawn by PLAINTIFF* |
| PTX134 | EX VV | N/A | 04/16/2009 | Shaffer, Clifford A., A Practical Introduction to Data Structures and Algorithm Analysis Third Edition (Java) | |
| *PTX135* | *EX WW* | *N/A* | *05/24/2021* | *Basics of Algorithmic Trading: Concepts and Examples, investopedia.com* | *Withdrawn by PLAINTIFF* |
| PTX136 | EX ZZ | EC-AEO-003579599-9607 | 08/16/2017 | Email chain from Matthew Yuros re Farber bids Sep 2017 | |
| PTX137 | EX AAA | EC-AEO-003802092-2094 | 10/12/2016 | Email from Kevin Gates re Chloe in PJM no prompt – using prompt universe | |
| PTX138 | EX BBB | EC-AEO-003825456 | 12/21/2016 | Email from Chao Chen re ideas for trading | |
| *PTX139* | *EX CCC* | *EC-AEO-003579609-9618* | *02/05/2015* | *Email to analysis@elmagincapital.com re-* ████ | *Withdrawn by PLAINTIFF* |
| PTX140 | EX DDD | EC-AEO-003766096-6101 | 08/24/2017 | Email from Chao Chen re Faber | |
| PTX141 | EX EEE | EC-AEO-003820981 | 07/03/2015 | Email from Matthew Yuros re ████ | |
| PTX142 | EX FFF | EC-AEO-003813543-3548 | 07/05/2017 | Email from Yuanmin Tang re Ginger High-volume update | |
| PTX143 | EX GGG | EC-SOURCE-000149-154 | 06/08/2016 | ERCOT CRR Credit Calculation, Chao Chen | |
| *PTX144* | *EX* | *N/A* | *05/24/2021* | *Screen Capture - IEEE Xplore, Algorithmic Trading* | *Withdrawn by* |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | *HHHH* | | | | *PLAINTIFF* |
| *PTX145* | *EX III* | *N/A* | *2014* | *Rafal Weron, Electricity price forecasting: A review of the state of the art with a look into the future, International Journal of Forecasting, Vol. 30, Issue 4, 2014, pp. 1030-1081* | *Withdrawn by PLAINTIFF* |
| *PTX146* | *EX JJJ* | *N/A* | *2002* | *Xingwang Ma, D. I. Sun and A. Ott, "Implementation of the PJM financial transmission rights auction market system," IEEE Power Engineering Society Summer Meeting, 2002, Vol.3 pp. 1360-1365* | *Withdrawn by PLAINTIFF* |
| *PTX147* | *EX LLL* | *N/A* | *05/25/2021* | *Correlation and dependence, Wikipedia* | *Withdrawn by PLAINTIFF* |
| PTX148 | EX NNN | EC-NODES-00000338 | 09/30/2014 | Certificate of Formation of Limited Liability Company - Elmagin Capital LLC | |
| PTX149 | | EN-AEO-1-004916-4918 | 03/19/2019 | Chao Chen re Power Trading Ideas | |
| PTX150 | | EN-AEO-1-006415-6448 | 09/30/2019 (updated 11/20/2019) | Karl Petty, A Simple PTP Strategy in ERCOT | |
| PTX151 | | EC-AEO-003889236-8949 | N/A | ▆▆▆▆▆▆▆▆▆ Elmagin Presentation | |
| PTX152 | | EN-AEO-1-010824 | 03/1182019 | Email from Karl Petty, Re Power Market Info - March 2019 | |
| *PTX153* | | *N/A* | *12/30/2020* | *Elmagin Responses to Second Set of Interrogatories* | *Withdrawn by PLAINTIFF* |
| PTX154 | | EC-AEO-003802579-2581 | 10/21/2016 | Email from Yuanmin Tang re Breck w Chloe Overlay PJM.xlsx | |
| PTX155 | | EN-AEO-1-005011 | 06/14/2020 | Chao Chen re ▆▆▆▆▆▆▆▆▆ | |
| PTX156 | | EN-1-020203 | 03/27/2020 | Slack message from Chao re ▆▆▆▆▆▆▆ | |

9

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX157 | | EN-1-020264 | 03/27/2020 | Slack message from Chao re ███████ | |
| PTX158 | | EN-AEO-1-000037 | 09/13/2019 | Chao Chen re Backtest Gryphon Using ████ ██████████ | |
| PTX159 | | EN-AEO-1-000495 | N/A | Whiteboard – Strategy descriptions | |
| PTX160 | | EN-1-023442 | 05/22/2020 | Slack message from Chao re Vail description (████ ████) | |
| PTX161 | | EN-AEO-1-005308-5310 | 07/31/2020 | Dov Quint, CAISO Reggie Strategy; Samson | |
| PTX162 | | EN-AEO-1-005002-5003 | 07/21/2020 | Chao Chen and Dov Quint, Samson | |
| PTX163 | | EN-AEO-1-000437-442 | 05/19/2020 | Chao Chen re TUVA - MISO Bids | |
| PTX164 | | EN-1-018910 | 02/18/2020 | Slack message from Chao, - This is my Winston Strategy | |
| PTX165 | | EN-AEO-1-067769-771 | 02/08/2018 | Email from Chao Chen re Hi! Do you want to start company | |
| PTX166 | | EC-AEO-003876268-6270 | 12/27/2017 | Email from Rich Gates re Non-Compete | |
| PTX167 | | EN-AEO-1-070914-70917 | 04/05/2018 | Email from Nick Shaffer re SaaS Abstr -Chao declines job offer due to noncompete | |
| PTX168 | | EN-AEO-1-005484-5495 | 06/03/2019-12/31/2019 | Entergrid Fund I LLC Financial Statements - June-Dec 2019 | |
| PTX169 | | EN-AEO-073506 | N/A | month strategies | |
| *PTX170* | | *EN-AEO-1-009382-9392* | *05/14/2020* | *Letter to Karl Petty from Steven Soles re Elmagin Capital LLC Consulting Agreement* | *Withdrawn by Stipulation* |
| *PTX171* | | *EN-AEO-1-009394-9405* | *05/14/2020* | *Soles Notice Letter to Chen* | *Withdrawn by Stipulation* |
| PTX172 | | EN-AEO-1-000182-0209 | 01/10/2019 | PROPOSED Entergrid LLC Original LLC Agreement | |
| PTX173 | | EN-AEO-1-011191-1199 | 02/24/2020 | Entergrid Fund I LLC Member Agreement in CAISO | |
| PTX174 | | EN-CNF-1-001149-1162 | 02/05/2019 | Entergrid Fund I LLC - ERCOT Market Participant | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | Agreement | |
| PTX175 | | EN-AEO-1-010251-0256 | 06/01/2019 | Karl Petty - EGRD Restricted Units Agreement 200K units for Cash | |
| PTX176 | | EN-AEO-1-010257-10262 | 06/01/2021 | EGRD Restricted Units Agreement Karl Petty 200K for Continued Employment | |
| PTX177 | | EN-CNF-1-006724 | 01/10/2019 | Entergrid LLC application for articles of organization | |
| PTX178 | | EN-CNF-1-003539-003542 | 04/22/2020 | Entergrid Fund I LLC - Colorado Articles of Organization filing certificate | |
| PTX179 | | EN-AEO-1-000229-0230 | 04/06/2019 | Chao Chen re Entergrid Operating Agreement - Ownership Notes re Karl Petty Ownership 4/6/19 | |
| PTX180 | | EN-AEO-1-003925 | 01/18/2019 | Chen/Moriarty Trust EFI Subscription $1 million | |
| PTX181 | | EN-AEO-1-003926 | 01/18/2019 | Entergrid EFI Subscription $50K | |
| PTX182 | | EN-AEO-1-004010 | 02/26/2019 | Chen EFI Subscription $750K | |
| PTX183 | | EN-AEO-1-004045 | 01/18/2019 | Chen/Moriarty Trust EFI Subscription $150K | |
| PTX184 | | EN-AEO-1-003238-3253 | 09/25/2019 | Administration Agreement - Fleming Financial Services | |
| PTX185 | | EN-AEO-1-003254-3259 | 11/12/2019 | Agreement for Consulting Services - Fleming Financial Services | |
| PTX186 | | AT-AEO-T-006823 | 02-09/2020 | ercot_bids | |
| PTX187 | | AT-AEO-T-006825 | 9/2019-11/2020 | pjmiso_ftr_award_pnl | |
| PTX188 | | EN-SOURCE-004647 | N/A | Chao Instagram | |
| PTX189 | | EN-AEO-SC-000653-663 | 09/09/2019 | Chao Chen re FTR Bid Process | |
| PTX190 | | EN-AEO1-000471-485 | N/A | PJM Feb. 2020 Bids | |
| PTX191 | | EN-1-017733 | 12/16/2019 | Slack message – from Chao re ███████ ███ | |
| PTX192 | | N/A | 03/30/2021 | Expert Report of Dr. Craig Pirrong | |
| PTX193 | | EC-AEO-003891420.PTX | 05/25/2020 | Matthew Yuros, EGRD Trading Overview | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX194 | | EC-AEO-003891425.PTX | | Matthew Yuros, EGRD Trading Overview | |
| PTX195 | | EC-AEO-003891417 | 5/26/2020 | Matthew Yuros, EGRD Trading Overview | |
| *PTX196* | | *EC-AEO-003891419* | | *Matthew Yuros, EGRD Trading Overview* | ***Withdrawn by Stipulation*** |
| ~~PTX197~~ | | ~~EC-AEO-003578170-8182~~ | ~~03/10/2015~~ | ~~Chao Chen re Predict Target Allocation~~ | ***Withdrawn by PLAINTIFF*** |
| ~~PTX198~~ | | ~~EC-AEO-003579587-9591~~ | ~~01/01/2016~~ | ~~Email from Yuanmin Tang, Breck strategy recommendations for Feb 2016~~ | ***Withdrawn by PLAINTIFF*** |
| PTX199 | | EC-AEO-003579608 | 05/10/2015 | Email from Chao Chen rebids this month | |
| PTX200 | | EC-AEO-003579609-9618 | 02/05/2015 | Email from Chao Chen re ▮▮▮▮▮▮ | |
| ~~PTX201~~ | | ~~EC-AEO-003579630~~ | ~~03/27/2015~~ | ~~Email from Chao Chen re secret stuff re "Breck"~~ | ***Withdrawn by PLAINTIFF*** |
| PTX202 | | EC-AEO-003579631-9638 | 03/26/2015 | Email from Chao Chen re simple backtest | |
| ~~PTX203~~ | | ~~EC-AEO-003579639-9644~~ | ~~03/27/2015~~ | ~~Email form Chao Chen re two backtests~~ | ***Withdrawn by PLAINTIFF*** |
| PTX204 | | EC-AEO-003579645-9649 | 09/30/2016 | Email from Ying Wu, where a specific path was dropped | |
| PTX205 | | EC-AEO-003579672-9673 | 03/10/2015 | Chao Chen re Predict Target Allocation | |
| PTX206 | | EC-AEO-003707623 | 06/18/2015 | Email form Chao Chen re ▮▮▮▮▮▮ | |
| PTX207 | | EC-AEO-003579708-9711 | 02/09/2015 | Email from Chao Chen re ▮▮▮▮▮▮ ▮▮▮▮▮▮ | |
| ~~PTX208~~ | | ~~EC-AEO-003668673-8677~~ | ~~08/24/2017~~ | ~~Email from Chao Chen re: Faber~~ | ***Withdrawn by PLAINTIFF*** |
| PTX209 | | EC-AEO-003734465-4466 | 04/04/2016 | Email from Chao Chen re: plaining 2016 | |
| PTX210 | | EC-AEO-003819826-9831 | 03/27/2015 | Email from Matthew Yuros re: simple backtest | |
| PTX211 | | EC-AEO-003820976-0977 | 07/01/2015 | Email from Chao Chen re Breck Strategy Updates | |
| PTX212 | | EC-AEO-003854092-4096 | 10/05/2016 | Email from Chao Chen re: where a specific path was | |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | dropped | |
| ~~PTX213~~ | | ~~EC-AEO-003889063-9070~~ | ~~03/26/2015~~ | ~~Email from Chao Chen re: simple backtest~~ | *Withdrawn by PLAINTIFF* |
| ~~PTX214~~ | | ~~EC-AEO-003889079-9080~~ | ~~04/05/2016~~ | ~~Chao Chen re: Breck on Annual Auction~~ | *Withdrawn by PLAINTIFF* |
| PTX215 | DX-4 | EC-AEO-003889287-9301 | 09/25/2020 | Entergrid LLC and Its Affiliated Funds Trading Overview | |
| PTX216 | | EC-AEO-003890414 | 01/2021 | Barton Fund LLC | *Redacted per ECF 233* |
| PTX217 | | EC-AEO-003890415 | 01/2021 | Elmagin Power Fund LLC | *Redacted per ECF 233* |
| PTX218 | | EC-AEO-003890416 | 01/2021 | Elmiso LLC | *Redacted per ECF 233* |
| PTX219 | | EC-CONF-00000705-710 | 03/15/2016 | Consulting Agreement between Elmagin and OZ Intelligence, INC. | |
| PTX220 | | EC-CONF-00000806-811 | 06/17/2016 | Consulting Agreement between Elmagin and Wenyuan Tang | |
| PTX221 | | EC-CONF-00000989 | 10/25/2017 | Email from Steven Soles re: Signed Employment Agreement  William Blankson | |
| PTX222 | | EC-SOURCE-004681-684 | 07/09/2015 | Chao Chen re:                     Didn't work (redacted) | |
| PTX223 | | EN-1-015722 | | Slack message from Chao re: ERCOT | |
| PTX224 | | EN-1-015723 | 09/05/2019 | Slack message from Petty re: Good | |
| PTX225 | | EN-1-015724 | 09/05/2019 | Slack message from Chao re: Good | |
| PTX226 | | EN-1-015725 | 09/05/2019 | Slack message from Petty re: first thing worked | |
| PTX227 | | EN-1-015726 | 09/05/2019 | Slack message from Petty re: everybody doing same | |
| PTX228 | | EN-1-015727 | 09/05/2019 | Slack message from Chao re: normal market | |
| PTX229 | | EN-1-015728 | 09/05/2019 | Slack message from Chao re: other people | |

13

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX230 | | EN-1-015729 | 09/05/2019 | Slack message from Chao re: similar | |
| PTX231 | | EN-1-015730 | 09/05/2019 | Slack message from Chao re: make money | |
| PTX232 | | EN-1-015731 | 09/05/2019 | Slack message from Petty re: suspicious | |
| PTX233 | | EN-1-016230 | 09/20/2019 | Slack message from Chao re: Entergrid making lots of money | |
| PTX234 | | EN-1-017767 | 12/17/2019 | Slack message from Chao re: here's hydra | |
| PTX235 | | EN-1-023113 | 05/18/2020 | Slack message from Chao re: MISO bids | |
| PTX236 | | EN-1-062714 | 06/12/2020 | Slack message from Jay re: bid constraints | |
| PTX237 | | EN-1-062715 | 06/12/2020 | Slack message from jay re: ▮▮▮ | |
| PTX238 | | EN-AEO-073436 | 06/2019-12/2020 | Entergrid Fund LLS Member Allocations | |
| PTX239 | | EN-AEO-073450 | 06/2019-01/2021 | Entergrid Fund LLS Member Allocations | |
| PTX240 | | EN-AEO-073452 | 01/31/2021 | Entergrid Fund LLC Balance Sheet | |
| PTX241 | | EN-AEO-1-000272-274 | 01/15/2019 | Chao Chen FTR Participant Profitability | |
| PTX242 | | EN-AEO-1-000279-282 | 08/05/2019 | Chao Chen FTR Universe Construction ▮▮▮ ▮▮▮ | |
| PTX243 | | EN-AEO-1-000444-446 | 04/03/2020 | Chao Chen Model ▮▮▮ | |
| PTX244 | | EN-AEO-1-000530-531 | 06/16/2020 | Chao Chen ▮▮▮ | |
| PTX245 | | EN-AEO-1-000535-542 | 05/13/2020 | Chao Chen Trade FTRs ▮▮▮ | |
| PTX246 | | EN-AEO-1-000577-580 | 02/21/2020 | Chao Chen Winston Backtest | |
| PTX247 | | EN-AEO-1-004274 | 06/22/2020 | Chao Chen How to handle wind prediction error | |
| PTX248 | | EN-AEO-1-007008 | 05/19/2020 | Email from Trello re: Chao Chen commented on the card Vail | |
| PTX249 | | EN-AEO-1-068049-8053 | 02/25/2019 | Chao Chen Entergrid FTR Risk Policy | |
| PTX250 | | EN-SC-002130-2135 | 02/09/2020 | Chao Chen ▮▮▮ | |
| PTX251 | | EC-AEO-003889283-9286 | 04/12/2016 | Chao Chen Vienna-Crisfield FTR ▮▮▮ ▮▮▮, 2015-2016 Annual PJM Auction | |

14

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX252 | | EN-1-017713 | 12/15/2019 | (Ziggi/Hydra comparison) | |
| PTX253 | | EC-003891418 | 04/30/2015 | Hooper Agreement | |
| PTX254 | | EC-CONF-000002819-2822 | 02/20/2017 | Services Agreement between TFS Capital LLC and Elmagin Capital LLC | |
| PTX255 | | EC-CONF-000002816-2818 | 06/05/2019 | Services Agreement between Elmagin Capital LLC and between TFS Capital LLC | |
| PTX256 | | EC-AEO-003626720 | 12/2017 | At-Will Employment Agreement Yuanmin Tang | |
| PTX257 | | EC-AEO-003746421 | 02/24/2016 | At-Will Employment Agreement Yinghua Wu | |
| PTX258 | | EC-AEO-003765552 | 08/14/2017 | Email from Chao Chen re: Power Trading Risk and Rewards – Invitation to edit | |
| PTX259 | | EC-AEO-003765075 | 07/31/2017 | Email from Kevin Gates re Berkeley Trip | |
| PTX260 | | EC-AEO-003757084-7096 | 01/31/2016 | Elmagin Power Fund LLC | |
| PTX261 | | EC-AEO-003578731-8764 | 2017 | Elmagin Capital LLC Q3 2017 | |
| PTX262 | | EC-AEO-003804885-4887 | 12/21/2016 | Email from Guidong Zhu re Ideas for Trading | |
| PTX263 | | EN-CNF-1-073143-3174 | 01/18/2018 | Email from Chao Chen re: Draft SPA and NDNC | |
| PTX264 | | EN-CNF-1-073218 | 01/26/2018 | Email from Chao Chen re: Purchase Agt and Non-Disclosure/Non-Compete Agt | |
| PTX265 | | EN-CNF-1-073281 | 01/16/2018 | Email from Chao Chen re: Draft SPA and NDNC | |
| PTX266 | | EC-AEO-003891033-1111 | 03/11/2018 | Elmagin Capital LLC – Limited Research Tax Credit Study for Startup Payroll Tax Offset | |
| PTX267 | | EC-AEO-003891158-1248 | 03/09/2019 | Elmagin Capital LLC – Research Tax Credit Study for Startup Payroll Tax Offset | |
| PTX268 | | EC-AEO-003891271 | 02/22/2020 | Elmagin Capital LLC – Research Tax Credit Study for Start | |
| PTX269 | | EC-AEO-003578786 | 10/2017 | Elmiso Oct 2017 | *Redacted per ECF 233* |
| PTX270 | | EC-AEO-003578792 | 12/2017 | Elmagin Dec 2017 | *Redacted per ECF 233* |

15

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX271 | | EC-AEO-003578796 | 09/2017 | Elmagin Sept. 2017- No BBG | *Redacted per ECF 233* |
| PTX272 | | EC-AEO-003579336 | 11/2017 | Elmiso Nov 2017 | *Redacted per ECF 233* |
| PTX273 | | EC-AEO-003579338 | 09/2017 | Elmiso Sept 2017- 20171025 revision | *Redacted per ECF 233* |
| PTX274 | | EC-AEO-003579344 | 11/2017 | Elmagin Nov 2017 | *Redacted per ECF 233* |
| PTX275 | | EC-AEO-003579346 | 09/2017 | Elmagin Sept 2017- 20171120 revision | *Redacted per ECF 233* |
| PTX276 | | EC-AEO-003649679 | 01/2017 | Elmagin Jan 2017 | *Checked for Redaction per ECF 233* |
| PTX277 | | EC-AEO-003650175 | 02/2017 | Elmagin Feb 2017 | *Checked for Redaction per ECF 233* |
| PTX278 | | EC-AEO-003650429 | 04/2017 | Elmagin Apr 2017 | *Checked for Redaction per ECF 233* |
| PTX279 | | EC-AEO-003650773 | 05/2017 | Elmagin May 2017 | *Redacted per ECF 233* |
| PTX280 | | EC-AEO-003680592 | 04/2017 | Elmagin April 2017 | *Checked for Redaction per ECF 233* |
| PTX281 | | EC-AEO-003690504 | 08/2017 | Elmiso Aug 2017 | *Redacted per ECF 233* |
| PTX282 | | EC-AEO-003690505 | 08/2017 | Elmagin Aug 2017 | *Redacted per ECF 233* |

16

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX283 | | EC-AEO-003698037 | 10/2017 | Elmiso Oct 2017 | *Redacted per ECF 233* |
| PTX284 | | EC-AEO-003698038 | 10/2017 | Elmagin Oct 2017 | *Redacted per ECF 233* |
| PTX285 | | EC-AEO-003754795 | 12/2016 | Elmagin Dec 2016 | *Checked for Redaction per ECF 233* |
| PTX286 | | EC-AEO-003756055 | 03/2017 | Elmagin Mar 2017 | *Checked for Redaction per ECF 233* |
| PTX287 | | EC-AEO-003757647 | 06/2017 | Elmagin Jun 2017 | *Redacted per ECF 233* |
| PTX288 | | EC-AEO-003758123 | 07/2017 | Elmagin July 2017 | *Redacted per ECF 233* |
| PTX289 | | EC-AEO-003758124 | 07/2017 | Elmiso July 2017 | *Redacted per ECF 233* |
| ~~PTX290~~ | | ~~N/A~~ | ~~10/15/2020~~ | ~~Plaintiff Elmagin Capital, LLC's First Responses to Defendants' First Set of Interrogatories~~ | *Withdrawn by PLAINTIFF* |
| ~~PTX291~~ | | ~~N/A~~ | ~~10/15/2020~~ | ~~Plaintiff Elmagin Capital, LLC's Highly Confidential – Attorneys' Eyes Only Second Responses to Defendants' First Set of Interrogatories~~ | *Withdrawn by PLAINTIFF* |
| ~~PTX292~~ | | ~~N/A~~ | ~~12/30/2020~~ | ~~Plaintiff Elmagin Capital, LLC's Responses to Defendants' Second Set of Interrogatories~~ | *Withdrawn by PLAINTIFF* |
| ~~PTX293~~ | | ~~N/A~~ | ~~01/08/2021~~ | ~~Plaintiff Elmagin Capital, LLC's Supplemental Responses to Defendants' Second Set of Interrogatories~~ | *Withdrawn by PLAINTIFF* |
| ~~PTX294~~ | | ~~N/A~~ | ~~04/27/2021~~ | ~~Plaintiff Elmagin Capital, LLC's~~ | *Withdrawn by* |

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| | | | | *Responses to Defendants' Third Set of Interrogatories* | **PLAINTIFF** |
| PTX295 | | EC-AEO-003703720 | 01/13/2015 | Email from Gregory Krajnik re Elamagin NDA | |
| PTX296 | | EC-AEO-003712400 | | Matthew M. Yuros – Elmagin Capital Employment Proposal | |
| PTX297 | | EC-AEO-003719852 | 12/23/2014 | Email from Steven Soles re American Power Net Inquiry | |
| PTX298 | | EC-AEO-003889059-9062 | 03/13/2015 | Email from Chao Chen re ██████████████ ████ | |
| PTX299 | | N/A | 11/11/2020 | *Excerpts from* Defendants' Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories to Defendants | |
| PTX300 | | N/A | 11/30/2020 | *Excerpts from* Defendants' Amended, Supplemented and Restated Answers and Objections to Plaintiff's First Set of Interrogatories to Defendants | |
| PTX301 | | N/A | 04/26/2021 | *Excerpts from* Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories to Defendants | |
| PTX302 | | N/A | 04/27/2021 | *Excerpts from* Defendants' Amended, Supplemented and Restated Answers and Objections to Plaintiff's First Set of Interrogatories to Defendants | |
| PTX303 | | EC-AEO-003593914-916 | | Slack message between Chen, Yuros and Gates | |
| PTX304 | | EC-AEO-003740754-755 | 08/24/2015 | Email from Chao Chen re Berkeley visit | |
| PTX305 | | EC-AEO-003786037-038 | 01/06/2016 | Email from Chao Chen re contractor | |
| PTX306 | | EC-AEO-003786255 | 01/11/2016 | Email from Chao Chen re asw console | |
| PTX307 | | EC-AEO-003578033-8056 | 03/09/2017 | Elmagin Capital – Detailed Look at Elmagin Power Fund's January exposure | |

18

USDC EDPA 2:20-cv-02576-TJS ELMAGIN CAPITAL, LLC v. CHEN et al.

Plaintiffs' Trial Exhibits

| Trial Exh. No. | Previous Exh. No. | Production No(s). | Date | Description | |
|---|---|---|---|---|---|
| PTX308 | | EC-AEO-003727987-7999 | 09/30/2015 | Email from Chao Chen re plans for dayzer | |
| PTX309 | | EC-AEO-003748853 | 04/12/2016 | Email from Chao Chen re UTC initial look | |
| PTX310 | | EC-AEO-003758985 | 09/14/2017 | Email from Chao Chen re AUM for bidding | |
| PTX311 | | EC-AEO-003797905-7908 | 07/05/2016 | Email from Chao Chen re FTR Profit thru 7/5 | |
| PTX312 | | EC-AEO-003835160-5162 | 08/14/2017 | Email from Chao Chen re Power Trading Risk and Rewards – Invitation to edit | |
| PTX313 | | EN-AEO-A-100001 | 2019 | Entergrid Fund I LLC Accounting v2 | |
| PTX314 | | EN-AEO-A-100002 | 12/31/2019 | Entergrid LLC- 2019 Reports | |
| PTX315 | | EN-AEO-A-100003 | 12/31/2020 | Entergrid LLC- Accounting Reports | |
| PTX316 | | EN-AEO-A-100004 | 12/31/2020 | Entergrid Fund I LLC Accounting | |
| PTX317 | | EN-AEO-A-100005 | 12/31/2021 | Entergrid Fund I LLC Accounting | |
| PTX318 | | EN-AEO-A-100006 | 12/31/2021 | Entergrid LLC- Accounting Reports | |
| PTX319 | | EN-AEO-A-100007 | 2/28/2022 | Entergrid Fund I LLC Accounting | |
| PTX320 | | EN-AEO-A-100008 | 2/28/2022 | Entergrid LLC- Accounting Reports | |
| PTX321 | | EC-CONF-000002994 | 4/11/2016 | Services Agreement – TFS Capital and Elmagin Capital LLC | |
| | | Plaintiff Demonstrative | | 2021-0375 Elmagin Market & FTRs Final | |
| | | Plaintiff Demonstrative | | 2021-0375 Elmagin Strategy Tree Final | |
| | | Plaintiff Demonstrative | | 2021-0375 Elmagin Comparison Final | |

19

**EXHIBIT B**

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-001 | X-001 | DX-01 | EC-AEO-003665462 | EC-AEO-003665467 | 6/21/2017 | M. Yuros email to R. Gates re:          strategy, updated with Long Terms |
| DTX-002 | X-002 | DX-02 | EC-AEO-003591141 | EC-AEO-003591175 | 00/00/0000 | Document depicting what looks like a conversation |
| DTX-003 | X-003 | DX-03 | EC-AEO-003697818 | EC-AEO-003697818 | 11/15/2017 | K. Gates email to M. Yuros re:  Team Culture |
| DTX-004 | X-004 | DX-04 | EC-AEO-003889287 | EC-AEO-003889301 | 9/25/2020 | Entergrid LLC and Its Affiliated Funds Trading Overview, September 25, 2020 |
| DTX-005 | X-005 | DX-05 | EC-CONF-00000304 | EC-CONF-00000311 | 1/1/2018 | Membership Interest Purchase and Release Agreement |
| DTX-006 | X-006 | DX-06 | N/A | N/A | 00/00/0000 | Flash Boys:  A Wall Street Revolt |
| DTX-007 | X-007 | DX-07 | N/A | N/A | 12/30/2020 | PLAINTIFF ELMAGIN CAPITAL, LLC'S RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES |
| DTX-008 | X-008 | DX-08 | N/A | N/A | 12/30/2020 | 12/30/2020 Verification of Interrogatory Responses |
| DTX-009 | X-009 | DX-09 | N/A | N/A | 10/15/2020 | PLAINTIFF ELMAGIN CAPITAL, LLC'S HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SECOND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES |
| DTX-010 | X-010 | DX-10 | N/A | N/A | 4/9/2021 | Notice of 30(b)(6) Deposition |
| DTX-011 | X-011 | DX-11 | EC-CONF-000002824 | EC-CONF-000002838 | 9/30/2014 | Operating Agreement of Elmagin Capital LLC |
| DTX-012 | X-012 | DX-12 | ED-CONF-000002819 | ED-CONF-000002822 | 2/20/2017 | Services Agreement |
| DTX-013 | X-013 | DX-13 | EC-CONF-000002816 | ED-CONF-000002818 | 6/5/2019 | Services Agreement |
| DTX-014 | X-014 | DX-14 | EC-AEO-003707623 | EC-AEO-003707623 | 6/18/2015 | Email Communication |
| DTX-015 | X-015 | DX-15 | N/A | N/A | 3/30/2021 | FRCP 26 Expert Report of Craig Pirrong |
| DTX-016 | X-016 | DX-16 | N/A | N/A | 00/00/0000 | Ex 1 CV - Curriculum Vitae of Craig Pirrong, Ph.D. |
| DTX-017 | X-017 | DX-17 | N/A | N/A | 00/00/2015 - 00/00/2021 | Ex 2 Expert Testimony - Craig Pirrong |
| DTX-018 | X-018 | DX-18 | N/A | N/A | 00/00/0000 | Ex 3 Materials Considered |
| DTX-019 | X-019 | DX-19 | | | | Intentionally Left Blank |
| DTX-020 | X-020 | DX-20 | | | | Intentionally Left Blank |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-021 | X-021 | DX-21 | | | | Intentionally Left Blank |
| DTX-022 | X-022 | DX-22 | N/A | N/A | 12/8/2010 | 2010.12.08 Pirrong Affidavit |
| DX-023 | X-023 | DX-23 | N/A | N/A | 2/21/2021 | Streetwise Professor » Touching the Third Rail:  The Dangers of Electricity Market Design |
| DX-024 | X-024 | DX-24 | N/A | N/A | 2/18/2021 | Streetwise Professor » Who Is To Blame for SWP's (and Texas's) Forced Outage_ |
| DTX-025 | | | | | | Intentionally Left Blank |
| DTX-026 | | | | | | Intentionally Left Blank |
| DTX-027 | | | | | | Intentionally Left Blank |
| DTX-028 | | | | | | Intentionally Left Blank |
| DTX-029 | | | | | | Intentionally Left Blank |
| DTX-030 | | | | | | Intentionally Left Blank |
| DTX-031 | | | | | | Intentionally Left Blank |
| DTX-032 | | | | | | Intentionally Left Blank |
| DTX-033 | X-033 | DX-33 | N/A | N/A | | Zhu LinkedIn page |
| DTX-034 | X-034 | PX-01 | N/A | N/A | 10/18/2020 | Notice of Deposition of Defendants Entergrid LLC and Entergrid Fund I LLC., |
| DTX-035 | X-035 | PX-02 | N/A | N/A | 6/1/2020 | Complaint |
| DTX-036 | X-036 | PX-03 | EC-CONF-00000312 | EC-CONF-00000320 | 1/1/2018 | Non-Disclosure  and Non-Competition Agreement |
| DTX-037 | X-037 | PX-04 | EN-AEO-1-012975 | EN-AEO-1-012982 | 1/10/2019 | Operating  Agreement for Entergrid LLC a Colorado Limited Liability Company |
| DTX-038 | X-038 | PX-05 | EN-AEO-1-013057 | EN-AEO-1-013077 | 1/10/2019 | Operating  Agreement for Entergrid LLC a Colorado Limited Liability Company |
| DTX-039 | X-039 | PX-06 | EN-AEO-1-004057 | EN-AEO-1-004086 | 6/1/2019 | Amended and Restated Limited Liability Company Agreement of Entergrid, LLC |
| DTX-040 | X-040 | PX-07 | EN-AEO-1-006381 | EN-AEO-1-006382 | 1/21/2020 | C. Chen letter to J. Tian re:  Offer of Employment |
| DTX-041 | X-041 | PX-08 | EN-AEO-1-006383 | EN-AEO-1-006387 | 1/22/2020 | Entergrid, LLC Employee Proprietary Information and Inventions Agreement |
| DTX-042 | X-042 | PX-09 | EN-AEO-1-008132 | EN-AEO-1-008138 | 6/1/2019 |  Employment Agreement |
| DTX-043 | X-043 | PX-10 | EN-CNF-1-010212 | EN-CNF-1-010213 | 8/23/2019 | K Petty e-sign document to C. Chen re:  Completed DocuSign: Employment Agreement |
| DTX-044 | X-044 | PX-11 | EN-AEO-1-000138 | EN-AEO-1-000139 | 2/17/2020 | C. Chen letter to D. Quint re:  Offer of Employment |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-045 | X-045 | PX-12 | EC-AEO-003594839 | EC-AEO-003594844 | 1/8/2016 | Consulting Agreement |
| DTX-046 | X-046 | PX-13 | EN-AEO-1-006667 | EN-AEO-1-006706 | 7/3/2020 | Talk with Chao about the state of business |
| DTX-047 | X-047 | PX-14 | EN-CNF-1-006323 | EN-CNF-1-006358 | 1/1/2020 | Employee Handbook - Entergrid, LLC |
| DTX-048 | X-048 | PX-15 | EN-AEO-1-000210 | EN-AEO-1-000214 | 10/15/0000 | Consultant Agreement |
| DTX-049 | X-049 | PX-16 | EN-AEO-1-011210 | EN-AEO-1-011215 | 12/9/2019 | C. Chen email to M. Affournnsit re: Outage predictions |
| DTX-050 | X-050 | PX-17 | EN-AEO-1-002888 | EN-AEO-1-002916 | 00/00/2019 | 2019 Tax Forms - Entergrid, LLC |
| DTX-051 | X-051 | PX-18 | EN-AEO-1-003420 | EN-AEO-1-003420 | 2/6/2019 | Amazand Contract Terms |
| DTX-052 | X-052 | PX-19 | EN-AEO-1-010399 | EN-AEO-1-010410 | 7/26/2019 | Proposal for Engineering, LLC |
| DTX-053 | X-053 | PX-20 | EN-AEO-1-003011 | EN-AEO-1-003022 | 6/3/2019 | Entergrid Fund 1 LLC Financial Statements June 3, 2019 - December 31, 2019 |
| DTX-054 | X-054 | PX-21 | N/A | N/A | 2/11/2021 | Excel Spreadsheet EN-AEO-1-000747 |
| DTX-055 | X-055 | PX-22 | N/A | N/A | 2/11/2021 | Excel Spreadsheet PX-22_KP0022080--EN-AEO-1-000755-20200531-EntergridFundILLCAccounting_XLS |
| DTX-056 | X-056 | PX-23 | N/A | N/A | 2/11/2021 | Excel Spreadsheet, AT-AEO-T-006822-CAISO_Bids_P&L |
| DTX-057 | X-057 | PX-24 | EN-AEO-1-000299 | EN-AEO-1-000304 | 2/17/2019 | Gryphon Strategy |
| DTX-058 | X-058 | PX-25 | EN-AEO-SC-000707 | EN-AEO-SC-000732 | 8/9/2019 | Spot Check Gryphon Backtest (Code Source Redacted) |
| DTX-059 | X-059 | PX-26 | EN-AEO-1-000532 | EN-AEO-1-000534 | 2/13/2019 | Target █████████ |
| DTX-060 | X-060 | PX-27 | EN-AEO-1-000553 | EN-AEO-1-000556 | 7/4/2019 | Universe Construction Methods |
| DTX-061 | X-061 | PX-28 | EN-AEO-1-000290 | EN-AEO-1-000294 | 6/9/2019 | General Historical Strategy |
| DTX-062 | X-062 | PX-29 | EN-AEO-SC-000612 | EN-AEO-SC-000624 | 6/17/2019 | Bids for July 2019 (Code Source Redacted) |
| DTX-063 | X-063 | PX-30 | EN-AEO-SC-000584 | EN-AEO-SC-000590 | 7/15/2019 | August 2019 Bids (Source Code Redacted) |
| DTX-064 | X-064 | PX-31 | EN-AEO-1-000492 | EN-AEO-1-000493 | 8/12/2019 | Pnl vs Clear Prince in Gryphon MISO |
| DTX-065 | X-065 | PX-32 | EN-AEO-1-000572 | EN-AEO-1-000574 | 5/3/2020 | Vail Strategy vs █████████ |
| DTX-066 | X-066 | PX-33 | N/A | N/A | 00/00/0000 | Excel Spreadsheet P0033 069--AT-AEO-T-006824-miso_ftr_award_pnl.XLSX |
| DTX-067 | X-067 | PX-34 | EN-AEO-1-004310 | EN-AEO-1-004312 | 1/30/2019 | Manage Production and Development Environments |
| DTX-068 | X-068 | PX-35 | EN-AEO-1-000080 | EN-AEO-1-000085 | 5/5/2020 | Change Vail to Add in █████████ |
| DTX-069 | X-069 | PX-36 | EN-1-032945 | EN-1-032945 | 12/14/2019 | C. Chao email to K. Petty re: Yogi and Hydra |

Defendant Entergrid

April 19, 2022

Trial Exhibit List

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-070 | X-070 | PX-37 | EN-1-022686 | EN-1-022686 | 5/7/2020 | C. Chao email to Channell, Petty, Jason, Trello, Dov, Jay re: Hydra |
| DTX-071 | X-071 | PX-38 | EN-1-023114 | EN-1-023114 | 5/18/2020 | C. Chao email to Channel, Petty, Jason, Trello, Dov re: Ziggi - Dayzer - Hydra |
| DTX-072 | X-072 | PX-39 | EN-1-049168 | EN-1-049168 | 5/18/2020 | C. Chao email to Channel, Petty Jason, Trello re: Hydra and Ziggi |
| DTX-073 | X-073 | PX-40 | EN-1-023117 | EN-1-023117 | 5/18/2020 | C. Chao email to Channel, Petty, Jason, Trillo re: Hydra and Ziggi |
| DTX-074 | X-074 | PX-41 | EN-AEO-SC-000598 | EN-AEO-SC-000603 | 3/4/2020 | Backtest Uma on ███████ (Source Code Redacted) |
| DTX-075 | X-075 | PX-42 | EN-1-019206 | EN-1-019206 | 3/4/2020 | C. Chao email to Channel, Petty, Jason, Trello re: Dayzer Strategy |
| DTX-076 | X-076 | PX-43 | EN-AEO-1-004206 | EN-AEO-1-004208 | 5/7/2020 | FTR Bidding Process |
| DTX-077 | X-077 | PX-44 | EN-1-032948 | EN-1-032948 | 12/15/2019 | C. Chao email to K. Petty re: Ziggi |
| DTX-078 | X-078 | PX-45 | EN-AEO-SC-000664 | EN-AEO-SC-000669 | 2/9/2020 | Model LMP and Dayzer Outputs (Source Code Redacted) |
| DTX-079 | X-079 | PX-46 | EN-1-023121 | EN-1-023121 | 5/18/2020 | C. Chao email to Channel, Petty, Jason, Trillo re: Ziggi |
| DTX-080 | X-080 | PX-47 | EN-1-017656 | EN-1-017656 | 12/11/2019 | C. Chao email to K. Petty re: Yogi Strategy |
| DTX-081 | X-081 | PX-48 | EN-AEO-1-004573 | EN-AEO-1-004578 | 5/19/2020 | MISO Jun20 Bids |
| DTX-082 | X-082 | PX-49 | EN-AEO-1-000535 | EN-AEO-1-000542 | 5/13/2020 | Trade ███████ |
| DTX-083 | X-083 | PX-50 | EN-AEO-1-006381 | EN-AEO-1-006382 | 1/21/2020 | C. Chen letter to J. Tian re: Offer Letter |
| DTX-084 | X-084 | PX-51 | EC-AEO-003842115 | EC-AEO-003842134 | 12/5/2017 | C. Chen email to R. Gates re: compensation; CC K. Gates |
| DTX-085 | X-085 | PX-52 | EC-AEO-003766109 | EC-AEO-003766113 | 8/24/2017 | C. Chen email to M. Yuros re: Farber; CC Elmagin Team; full email |
| DTX-086 | X-086 | PX-53 | EC-AEO-003766109 | EC-AEO-003766109 | 8/24/2017 | C. Chen email to M. Yuros re: Farber; CC Elmagin Team; one page |
| DTX-087 | X-087 | PX-54 | EC-AEO-003889202 | EC-AEO-003889203 | 10/24/2016 | FTR Universe ███████ |
| DTX-088 | X-088 | PX-55 | N/A | N/A | 6/24/2016 | Breck Backtest |
| DTX-089 | X-089 | PX-56 | EC-AEO-003889063 | EC-AEO-003889070 | 3/26/2015 | C. Chen email to analysis@elmagincapital.com re: Simple Backtest |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-090 | X-090 | PX-57 | EC-AEO-003736285 | EC-AEO-003736286 | 2/11/2015 | C. Chen email to analysis@elmagincapital.com re: Optimal FTR Bidding - Invitation to Edit |
| DTX-091 | X-091 | PX-58 | EC-AEO-003819560 | EC-AEO-003819563 | 3/13/2015 | H. Yan email to C. Chen re: ███████████ ████████ |
| DTX-092 | X-092 | PX-59 | EC-AEO-003846900 | EC-AEO-003846901 | 6/6/2016 | C. Chen email to K. Gates, re: MST Question; CC: M. Yuros |
| DTX-093 | X-093 | PX-60 | EC-AEO-003889072 | EC-AEO-003889077 | 3/27/2015 | C. Chen email to analysis@elmagincapital re: Two backtests |
| DTX-094 | X-094 | PX-61 | EC-AEO-003578170 | EC-AEO-003578182 | 6/24/2016 | Explain Breck Profit |
| DTX-095 | X-095 | PX-62 | EC-AEO-003579755 | EC-AEO-003579755 | 3/27/2015 | C. Chen email to K. Gates, R. Gates, M. Yuros re: Secret Stuff |
| DTX-096 | X-096 | PX-63 | EC-CONF-00002318 | EC-CONF-00002318 | 1/6/2016 | K. Petty email to C. Chen re: description of the portfolio valuer |
| DTX-097 | X-097 | PX-64 | EN-SOURCE-004668 | EN-SOURCE-004672 | 1/4/2016 | Calculate FTR Bid Performance |
| DTX-098 | X-098 | PX-65 | EN-AEO-1-067754 | EN-AEO-1-067755 | 3/6/2019 | K. Petty email to C. Chen re: Happy New Year |
| DTX-099 | X-099 | PX-66 | EN-AEO-1-068002 | EN-AEO-1-068002 | 3/16/2020 | Y. Zhang email to C. Chen re: FTR and UTC Markets Volume Comparision |
| DTX-100 | X-100 | PX-67 | EN-AEO-1-068003 | EN-AEO-1-068004 | 00/00/0000 | Profitability between PJM, FTR and UTC |
| DTX-101 | X-101 | PX-68 | EN-AEO-1-067985 | EN-AEO-1-067985 | 7/10/2020 | W. Luo email to bigchao@gmail.com re: PJM FTR Available Notes; CC Y. Zhang |
| DTX-102 | X-102 | PX-69 | EN- AEO -1- 067662 | EN- AEO -1- 067662 | 4/6/2019 | C. Chang email to K. Petty re: Agreements |
| DTX-103 | X-103 | PX-70 | EN- AEO -1- 070295 | EN- AEO -1- 070295 | 9/27/2018 | T. Graham email to C. Chen re: Mexico |
| DTX-104 | X-104 | PX-71 | N/A | N/A | 3/30/2021 | EXPERT REPORT OF CRISTIAN ZARCU MARCH 30, 2021 |
| DTX-105 | X-105 | PX-72 | N/A | N/A | 4/16/2021 | REBUTTAL EXPERT REPORT OF CRISTIAN ZARCU APRIL 16, 2021 |
| DTX-106 | X-106 | PX-73 | N/A | N/A | 11/27/2020 | UNDERTAKING OF EXPERTS, CONSULTANTS, OR THIRD PARTIES REGARDING PROTECTIVE ORDER |
| DTX-107 | X-107 | PX-74 | N/A | N/A | 4/15/2021 | TradeDynamiX - Compliance, TradeDynamiX Trading |
| DTX-108 | X-108 | PX-75 | N/A | N/A | 9/18/2020 | STIPULATED PROTECTIVE ORDER |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-109 | X-109 | PX-76 | N/A | N/A | 4/13/2021 | WATS Equities Electronic Trading -Wells Fargo Corporate & Investment Banking |
| DTX-110 | X-110 | PX-77 | N/A | N/A | 00/00/2009 | Quantitative Trading - How to Build Your Own Algorithmic Trading Business |
| DTX-111 | X-111 | PX-78 | EC -AEO- 003783062 | EC -AEO- 003783064 | 12/2/2015 | C. Chen email to Y. Tang re:  goals |
| DTX-112 | X-112 | PX-79 | EC-AEO-003579587 | EC-AEO-003579591 | 1/1/2016 | Y. Tang email to C. Chen, K. Gates, R. Gates, M. Yuros and W. Blackson re:   Elmagin Capital LLC Mail - Breck strategy recommendations for Feb 2016 |
| DTX-113 | X-113 | PX-80 | EC -AEO- 003783040 | EC -AEO- 003783042 | 12/2/2015 | M. Yuros email to R. Gates, C. Chen , and K. Gates re: ███████████ |
| DTX-114 | X-114 | PX-81 | EC -AEO- 003889368 | EC -AEO- 003889369 | 4/5/2016 | Breck on Annual Auction |
| DTX-115 | X-115 | PX-82 | EC -AEO- 003889344 | EC -AEO- 003889354 | 6/24/2016 | Breck Backtest |
| DTX-116 | X-116 | PX-83 | EN- AEO -1- 067648 | EN- AEO -1- 067650 | 4/11/2019 | C. Chen email to K. Petty re:  waneka project |
| DTX-117 | X-117 | PX-84 | N/A | N/A | 1/19/2016 | Notes - Machines and To do list |
| DTX-118 | X-118 | PX-85 | N/A | N/A | 3/23/2021 | Principal - Annual Recertification FAQs |
| DTX-119 | X-119 | PX-86 | EN- AEO- 1- 006727 | EN- AEO -1- 006760 | 00/00/2020 | To Do - Entergrid: |
| DTX-120 | X-120 | PX-87 | N/A | N/A | 4/21/2021 | Excel Spreadsheet P0087 EN-AEO-073433-2020.12.31 Entergrid LLC- Accounting Reports (2).XLSX |
| DTX-121 | X-121 | PX-88 | N/A | N/A | 4/21/2021 | Excel Spreadsheet P0088 EN-AEO-073438-2020.12.31 Entergrid Fund I Accounting-2020.12.31- Entergrid Fund I LLC Accounting.XLSX |
| DTX-122 | X-122 | PX-89 | N/A | N/A | 3/30/2021 | Addendum of Supplemental Materials to Mason Expert Report |
| DTX-123 | X-123 | PX-90 | N/A | N/A | 3/30/2021 | Expert Report of W. Anthony Mason |
| DTX-124 | X-124 | PX-91 | N/A | N/A | 3/30/2021 | Expert Report of W Anthony Mason with blue banner |
| DTX-125 | X-125 | PX-92 | N/A | N/A | 00/00/0000 | No Python interpreter configured for the project |

Defendant Entergrid
Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-126 | X-126 | PX-93 | N/A | N/A | 00/00/0000 | Undertaking of Experts, consultants, or Third Parties Regarding Protective Order |
| DTX-127 | X-127 | PX-94 | EN-AEO-073462 | EN-AEO-073500 | 00/00/0000 | Handwritten Notes, |
| DTX-128 | X-128 | PX-95 | EC-SOURCE-003075 | EC-SOURCE-003079 | 00/00/0000 | Email Chain September 30, 2016 - October 5, 2016 |
| DTX-129 | X-129 | PX-96 | N/A | N/A | 00/00/0000 | LinkedIn profile of Jay Tian |
| DTX-130 | X-130 | PX-97 | EN -1-024275 | EN -1-024275 | 6/15/2020 | C. Chen email to J. Tian re: not running Hydra |
| DTX-131 | X-131 | PX-98 | EN-AEO-1-004334 | EN-AEO-1-004337 | 7/15/2020 | MISO Aug20 Bids |
| DTX-132 | X-132 | PX-99 | EN -1-021256 | EN -1-021256 | 4/9/2020 | C. Chen email to J. Tian re: you still need to run ███ ███. just reminder |
| DTX-133 | X-133 | None | N/A | N/A | 2/11/2021 | Deposition Transcript 30(b)(6) Petty, Karl Ph.D |
| DTX-134 | X-134 | None | N/A | N/A | 2/15/2021 | Deposition Transcript 30(b)(6) Chen, Chao Dr |
| DTX-135 | X-135 | None | N/A | N/A | 2/25/2021 | Deposition Transcript Chen, Chao, Dr |
| DTX-136 | X-136 | None | N/A | N/A | 3/23/2021 | Deposition Transcript Yuros, Matthew |
| DTX-137 | X-137 | None | N/A | N/A | 3/24/2021 | Deposition Transcript Gates, Richard |
| DTX-138 | X-138 | None | N/A | N/A | 3/25/2021 | Deposition Transcript Gates, Kevin |
| DTX-139 | X-139 | None | N/A | N/A | 4/9/2021 | Deposition Transcript 30(b)(6) Gates, Kevin & Richard |
| DTX-140 | X-140 | None | N/A | N/A | 4/12/2021 | Deposition Transcript Pirrong, Craig |
| DTX-141 | X-141 | None | N/A | N/A | 4/13/2021 | Deposition Transcript Chiang, Roger |
| DTX-142 | X-142 | None | N/A | N/A | 4/14/2021 | Deposition Transcript Zhu, Guidong |
| DTX-143 | X-143 | None | N/A | N/A | 4/19/2021 | Deposition Transcript Zarcu, Cristian |
| DTX-144 | X-144 | None | N/A | N/A | 4/21/2021 | Deposition Transcript Petty, Karl Ph.D |
| DTX-145 | X-145 | None | N/A | N/A | 4/26/2021 | Deposition Transcript Mason, W. Anthony |
| DTX-146 | X-146 | None | N/A | N/A | 4/27/2021 | Deposition Transcript Tian, Huifu (Jay) |
| DTX-147 | X-147 | None | N/A | N/A | 3/30/2021 | FRCP 26 Expert Report of Dr Craig Pirrong a March 30 2021 |
| DTX-148 | X-148 | None | N/A | N/A | 3/30/2021 | FRCP 26 Expert Report of Dr Craig Pirrong Exhibits 1 - 3 March 30 2021 |
| DTX-149 | X-149 | None | N/A | N/A | 4/16/2021 | 2021.04.16 Rebuttal Expert Report of M. Garibotti Confidential AEO |
| DTX-150 | X-150 | | N/A | N/A | 5/11/2021 | Declaration of Karl Petty |
| DTX-151 | X-151 | | N/A | N/A | 9/8/2020 | Plaintiff's Rule 26(a)(1) Initial Disclosures |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-152 | X-152 | | N/A | N/A | 3/29/2021 | Investopedia Technical Analysis Basic Education Backtesting |
| DTX-153 | X-153 | | N/A | N/A | 5/11/2021 | Market Making and Mean Reversion |
| DTX-154 | X-154 | | N/A | N/A | 12/16/2020 | Autoregressive; Jason Fernado - Technical Analysis Advanced Technical Analysis Concepts |
| DTX-155 | X-155 | | N/A | N/A | 6/2/2014 | Forecasting spot electricity prices with time series models |
| DTX-156 | X-156 | | N/A | N/A | 00/00/0000 | Discrete Mathematics by Kenneth A. Ross and Charles R. B. Wright |
| DTX-157 | X-157 | | N/A | N/A | 1/1/1985 | On the History of the ████████ Problem by R. L. Graham and Pavol Hell |
| DTX-158 | X-158 | | N/A | N/A | 00/00/2009 | Introduction to Algorithms |
| DTX-159 | X-159 | | N/A | N/A | 2/24/1998 | Hierarchical Structure in Financial Markets |
| DTX-160 | X-160 | | N/A | N/A | 11/1/2013 | Optimized FTR Portfolio Construction Based on the Identification of Congested Network Elements, IEEE Transactions on Power Systems, Vol. 28, No. 4, November 2013 |
| DTX-161 | X-161 | | N/A | N/A | 12/6/2016 | PJM Generation Contingency Analysis |
| DTX-162 | X-162 | | N/A | N/A | 3/27/2021 | PJM.com performance, PJM Coronavirus (COVIC-19) Information, PJM Glossary |
| DTX-163 | X-163 | | N/A | N/A | 2/8/2017 | ████████: The good, the bad, and the ugly - The DO Loop BLOGS |
| DTX-164 | X-164 | | N/A | N/A | 3/27/2021 | The Most Rewarding Portfolio Construction Techniques: An Unbiased Evaluation, Sep. 24, 2013, AGG, DJCI, GLD... |
| DTX-165 | X-165 | | N/A | N/A | 3/29/2021 | Cambridge Energy Solutions www.ces-us.com webpage |
| DTX-166 | X-166 | | N/A | N/A | 3/27/2021 | PJM Glossary |
| DTX-167 | X-167 | | N/A | N/A | 5/11/2021 | Search projects PYPOWER 5.1.15 Solves power flow and optimal power flow problems |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-168 | X-168 | | N/A | N/A | 4/1/2020 | Energy Primer A Handbook for Energy Market Basics, Staff Report Federal Energy Regulatory Commission April 2020 |
| DTX-169 | X-169 | | N/A | N/A | 3/16/2020 | PowerWorld website; The Visual Approach to Electric Power Systems |
| DTX-170 | X-170 | | N/A | N/A | 1/1/2018 | Non-Disclosure and Non-Competition Agreement between Richard Gates, Kevin Gates, Chao Chen and Elmagin Capital LLC |
| DTX-171 | X-171 | | N/A | N/A | 1/1/2018 | Membership Interest Purchase and Release Agreement between Richard Gates, Kevin Gates, Chao Chen and Elmagin Capital LLC |
| DTX-172 | X-172 | | N/A | N/A | 1/8/2016 | Consulting Agreement between Elmagin Capital LLC and Karl Petty |
| DTX-173 | X-173 | | EC-AEO-003746851 | EC-AEO-003746855 | 3/7/2016 | C. Chen email to K. Gates, R. Gates Re Compensation |
| DTX-174 | X-174 | | EC-AEO-003842093 | EC-AEO-003842098 | 12/5/2017 | K. Gates email to C. Chen, R. Gates Re Compensation |
| DTX-175 | X-175 | | N/A | N/A | 10/15/2020 | Plt Elmagin Highly Confidential - AEO Second Responses to Dft First Set of Interrogatories |
| DTX-176 | X-176 | | EC-AEO-003579708 | EC-AEO-003579711 | 2/9/2015 | C. Chen email to B. Dundar, H. Yan, analysis@elmagincapital.com Re Find ██████ ████████ |
| DTX-177 | X-177 | | EC-AEO-003707623 | EC-AEO-003707623 | 1/18/2015 | C. Chen email to analysis@elmagincapital.com Re ███████████ |
| DTX-178 | X-178 | | EC-AEO-003889202 | EC-AEO-003889203 | 10/24/2016 | FTR Universe From ██████████ - Chao Chen |
| DTX-179 | X-179 | | N/A | N/A | 12/30/2020 | Plt Elmagin Responses to Dft Second Set of Interrogatories |
| DTX-180 | X-180 | | N/A | N/A | 4/27/2021 | Plt Elmagin Responses to Dft Third Set of Interrogatories |
| DTX-181 | X-181 | | EC-AEO-003579630 | EC-AEO-003579630 | 3/27/2015 | C. Chen email to K. Gates, R. Gates, M. Yuros Re alpha and backtest framework. Breck |
| DTX-182 | X-182 | | EC-AEO-003727145 | EC-AEO-003727145 | 9/18/2015 | M. Yuros email to K. Gates Re Update to monthly perf spreadsheet; Breck Strategy Performance |
| DTX-183 | X-183 | | N/A | N/A | 00/00/0000 | Cumulative Profit; Profit by Month Chart |

Defendant Entergrid
Trial Exhibit List
April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-184 | X-184 | | N/A | N/A | 00/00/0000 | CV of Craig Pirrong, Ph.D. |
| DTX-185 | X-185 | | N/A | N/A | 5/25/2021 | Declaration of Chao Chen |
| DTX-186 | X-186 | | N/A | N/A | 1/29/2021 | Backtesting by James Chen |
| DTX-187 | X-187 | | N/A | N/A | 6/5/2011 | Market Making and Mean Reversion |
| DTX-188 | X-188 | | N/A | N/A | 5/25/2021 | Declaration of Karl Petty |
| DTX-189 | X-189 | | N/A | N/A | 05/00/2005 | Forecasting spot electricity prices with time series models |
| DTX-190 | X-190 | | N/A | N/A | 00/00/1985 | Discrete Mathematics Kenneth Ross and Charles Wright |
| DTX-191 | X-191 | | N/A | N/A | 7/1/2017 | How Do Electricity Prices Reflect Transmission Congestion?  by Robert Sinclair |
| DTX-192 | X-192 | | N/A | N/A | 1/29/2018 | FTR Trading Fundamentals & Tools,  Assef Zobian, Cambridge Energy Solutions, EUCI Financial Transmission Rights Conference Pre Conference Workshop, January 29, 2018, Washington, DC |
| DTX-193 | X-193 | | N/A | N/A | 5/25/2021 | Blogs |
| DTX-194 | X-194 | | N/A | N/A | 5/25/2021 | Wikipedia - Winsorizing |
| DTX-195 | X-195 | | N/A | N/A | 9/24/2013 | The Most Rewarding Portfolio Construction Techniques: An Unbiased Evaluation |
| DTX-196 | X-196 | | N/A | N/A | 3/22/2021 | Pypower 5.1.15 Project Description |
| DTX-197 | X-197 | | N/A | N/A | 4/00/2020 | Energy Primer - A Handbook for Energy Market Basics |
| DTX-198 | X-198 | | N/A | N/A | 3/16/2021 | The visual approach to electric power systems |
| DTX-199 | X-199 | | EC-AEO-003707623 | EC-AEO-003707623 | 6/18/2015 | C. Chen email to Analysis@elmagincapital.com Re ▮▮▮▮▮▮▮ |
| DTX-200 | X-200 | | EC-AEO-003676873 | EC-AEO-003676875 | 1/4/2016 | Y. Tang email to K. Gates Re Breck strategy recommendations for February 2016 |
| DTX-201 | X-201 | | EC-AEO-003580313 | EC-AEO-003580321 | 00/00/0000 | Message chain |
| DTX-202 | X-202 | | EC-AEO-003754987 | EC-AEO-003754988 | 2/9/2017 | Y. Tang email to Elmagin Team Re Breck Annuals Update |
| DTX-203 | X-203 | | EC-AEO-003642081 | EC-AEO-003642083 | 4/5/2017 | Y. Tang email to Elmagin Team Re Breck multiperiod in MISO |

Defendant Entergrid
Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-204 | X-204 | | | | | Intentionally Left Blank |
| DTX-204A | X-204A | | N/A | N/A | 5/11/2021 | Declaration of Chao Chen |
| DTX-205 | X-205 | | N/A | N/A | 12/14/2018 | Adams - Identifying and Treating Outliers in Finance |
| DTX-206 | X-206 | | N/A | N/A | 8/20/2015 | Agency Algos and You: A Conversation with Quantitative Brokers Trading Technologies |
| DTX-207 | X-207 | | N/A | N/A | 9/24/2013 | Allen Seeking Alpha The Most Rewarding Portfolio Construction Techniques: An Unbiased Evaluation |
| DTX-208 | X-208 | | N/A | N/A | 12/16/2020 | Autoregressive (Definition) |
| DTX-209 | X-209 | | N/A | N/A | 12/28/2020 | Average Daily Trading Volume - ADTV Definition |
| DTX-210 | X-210 | | N/A | N/A | 1/29/2021 | Backtesting (Definition) |
| DTX-211 | X-211 | | N/A | N/A | 3/7/2020 | Basics of Algorithmic : Trading Concepts and Examples |
| DTX-212 | X-212 | | N/A | N/A | 3/18/2021 | Bid-Ask Spread (Definition) |
| DTX-213 | X-213 | | N/A | N/A | 3/29/2021 | CES - Cambridge Energy Solutions - Dayzer |
| DTX-214 | X-214 | | N/A | N/A | 3/22/2021 | CES - Cambridge Energy Solutions - DAYZER |
| DTX-215 | X-215 | | N/A | N/A | 06/05/2011 - 09/09/2011 | Chakraborty / Kearns - Market Making and Mean Reversion |
| DTX-216 | X-216 | | N/A | N/A | 00/00/2009 | Excerpts from Quantitative Trading How to Build Your Own Algorithmic Trading Business , Chan |
| DTX-217 | X-217 | | N/A | N/A | 3/29/2021 | CME Group - Understanding Basics of the Power Market |
| DTX-218 | X-218 | | N/A | N/A | 00/00/2009 | Cormen, Leiserson, Rivest and Stein - Excerpts from Introduction to Algorithms |
| DTX-219 | X-219 | | N/A | N/A | 3/27/2021 | Corporate Finance Institute - What is Algorithmic Trading |
| DTX-220 | X-220 | | N/A | N/A | 3/29/2021 | Corporate Finance Institute - Volume Weighted Adjusted Price (VWAP)- Definition, How to Calculate |
| DTX-221 | X-221 | | N/A | N/A | 00/00/2004 | Forecasting electricity spot-prices using linear univariate time-series models, Cuaresma, Hlouskova, Kossmeier, Obersteiner |
| DTX-222 | X-222 | | N/A | N/A | 00/00/2016 | Cummings - Make The Trade |

Defendant Entergrid

April 19, 2022

Trial Exhibit List

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-223 | X-223 | | N/A | N/A | 03/00/2007 | Application of Robust Statistics to Asset Allocations Models |
| DTX-224 | X-224 | | N/A | N/A | 3/27/2021 | Decode: Breaking down How an Actual Trading Algorithm Works By Bradley Hope |
| DTX-225 | X-225 | | N/A | N/A | 07/00/2012 | Efficient Algorithms for Computing Risk Parity Portfolio-Weights |
| DTX-226 | X-226 | | N/A | N/A | 3/10/2021 | Elmagin Capital LLC Web page |
| DTX-227 | X-227 | | N/A | N/A | 10/16/2017 | Stock market return predictability: Does network topology matter? |
| DTX-228 | X-228 | | N/A | N/A | 3/27/2021 | Entergrid LLC - The Entergrid Team web page intro |
| DTX-229 | X-229 | | N/A | N/A | 3/10/2021 | Algorithmic Energy Markets Call to Action |
| DTX-230 | X-230 | | N/A | N/A | 12/7/2020 | Exploring the Exponentially Weighted Moving Average |
| DTX-231 | X-231 | | N/A | N/A | 10/23/2020 | FERC - Electric Power Markets-National Overview |
| DTX-232 | X-232 | | N/A | N/A | 04/00/2020 | FERC Energy Primer A Handbook for Energy Market Basics 2020 |
| DTX-233 | X-233 | | N/A | N/A | 01/00/1985 | Graham - On the History of the ███████ ██ Problem |
| DTX-234 | X-234 | | N/A | N/A | 00/00/1999 | Grinold - Active Portfolio Mgmt.pdf |
| DTX-235 | X-235 | | N/A | N/A | 5/13/2013 | Hasbrouck Saar 2013 Journal of Financial Markets - Low-latency trading |
| DTX-236 | X-236 | | N/A | N/A | 12/16/2015 | Haugh et al 2015 Risk Journals - A generalized risk budgeting approach to portfolio construction |
| DTX-237 | X-237 | | N/A | N/A | 3/27/2021 | IBKR Trading API Solutions Interactive Brokers LLC |
| DTX-238 | X-238 | | N/A | N/A | 3/29/2021 | ISO-NE - FAQs Financial Transmission Rights (FTRs). |
| DTX-239 | X-239 | | N/A | N/A | 09/14/2020 - 09/21/2020 | ISO-NE - Financial Transmission Rights Introduction to Wholesale Electricity Markets (WEM 101) |
| DTX-240 | X-240 | | N/A | N/A | 00/00/2008 | ISO-NE - Power System and LMP Fundamentals |
| DTX-241 | X-241 | | N/A | N/A | 00/00/2013 | JPM-CLARKE - Risk Parity, Maximum diversification, and ████████████: An Analytical Perspective By Clarke, DeSilva, Thorley |
| DTX-242 | X-242 | | N/A | N/A | 00/00/2003 | Kissell - Optimal Trading Strategies. |

Defendant Entergrid

Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-243 | X-243 | | N/A | N/A | 3/19/2021 | Leverage Definition |
| DTX-244 | X-244 | | N/A | N/A | 00/00/1999 | Mantegna 1999 European Phys J B - Hierarchical structure in financial markets |
| DTX-245 | X-245 | | N/A | N/A | 00/00/1952 | Markovitz 1952 Journal of Finance - Portfolio Selection |
| DTX-246 | X-246 | | N/A | N/A | 3/29/2021 | ███████: Definition, Examples, Prim's Algorithm - Statistics How To |
| DTX-247 | X-247 | | N/A | N/A | 3/27/2021 | MISO - About MISO |
| DTX-248 | X-248 | | N/A | N/A | 11/00/2013 | Optimized-FTR-Portfolio-Construction-Based-on-the-Identification-of-Congested-Network-Elements |
| DTX-249 | X-249 | | N/A | N/A | 00/00/2011 | Perez - The Speed Traders |
| DTX-250 | X-250 | | N/A | N/A | 1/27/2021 | PJM - Manual 06 |
| DTX-251 | X-251 | | N/A | N/A | 5/24/2017 | PJM - Market Settlements - Advanced FTR/ARR Module |
| DTX-252 | X-252 | | N/A | N/A | 3/27/2021 | PJM - PJM Glossary |
| DTX-253 | X-253 | | N/A | N/A | 6/18/2020 | PJM - Protection Against Congestion Charges |
| DTX-254 | X-254 | | N/A | N/A | 3/27/2021 | PJM - Who We Are |
| DTX-255 | X-255 | | N/A | N/A | 04/00/2020 | PJM FTR Market Review.pdf |
| DTX-256 | X-256 | | N/A | N/A | 7/1/2017 | Potomac Economics - How Do Electricity Prices Reflect Transmission Congestion |
| DTX-257 | X-257 | | N/A | N/A | 12/28/2020 | Proprietary Trading Definition |
| DTX-258 | X-258 | | N/A | N/A | 5/14/2015 | Sevinsky - Portfolion selection based on hierarchical structure of its components |
| DTX-259 | X-259 | | N/A | N/A | 04/00/2018 | Sherwin, Evan D.; Henrion, Max; Azevedo, Inês M. L. -- Publisher Correction- Estimation of the year-on-year volatility and the unppredictability of the United States energy system |
| DTX-260 | X-260 | | N/A | N/A | 12/19/2019 | Shimizu - Construction inverse factor volatility portfolios: A risk-based asset allocation for factor investing |
| DTX-261 | X-261 | | N/A | N/A | 00/00/2020 | Singh - FTRs – A Good Virtual Trading Financial Instrument (Power) |

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-262 | X-262 | | N/A | N/A | 12/7/2018 | This Blog is Systematic Portfolio construction through handcrafting: The method. |
| DTX-263 | X-263 | | N/A | N/A | 4/4/2003 | Hogan - Transmission Market Design |
| DTX-264 | X-264 | | N/A | N/A | 11/20/2020 | Trimmed Mean Definition. |
| DTX-265 | X-265 | | N/A | N/A | 10/22/2020 | U.S. Energy Information Administration (EIA) - Electricity Explained How Electricity is Delivered to Consumers |
| DTX-266 | X-266 | | N/A | N/A | 12/6/2019 | Using Historical Volatility To Gauge Future Risk.pdf |
| DTX-267 | X-267 | | N/A | N/A | 5/10/2005 | Weron, Misiorek - Forecasting Spot Electricity Prices with Time Series Models |
| DTX-268 | X-268 | | N/A | N/A | 2/8/2017 | ███████████ The good, the bad, and the ugly - The DO Loop.pdf |
| DTX-269 | X-269 | | N/A | N/A | 1/29/2018 | Zobian - EUCI 2018 Presentation FTR Trading Fundamentals & Tools |
| DTX-270 | X-270 | | N/A | N/A | 00/00/0000 | miso_aug19_offpeak.csv |
| DTX-271 | X-271 | | N/A | N/A | 00/00/0000 | miso_aug19_onpeak.csv |
| DTX-272 | X-272 | | N/A | N/A | 00/00/0000 | miso_jul19_offpeak.csv |
| DTX-273 | X-273 | | N/A | N/A | 00/00/0000 | miso_jul19_onpeak.csv |
| DTX-274 | X-274 | | N/A | N/A | 00/00/0000 | miso_jun19_offpeak.csv |
| DTX-275 | X-275 | | N/A | N/A | 00/00/0000 | miso_jun19_onpeak.csv |
| DTX-276 | X-276 | | N/A | N/A | 00/00/0000 | pjmiso_aug19_h24.csv |
| DTX-277 | X-277 | | N/A | N/A | 00/00/0000 | pjmiso_aug19_offpeak.csv |
| DTX-278 | X-278 | | N/A | N/A | 00/00/0000 | pjmiso_aug19_onpeak.csv |
| DTX-279 | X-279 | | N/A | N/A | 00/00/0000 | pjmiso_jul19_h24.csv |
| DTX-280 | X-280 | | N/A | N/A | 00/00/0000 | pjmiso_jul19_offpeak.csv |
| DTX-281 | X-281 | | N/A | N/A | 00/00/0000 | pjmiso_jul19_onpeak.csv |
| DTX-282 | X-282 | | N/A | N/A | 00/00/0000 | pjmiso_jun19_h24.csv |
| DTX-283 | X-283 | | N/A | N/A | 00/00/0000 | pjmiso_jun19_offpeak.csv |
| DTX-284 | X-284 | | N/A | N/A | 00/00/0000 | pjmiso_jun19_onpeak.csv |
| DTX-285 | X-285 | | N/A | N/A | 10/11/1950 | 1951 Nash - Non-Cooperative Games |
| DTX-286 | X-286 | | N/A | N/A | 9/30/1964 | 1965 Bickel - On Some Robust Estimates of Location |
| DTX-287 | X-287 | | N/A | N/A | 3/1/1997 | 1997 Mitchell - Machine Learning |

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-288 | X-288 | | N/A | N/A | 04/00/2001 | 1999 Friedman - Greedy Function Approximation A Gradient Boosting Machine |
| DTX-289 | X-289 | | N/A | N/A | 06/24/2002 - 06/29/2002 | 2002 Liu, Gross - Effectiveness of the Distribution Factor Approximations Used in Congestion Modeling |
| DTX-290 | X-290 | | N/A | N/A | 00/00/2003 | 2003 Ma, Sun, Rosenwald, Ou - Advanced Financial Transmission Rights in the PJM Market |
| DTX-291 | X-291 | | N/A | N/A | 6/27/2003 | 2004 Lui, Gross -  Role of Distribution Factors in Congestion Revenue Rights Applications.pdf |
| DTX-292 | X-292 | | N/A | N/A | 5/26/2005 | 2005 Kumar, Srivastava, Singh - Congestion Management in Competitive Power Market A Bibliographic Survey |
| DTX-293 | X-293 | | N/A | N/A | 11/00/2005 | 2005 Cheng, Overbye - PDTF-Based Power System Equivalents |
| DTX-294 | X-294 | | N/A | N/A | 7/12/2004 | 2005 Li, Shahidehpour - Risk-Constrained FTR Bidding Strategy in Transmission Markets |
| DTX-295 | X-295 | | N/A | N/A | 1/30/2007 | 2007 Orfanogianni, Gross -  A General Formulation for LMP Evaluation |
| DTX-296 | X-296 | | N/A | N/A | 8/30/2006 | 2007 Guller, Gross, Liu - Generalized Line Outage Distribution Factors |
| DTX-297 | X-297 | | N/A | N/A | 7/2/2007 | 2007  Fisher, O'Neill, Ferris - Optimal Transmission Switching |
| DTX-298 | X-298 | | N/A | N/A | 12/00/2006 | 2007 Hu, Ralph - Using EPECs to Model Bilevel Games in Restructured Eletricity Markets with Locational Prices |
| DTX-299 | X-299 | | N/A | N/A | 2/17/2009 | 2009 Parmeshwaran, Muthuraman - FTR-option formulation and pricing |
| DTX-300 | X-300 | | N/A | N/A | 8/21/2010 | 2011 Davis, Overby  Multiple Element Contingency Screening |
| DTX-301 | X-301 | | N/A | N/A | 00/00/2011 | 2011 Apostolopoulou - Optimized FTR Portfolio Construction The  Speculators Problem |

Defendant Entergrid
Trial Exhibit List

April 19, 2022

USDC EDPA 220-cv-02576-TJS

| DX Trial Ex No. | Original Ex No. | Dep Exhibit | Beg Prod No. | End Prod No | Date | Description |
|---|---|---|---|---|---|---|
| DTX-302 | X-302 | | N/A | N/A | 3/2/2013 | 2013 Apostolopoulou, Gross, Guler - Optimized FTR Portfolio Construction Based on the Identification of Congested Network Elements |
| DTX-303 | X-303 | | N/A | N/A | 06/03/2013 - 06/24/2013 | 2013 Lo, Zhou - The Financial Risk of Lossless Shift Factor in the ISO Energy Market and its Resolution |
| DTX-304 | X-304 | | N/A | N/A | 00/00/2013 | 2013 Rosellon, Kristiansen - Book Financial Transmission Rights Analysis, Experiences and Prospects |
| DTX-305 | X-305 | | N/A | N/A | 3/21/2014 | 2014 Patton - Alternatives for Addressing the Interface Pricing Flaw |
| DTX-306 | X-306 | | N/A | N/A | 00/00/2014 | 2014 Mack - Energy Trading and Risk Management A Practical Approach to Hedging, Trading, and Portfolio Diversification |
| DTX-307 | X-307 | | N/A | N/A | 00/00/2015 | 2015 Zhang, Fan- Evaluation of Interface Pricing in Electricity Markets |
| DTX-308 | X-308 | | N/A | N/A | 6/6/2018 | 2018 Chmielewski - FTR Forfeitures |
| DTX-309 | X-309 | | N/A | N/A | 00/00/2019 | 2019 Buch, Andrzejak - Learning-Based Recursive Aggregation of Abstract Syntax Trees for Code Clone Detection |
| DTX-310 | X-310 | | N/A | N/A | 00/00/2020 | 2020 Conlan - Algorithmic Trading with Python Quantitative Methods and Strategy Development. |
| DTX-311 | X-311 | | N/A | N/A | 00/00/0000 | DAYZER_v125_brochure |
| DTX-312 - 335 | | | | | | Intentionally Left Blank |