

NICOLE D. GALLI
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
(215) 525-9583 direct
(215) 525-9585 fax
ndgalli@ndgallilaw.com

April 29, 2022

<u>VIA ECF</u>
Honorable Stephanos Bibas
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE: *Elmagin Capital, LLC v. Chen et al*, No.: 2:20-cv-02576-SB (E.D. Pa.)

Dear Judge Bibas:

    This letter addresses Dr. Pirrong's use of DTX-4[1] in his report and, respectfully, why Defendants should be allowed to examine him about it.

    **[FILED UNDER SEAL]**

                                                                       Respectfully,

                                                                       Nicole D. Galli

cc:  All Counsel of Record via ECF

---

[1] DTX-4 is Exhibit 1 here. It was DX-4 at Dr. Pirrong's deposition. It was Ex. 3 at Dr. Garibotti's deposition. It is materially identical to PTX-192 to -194 and PTX-215.