IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHAO CHEN; | : CIVIL ACTION NO.: |
| KARL PETTY; | : 2:20-cv-02576-TJS |
| ENTERGRID LLC; | : |
| ENTERGRID FUND I LLC | : |
| | : |
| Defendants. | : |
| | : |

**PLAINTIFF ELMAGIN CAPITAL LLC'S REQUEST FOR RECONSIDERATION OF THE COURT'S DENIAL OF PLAINTIFF'S JMOL TO REVERSE THE VERDICTS <u>FINDING BAD FAITH OF PLAINTIFF AND ABSENCE OF BREACH OF THE NDNC</u>**

**<u>FILED UNDER SEAL</u>**