IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELMAGIN CAPITAL, LLC          :          CIVIL ACTION
                              :
        v.                    :
                              :
CHAO CHEN, KARL PETTY,        :
ENTERGRID LLC, and            :
ENTERGRID FUND I LLC          :          NO. 20-2576

## ORDER

I **ORDER** that:

1.  The trial transcript shall be filed under seal.

2.  The parties shall submit any proposed redactions for the public version by Friday, May 20, at 5 p.m.

Dated: May 13, 2022

_____
UNITED STATES CIRCUIT JUDGE