

**DOUGLAS PANZER**
Attorney-at-Law
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103-2212
215-567-2010 (p)
215-751-1142 (f)
dpanzer@caesar.law
www.caesar.law

May 20, 2022

**VIA ELECTRONIC CASE FILING (ECF)**
Hon. Stephanos Bibas
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 9-A

      **Re:** **Elmagin Capital, LLC v. Chen et al. (Case No: 2:20-cv-02576-TJS)**
           **Re: Proposed Redaction of Trial Transcripts**

Dear Judge Bibas:

This letter confirms that on May 20, 2022, pursuant to the Court's order (Dkt. 292), Plaintiff is submitting simultaneously with this filing, via an email to Chambers, proposed redactions to the trial transcripts. Plaintiff's submission includes both redacted and marked-for-redaction versions of the trial transcripts.

                                      Respectfully Submitted,
                                      CAESAR RIVISE, PC

                                      By _____

                                      **Douglas Panzer**
                                      Caesar Rivise, PC
                                      7 Penn Center, 12th Floor
                                      1635 Market Street
                                      Philadelphia, PA 19103
                                      dpanzer@crbcp.com

                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2022, I served a true and correct copy of the foregoing Letter Submission re Proposed Redaction of Trial Transcripts via email upon the counsel of record for Defendants.

 */s/ Douglas Panzer*

**Douglas Panzer**
Caesar Rivise, PC
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
dpanzer@crbcp.com

*Attorneys for Plaintiff*