## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 2:20-cv-02576 ) |
| CHAO CHEN; KARL PETTY; ENTERGRID LLC; ENTERGRID FUND I LLC, | ) ) ) ) |
| Defendants. | ) ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Julie S. Goldemberg as counsel of record on behalf of Plaintiff Elmagin Capital LLC in the above-captioned matter.

Dated:  May 23, 2022

Respectfully submitted,

/s/ *Julie S. Goldemberg*
Julie S. Goldemberg, PA ID 314339
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103
Telephone:    +1.215.963.5000
Facsimile:     +1.215-963-5001
julie.goldemberg@morganlewis.com

*Attorney for Plaintiff Elmagin Capital LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on May 23, 2022 via the Court's ECF system upon all counsel of record.

/s/ *Julie S. Goldemberg*
Julie S. Goldemberg, PA ID 314339