IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN; KARL PETTY; ENTERGRID LLC; and ENTERGID FUND I LLC | : | No.: 2:20-cv-02576 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __David Salmons_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:20-CV-02576__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **David Salmons** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___---___, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 2/11/2001 | 476299 |
| Georgia | 1/15/1998 | 622852 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Court of Appeals District of Columbia | 4/8/1998 | 476299 |
| U.S. Court of Appeals, Second Circuit | 6/9/2005 | 476299 |
| U.S. Court of Appeals, Third Circuit | 8/10/2015 | 476299 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for
Plaintiff Elmagin Capital LLC

(Applicant's Signature) [signed]

Date: 5/20/2022

Name of Applicant's Firm: Morgan, Lewis & Bockius LLP
Address: 1111 Pennsylvania Avenue, NW, Washington DC 20004-2541
Telephone Number: 202.373.6283
Email Address: david.salmons@morganlewis.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/2022

(Applicant's Signature) [signed]

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____David Salmons_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Julie S. Goldemberg | /s/ Julie S. Goldemberg | 10/26/2012 | 314339 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Morgan, Lewis & Bockius LLP

1701 Market Street, Philadelphia, PA  19103

215.963.5000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____May 23, 2022_____         /s/ Julie S. Goldemberg
             (Date)                          (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN; KARL PETTY; ENTERGRID LLC; and ENTERGRID FUND I LLC | : | No.: 2:20-cv-02576 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___David Salmons___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Nicole D. Galli
Charles P. Goodwin
ND Galli Law LLC
One Liberty Place
1650 Market St., Ste. 3600
Philadelphia, PA 19103
ndgalli@ndgallilaw.com
cgoodwin@ndgallilaw.com

  via Court's ECF system

/s/ Julie S. Goldemberg
_____
(Signature of Attorney)

Julie S. Goldemberg
_____
(Name of Attorney)

Plaintiff Elmagin Capital LLC
_____
(Name of Moving Party)

May 23, 2022
_____
(Date)