IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | NO. 20-2576 |

## ORDER

1. I **GRANT** Plaintiff's motion at D.I. 311.

Dated: May 26, 2022

_____
UNITED STATES CIRCUIT JUDGE