IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, : <br> : <br> *Plaintiff*, : <br> : <br> v. : <br> : <br> CHAO CHEN, KARL PETTY, : <br> ENTERGRID LLC, and : <br> ENTERGRID FUND I LLC : <br> : <br> *Defendants*. : <br> : | Civil Action No. 2:20-cv-02576-TJS <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS' OPPOSITION TO:

### PLAINTIFF ELMAGIN CAPITAL LLC'S REQUEST FOR RECONSIDERATION OF THE COURT'S DENIAL OF PLAINTIFF'S JMOL TO REVERSE THE VERDICTS FINDING BAD FAITH OF PLAINTIFF AND ABSENCE OF BREACH OF THE NDNC

### FILED UNDER SEAL

Nicole D. Galli (PA Id. No. 78420)
Charles P. Goodwin (PA Id. No. 66500)
**ND GALLI LAW LLC**
One Liberty Place
1650 Market Street
Suite 3600, #00250
Philadelphia, PA 19103
Telephone: (215) 525-9580
Facsimile: (215) 525-9585
ndgalli@ndgallilaw.com
cgoodwin@ndgallilaw.com

*Attorneys for Defendants Chao Chen, Karl Petty, Entergrid LLC, and Entergrid Fund I LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the forgoing via filing on ECF/PACER on June 7, 2022.

/s/ *Nicole D. Galli*
Nicole D. Galli