IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | No. 20-2576 |

## ORDER

I **GRANT** Plaintiff's motion at D.I. 318. But I will rule on any breach-of-contract issues when I decide Plaintiff's motion for a new trial.

Dated: June 17, 2022

_____
UNITED STATES CIRCUIT JUDGE