IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | No. 20-2576 |

## **ORDER**

I **DENY** Defendants' request for attorneys' fees. Per Plaintiff's request at D.I. 311, I will consider any contract issues in its motion for reconsideration when I consider its motion for a new trial.

Dated: June 17, 2022

_____
UNITED STATES CIRCUIT JUDGE