IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN, KARL PETTY, | : | |
| ENTERGRID LLC, and | : | |
| ENTERGRID FUND I LLC | : | No. 20-2576 |

## CIVIL JUDGMENT

**NOW**, this 24 day of June, 2022, the jury having returned its verdict, it is

**ORDERED** that **JUDGMENT** is entered in favor of the Defendants, CHAO CHEN,

KARL PETTY, ENTERGRID LLC, and ENTERGRID FUND I LLC.

Dated: June 24, 2022

_____
UNITED STATES CIRCUIT JUDGE