IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.2:20v-02576-TJS |
| | : | |
| CHAO CHEN ; | : | |
| KARL PETTY; | : | |
| ENTERGRID LLC; and | : | JURY TRIAL DEMANDED |
| ENTERGRID FUND I LLC | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Attorney Allison White on behalf Plaintiff Elmagin Capital, LLC. Attorney Douglas Panzer and the firm of Caesar Rivise PC will remain as counsel for the Plaintiff. All other counsel affiliated with Plaintiff will remain as attorneys of record.

Dated: July 11, 2022

Respectfully submitted,

Caesar Rivise, PC

By: /s/ Allison White
Allison White (#329108)
Douglas Panzer (#203354)
Manny D. Pokotilow (#13310)
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
awhite@crbcp.com
dpanzer@crbcp.com
mpokotilow@crbcp.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I, Allison White, Esq., hereby certify that a copy of the foregoing document was served electronically to all counsel of record registered with the CM/ECF system and is available for viewing and downloading from the ECF system on July 11, 2022.

By: */s/ Allison White*