IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| v. | : | |
| CHAO CHEN, KARL PETTY, ENTERGRID LLC, and ENTERGRID FUND I LLC | : | No. 20-2576 |

**<u>ORDER</u>**

I **DENY** Defendants' deadline extension request at D.I. 330.

Dated: July 26, 2022

_____
UNITED STATES CIRCUIT JUDGE