IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| v. | : | |
| CHAO CHEN, KARL PETTY, ENTERGRID LLC, and ENTERGRID FUND I LLC | : | No. 20-2576 |

## ORDER

    Elmagin shall submit two new sets of proposed redactions to the trial transcript. One set shall be fully redacted. The other shall show those redactions with highlighting. I will redact only testimony related to the trading strategies, not company financials.

Dated: August 26, 2022

                                                    UNITED STATES CIRCUIT JUDGE