

DOUGLAS PANZER
Attorney-at-Law
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103-2212
215-567-2010 (p)
215-751-1142 (f)
dpanzer@caesar.law
www.caesar.law

September 15, 2022

**VIA ELECTRONIC CASE FILING (ECF)**
Hon. Stephanos Bibas
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 9-A

> Re: **Elmagin Capital, LLC v. Chen et al. (Case No: 2:20-cv-02576-TJS)**
> **Re: Defendants' Letter (Dkt. 340) "Request to Unseal Order at Dkt. 339 and Other Housekeeping Matters"**

Dear Judge Bibas:

This letter responds to the Court's email inquiry on September 9, 2022, seeking Plaintiff's response to Defendants' letter submission of August 29, 2022 (Dkt. 340).

Plaintiff agrees with the statement of Defendants' counsel that the Memorandum Opinion of the Court filed August 26, 2022 (Dkt. 338) "should remain under seal pending…appeal because the Court's conclusions that the matters there-discussed are not secret might be reversed." Plaintiff, therefore, opposes any unsealing of the memorandum in its unredacted form.

Plaintiff is submitting simultaneously with this filing, via an email to Chambers, proposed redactions to the Court's Memorandum Opinion (Dkt. 338). Plaintiff's email submission includes both redacted and marked-for-redaction versions of the memorandum opinion.

Plaintiff does not oppose unsealing of the Order dated August 26, 2022 (Dkt. 339).

Finally, Plaintiff does not oppose the proposed procedure of the Court asking the Clerk of the Court to enter the bill of costs. Plaintiff does anticipate filing timely objections to that bill of costs pursuant to the local rules, which objections necessarily cannot be submitted prior to the Clerk's entry of the bill of costs.

Thank you for the Court's continued attention to these matters. Plaintiff and its counsel shall respond to any further inquiries the Court may have.

September 15, 2022
Hon. Stephanos Bibas
Page -2-

        Respectfully Submitted,
        CAESAR RIVISE, PC

    By _____

        **Douglas Panzer**
        Caesar Rivise, PC
        7 Penn Center, 12th Floor
        1635 Market Street
        Philadelphia, PA 19103
        dpanzer@crbcp.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2022, I served a true and correct copy of the foregoing Letter Re: Defendants' Letter (Dkt. 340) "Request to Unseal Order at Dkt. 339 and Other Housekeeping Matters" via email upon all counsel of record.

  */s/ Douglas Panzer*

**Douglas Panzer**
Caesar Rivise, PC
7 Penn Center, 12th Floor
1635 Market Street
Philadelphia, PA 19103
dpanzer@crbcp.com

*Attorneys for Plaintiff*