IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELMAGIN CAPITAL LLC, | § |
| *Plaintiff,* | § § § |
| v. | § Case No. 20-cv-02576-TJS |
| CHAO CHEN; KARL PETTY; ENTERGRID LLC; ENTERGRID FUND I LLC, | § § § § § |
| *Defendants.* | § |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Elmagin Capital LLC appeals to the United States Court of Appeals for the Third Circuit from the final judgment (Dkt. 324) entered in this action on the 24th day of June, 2022, including all orders and interlocutory rulings that merged into the final judgment, and from the memorandum opinion (Dkt. 338) and order denying Elmagin's post-judgment motions (Dkt. 339) entered on the 29 day of August, 2022.

Dated:  September 16, 2022

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:    */s/ William R. Peterson*

William R. Peterson (admitted *PHV*)
1000 Louisiana Street, Suite 4000
Houston, Texas 77002

David Salmons (admitted *PHV*)
1111 Pennsylvania Ave. NW
Washington, DC 20004

Julie Goldemberg (PA I.D. 314339)
1701 Market St.
Philadelphia, PA 19103

*Attorneys for Plaintiff*

2