# EXHIBIT A

| Date | Vendor | Invoice No. | Invoice Amount | Amount Included in Bill of Costs | Defendants' Notes | Category of First Objection | Amount Elmagin Objects to for First Objection | Category of Second Objection | Amount Elmagin Objects to for Second Objection | Amount Remaining in Bill of Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021.03.23 | Zanaras Reporting | 62622 | $2,086.25 | $2,086.25 | Included in EX. 2 | 2 (litigation support) | $699.25 | | | $1,387.00 |
| 2021.03.24 | Zanaras Reporting | 62628 | $2,981.75 | $2,981.75 | Included in EX. 2 | 1 (video) | $950.00 | 2 (litigation support) | $640.00 | $1,391.75 |
| 2021.03.25 | Zanaras Reporting | 62630 | $3,411.25 | $3,411.25 | Included in EX. 2 | 1 (video) | $1,200.00 | 2 (litigation support) | $691.25 | $1,520.00 |
| 2021.04.09 | Zanaras Reporting | 62733 | $3,816.50 | $3,816.50 | Included in EX. 2 | 1 (video) | $1,200.00 | 2 (litigation support) | $830.50 | $1,786.00 |
| 2021.04.12 | Zanaras Reporting | 62759 | $3,478.50 | $3,478.50 | Included in EX. 2 | 2 (litigation support) | $1,360.00 | | | $2,118.50 |
| 2021.04.13 | Zanaras Reporting | 62797 | $2,242.50 | $2,242.50 | Included in EX. 2 | 1 (video) | $950.00 | 2 (litigation support) | $380.50 | $912.00 |
| 2021.04.14 | Zanaras Reporting | 62822 | $3,324.50 | $3,324.50 | Included in EX. 2 | 1 (video) | $1,200.00 | 2 (litigation support) | $623.50 | $1,501.00 |
| 2021.02.16 | Veritext | 4831078 | $1,930.70 | $1,930.70 | Included in EX. 3 | 2 (litigation support) | $853.40 | | | $1,077.30 |
| 2021.03.01 | Veritext | 4857495 | $1,713.00 | $1,713.00 | Included in EX. 3 | 2 (litigation support) | $705.05 | | | $1,007.95 |
| 2021.03.14 | Veritext | 4879870 | $1,912.25 | $1,912.25 | Included in EX. 3 | 2 (litigation support) | $772.90 | | | $1,139.35 |
| 2021.04.28 | Veritext | 4977994 | $1,862.25 | $1,862.25 | Included in EX. 3 | 2 (litigation support) | $744.90 | | | $1,117.35 |
| 2021.04.30 | Veritext | 4984844 | $2,381.75 | $2,381.75 | Included in EX. 3 | 2 (litigation support) | $1,001.50 | | | $1,380.25 |
| 2021.05.05 | Veritext | 4989845 | $826.10 | $826.10 | Included in EX. 3 | 2 (litigation support) | $351.05 | | | $475.05 |
| 2021.05.10 | Veritext | 5000730 | $2,367.00 | $2,367.00 | Included in EX. 3 | 2 (litigation support) | $1,005.00 | | | $1,362.00 |
| 2022.04.15 | Veritext | 5718032 | $3,134.18 | $3,134.18 | Included in EX. 3 | 2 (litigation support) | $1,717.28 | | | $1,416.90 |

| Date | Vendor | Invoice No. | Invoice Amount | Amount Included in Bill of Costs | Defendants' Notes | Category of First Objection | Amount Elmagin Objects to for First Objection | Category of Second Objection | Amount Elmagin Objects to for Second Objection | Amount Remaining in Bill of Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022.04.20 | Veritext | 5727460 | $889.90 | $889.90 | Included in EX. 3 | 1 (video) | $889.90 | | | $0.00 |
| 2022.04.20 | Veritext | 5727461 | $889.90 | $889.90 | Included in EX. 3 | 1 (video) | $889.90 | | | $0.00 |
| 2022.04.20 | Veritext | 5727462 | $1,052.99 | $1,052.99 | Included in EX. 3 | 1 (video) | $1,052.99 | | | $0.00 |
| 2022.04.20 | Veritext | 5727592 | $1,430.68 | $1,430.68 | Included in EX. 3 | 1 (video) | $1,430.68 | | | $0.00 |
| 2022.04.20 | Veritext | 5727463 | $889.90 | $889.90 | Included in EX. 3 | 1 (video) | $889.90 | | | $0.00 |
| 2022.04.20 | Veritext | 5727593 | $1,430.68 | $1,430.68 | Included in EX. 3 | 1 (video) | $1,430.68 | | | $0.00 |
| 2022.04.20 | Veritext | 5727594 | $663.20 | $663.20 | Included in EX. 3 | 1 (video) | $663.20 | | | $0.00 |
| 2021.12.09 | Court Transcripts | 20201254 | $901.45 | $901.45 | Included in EX. 4 | | $0.00 | | | $901.45 |
| 2022.04.13 | Court Transcripts | 5372 | $1,315.50 | $1,315.50 | Included in EX. 4 | | $0.00 | | | $1,315.50 |
| 2022.04.25 | Court Transcripts | NDG Ck 1481 | $5,000.00 | $5,000.00 | Included in EX. 4 | | $0.00 | | | $5,000.00 |
| 2022.04.26 | Court Transcripts | 20221287 | $20,205.00 | $20,205.00 | Included in EX. 4 | 2 (litigation support) | $5,913.95 | | | $14,291.05 |
| 2020.11.30 | Xact Data | 41-00624 | $42,496.76 | $1,016.60 | Included in EX. 5 | | $0.00 | | | $1,016.60 |
| 2020.12.31 | Xact Data | 41-00794 | $26,675.33 | $1,597.72 | Included in EX. 5 | | $0.00 | | | $1,597.72 |
| 2021.01.31 | Xact Data | 41-01138 | $1,870.00 | $175.00 | Included in EX. 5 | | $0.00 | | | $175.00 |
| 2021.02.28 | Xact Data | 41-01490 | $5,494.60 | $445.88 | Included in EX. 5 | | $0.00 | | | $445.88 |

| Date | Vendor | Invoice No. | Invoice Amount | Amount Included in Bill of Costs | Defendants' Notes | Category of First Objection | Amount Elmagin Objects to for First Objection | Category of Second Objection | Amount Elmagin Objects to for Second Objection | Amount Remaining in Bill of Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022.04.12 | Reliable | PH226184 | $160.38 | $112.75 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $56.38 | | | $56.38 |
| 2022.04.14 | Reliable | PH226220 | $1,092.58 | $574.56 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $287.28 | | | $287.28 |
| 2022.04.25 | Reliable | PH226300 | $10,151.57 | $9,136.04 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $4,568.02 | | | $4,568.02 |
| 2022.04.25 | Reliable | PH226335 | $1,313.44 | $1,022.98 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $511.49 | | | $511.49 |

| Date | Vendor | Invoice No. | Invoice Amount | Amount Included in Bill of Costs | Defendants' Notes | Category of First Objection | Amount Elmagin Objects to for First Objection | Category of Second Objection | Amount Elmagin Objects to for Second Objection | Amount Remaining in Bill of Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022.04.25 | Reliable | PH226340 | $96.66 | $57.24 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $28.62 | | | $28.62 |
| 2022.04.25 | Reliable | PH226343 | $8.77 | $8.77 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $4.39 | | | $4.39 |
| 2022.04.25 | Reliable | PH226347 | $242.19 | $241.92 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $120.96 | | | $0.00 |
| 2022.04.27 | Reliable | PH226382 | $73.56 | $66.00 | Included in Ex. 6. 8% Philadelphlia sales tax applied to portion included on Bill of Costs | 3 (insufficient itemization of printing) | $33.00 | | | $33.00 |
| **Total** | | | **$161,813.52** | **$86,593.14** | | | **$33,481.66** | | **$3,165.75** | **$49,824.77** |