IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMAGIN CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAO CHEN; KARL PETTY; | : | |
| ENTERGRID LLC; | : | |
| ENTERGRID FUND I LLC | : | No. 20-2576 |

## ORDER

1. I **GRANT IN PART** Plaintiff's request (D.I. 346) to reduce the bill of costs (D.I. 344).

2. I **ORDER THE CLERK** to enter a new bill of costs that conforms with the attached memorandum opinion. In total, the bill of costs (D.I. 344) should be reduced by $27,178.89, to $59,414.25.

    - The line item "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case" should be reduced by $16,337.30, to $55,800.38.

    - The line item "[f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case" should be reduced by $10,841.59, to $3,613.87.

Dated: October 19, 2022

_____
UNITED STATES CIRCUIT JUDGE